Q08637057

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS

---

| THE PEOPLE OF THE STATE OF NEW YORK | STATE OF NEW YORK |
|---|---|
| V. | COUNTY OF QUEENS |
| MICHAEL HEILBRON<br>DEFENDANT | |

---

DETECTIVE VICTOR HERRERA OF QNS DET AREA 114, TAX REG#: 919178, BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT JUNE 29 2008 BETWEEN 10:30PM AND 10:40PM, AT THE NE INTERSECTION OF 78 STREET AND 21 AVENUE, COUNTY OF QUEENS, STATE OF NEW YORK

THE DEFENDANT COMMITTED THE OFFENSES OF:
PL 120.05-1 ASSAULT IN THE SECOND DEGREE
PL 120.05-2 ASSAULT IN THE SECOND DEGREE
PL 120.00-1 ASSAULT IN THE THIRD DEGREE - DNA SAMPLE REQUIRED UPON
            CONVICTION
PL 240.26-1 HARASSMENT IN THE SECOND DEGREE

IN THAT THE DEFENDANT DID: WITH INTENT TO CAUSE SERIOUS PHYSICAL INJURY TO ANOTHER PERSON, CAUSE SUCH INJURY TO SUCH PERSON OR TO A THIRD PERSON;WITH INTENT TO CAUSE PHYSICAL INJURY TO ANOTHER PERSON, CAUSE SUCH INJURY TO SUCH PERSON OR A THIRD PERSON BY MEANS OF A DEADLY WEAPON OR A DANGEROUS INSTRUMENT;WITH INTENT TO CAUSE PHYSICAL INJURY TO ANOTHER PERSON, CAUSE SUCH INJURY TO SUCH PERSON OR A THIRD PERSON WITH THE INTENT TO HARASS,ANNOY,OR ALARM ANOTHER PERSON, THE DEFENDANT(S) DID STRIKE,SHOVE,KICK,OR SUBJECTED ANOTHER PERSON TO PHYSICAL CONTACT,OR ATTEMPTED OR THREATENED TO DO THE SAME.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

DEPONENT STATES THAT HE IS INFORMED BY THE COMPLAINANT, BENJAMIN PLAZA, THAT AT THE ABOVEMENTIONED DATE, TIME AND LOCATION OF OCCURRENCE AN UNAPPREHENDED OTHER STRUCK THE COMPLAINANT IN THE SIDE OF HIS HEAD WITH AN UNKNOWN HARD OBJECT CAUSING THE COMPLAINANT TO FALL FORWARD AND THE DEFENDANT, MICHAEL HEILBRON, PROCEEDED TO PUNCH THE COMPLAINANT IN HIS CHIN CAUSING HIS JAW TO BREAK INTO TWO PIECES AND HIS TOOTH TO BREAK AND A LACERATION TO THE COMPLAINANT'S RIGHT EAR AS WELL AS SUBSTANTIAL PAIN.

DEPONENT STATES THAT THE COMPLAINANT WAS ADMITTED TO A LOCAL AREA HOSPTIAL WHERE HE RECEIVED SURGERY FOR THE COMPLAINANT'S JAW.

DEPONENT STATES THAT HE IS FURTHER INFORMED BY THE COMPLAINANT THAT THE ABOVEMENTIONED ACTIONS OF THE DEFENDANT AND UNAPREHENDED OTHER CAUSED HIM ANNOYANCE AND ALARM.

HEILBRON,MICHAEL G08637657

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW

7/1/08                  [signature]
DATE            SIGNATURE

SWORN TO BEFORE ME ON THE
DAY OF

_____  [signature]
DATE            SIGNATURE