```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS : PART AP-6
------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK,

             v.                      Docket No.
                                     2008QNQN035735
MICHAEL HEILBRON,
                  Defendant.
------------------------------------------X

                    February 5, 2009
                    125-01 Queens Boulevard
                    Kew Gardens, New York.


B E F O R E :

                    HONORABLE DOROTHY CHIN BRANDT,
                              Criminal Court Judge.


A P P E A R A N C E S :

                    RICHARD BROWN, ESQ.,
                    District Attorney,
                    Queens County,
                    By: ERNEST BURSTEIN,
                              For the People.

                    SCOTT BOOKSTEIN, ESQ.,
                    125-10 Queens Boulevard,
                    Kew Gardens, New York,
                              For the Defendant.


                    THOMAS E. BRASACCHIO,
                    Official Court Reporter.


                         -oOo-
                       MINUTES OF
                    PLEA & SENTENCE
                         -oOo-
```

PLEA & SENTENCE

1    COURT OFFICER: Number 21, Micheal Heilbron.

2    MR. BURSTEIN: A misdemeanor, assault in the third degree, with a 12 week anger management program and five days community service.

3    MR. BOOKSTEIN: That's agreeable.

4    MR. BURSTEIN: People reducing 120.05 to 120.00, handing up the order of protection.

5    THE COURT: You are pleading guilty to assault in the third degree, a violation of 120.00 of the penal law. This is an A misdemeanor. It subjects you to a criminal record. Are you pleading guilty of your own free will?

6    THE DEFENDANT: Yes.

7    THE COURT: On or about 2/29 of last year, about 10:30 in the evening at 78th Street and 21st Avenue in Queens, you knowingly assaulted another person and caused injury to that person, is all this true?

8    THE DEFENDANT: Yes.

9    THE COURT: Is that acceptable to the People?

10    MR. BURSTEIN: Yes.

11    THE COURT: The sentence is a conditional discharge, you have to stay out of trouble for one year, take the 12 week anger management program, and

| | |
|---|---|
| 1 | PLEA & SENTENCE |

perform five days community service.  You have to pay $200.00 in court fees, $50.00 in DNA fees, total of $250.00.  And, you must obey an order of protection.

Queens Compliance Part on April 8th, to show proof and to pay.  If you need an extension you will be given an extension.

---

I hereby certify the foregoing to be a true and accurate transcript of the proceeding.

*[signature: Thomas E. Brasacchio]*

Thomas E. Brasacchio
Official Court Reporter

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS
                                          CERTIFICATE OF DISPOSITION
THE PEOPLE OF THE STATE OF NEW YORK           NUMBER:   86659
                  VS

HEILBRON,MICHAEL
Defendant                                      03/10/1985
                                              Date of Birth
30-18 88 STREET
Address                                        0806050R
                                              NYSID Number
QUEENS              NY
City             State  Zip                    07/01/2008
                                              Date of Arrest/Issue
Docket Number: 2008QN035735
                                              Summons No:
120.05 120.05 120.00 240.26
Arraignment Charges
```

Case Disposition Information:

| Date | Court Action | Judge | Part |
|---|---|---|---|
| 02/05/2009 | PLED GUILTY & SENTENCE IMPOSED PG 120.00 CONDITIONAL DISCHARGE=1Y COMMUNITY SERVICE=5D ORDER OF PROTECTION=1Y | BRANDT,D C | AP6 |

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

ROSLAN,M
COURT OFFICIAL SIGNATURE AND SEAL          02/27/2009
                                              DATE          FEE: 10.00

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)