SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------------------------x
BENJAMIN PLAZA, JR.,

        Plaintiff,

-against-

MICHAEL HEILBRON,

        Defendant.
-------------------------------------------------------------x

Index No.: 700053/2009

**JUDGMENT**

A Notice of Motion, dated July 20, 2009, having been made by plaintiff, BENJAMIN PLAZA, JR., for an order granting him a default judgment over defendant, MICHAEL HEILBRON, pursuant to CPLR § 3215, and upon the reading and filing the Affirmation and exhibits in support thereof, and defendant having defaulted on said motion, and the Court having had due deliberation thereon,

AND, the Court having rendered a decision and order dated August 31, 2009, and entered on September 1, 2009, granting plaintiff, BENJAMIN PLAZA, JR.'s, motion for a default judgment and setting the matter down for an Inquest on Damages,

AND, the Court having conducted an Inquest on Damages on November 4, 2009,

AND, the Court having issued an oral decision regarding said Inquest on November 4, 2009,

NOW, ON MOTION of ROTHSTEIN LAW PLLC, attorneys for plaintiff, BENJAMIN PLAZA, JR., it is

ADJUDGED, that plaintiff, BENJAMIN PLAZA, JR., residing at 19-88 78th Street, East Elmhurst, New York, 11370, have judgment against and do recover of defendant, MICHAEL HEILBRON, residing at 30-18 88th Street, Flushing, New York 11369, in the principal

QUEENS COUNTY CLERK
FILED
RECORDED
2009 NOV 18 AM 10:07

1

Barasch McGarry    Fax:1-212-385-7845    Nov 12 2009 02:46pm P002/007

amount of $125,200.00 (one hundred twenty-five thousand two hundred dollars), plus costs in the amount of $ _1,132.00_ plus interest from August 31, 2009, in the DOCKET amount of $ _2,407.96_____ for a total judgment of $ _128,739.96_ and that BENJAMIN PLAZA, JR. shall have execution thereon.

JUDGMENT ENTERED **NOV 1 8 2009**

_Gloria D'Amico_
Clerk ~~of the Supreme Court~~
~~Queens County~~

DOCKETED BY _SD_

QUEENS COUNTY CLERK
FILED
RECORDED
2009 NOV 18 AM 10: 07

2

Barasch McGarry    Fax:1-212-385-7845    Nov 12 2009 02:46pm P003/007

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

---

BENJAMIN PLAZA, JR.,

                     Plaintiff,

- against -

MICHAEL HEILBRON,

                     Defendant.

---

Index No.: 700053/2009

BILL OF COSTS ~~and~~
~~NOTICE OF TAXATION~~
OF PLAINTIFF

| COSTS: | $ | DISBURSEMENTS: | $ |
|---|---|---|---|
| Costs before note of issue CPLR §8201 subd. 1 | 200.00 ✓ | Fee for index number CPLR§8018(a) | 210.00 ✓ |
| Costs after note of issue CPLR §8201 subd. 2 | 200.00 ✓ | Referee's fees CPLR §8301(a)(1), 8003(a) | |
| Trial of issue CPLR §8201 subd. 3 | 300.00 ✓ | Commissioner's compensation CPLR §8301(a)(2) | |
| Allowance by statute CPLR §8302(a), (b) | | Clerk's fee, filing notice of pend. or attach. CPLR 8021(a)(10) | |
| Additional allowance CPLR §8302(d) | | Entering and docketing judgment CPLR §8301(a)(7), 8018(a)(2) | |
| Motion costs CPLR §8202 | | Paid for searches CPLR §8301(a)(10) | |
| Appeal to Appellate Term CPLR §8203(b) | | Affidavits & acknowledgments CPLR §8009 | |
| Appeal to Appellate Division CPLR §8203(a) | | Serving copy summons & complaint CPLR §8011(h)(1), 8301(d) | 37.00 ✓ |
| Appeal to Court of Appeals CPLR §8204 | | Request for Judicial Intervention Filing | 95.00 ✓ |
| Costs upon frivolous claims and counterclaims CPLR §8303-a | | Note of issue CPLR §8020(a) | 30.00 ✓ |
| | | Paid referee's report CPLR §8301(a)(12) | |
| | | Certified copies of papers CPLR §8301(a)(4) | |
| | | Satisfaction piece CPLR §5020(a), 8021 | |
| | | Transcripts and filing CPLR §8021 | |
| | | Certified copy of judgment CPLR §8021 | |
| | | Postage CPLR §8301(a)(12) | |
| | | Jury fee CPLR §8020(c) | |
| | | Stenographer's fees CPLR §8002, 8301 | 15.00 ✓ |
| | | Sheriff's fees on execution CPLR §8011, 8012 | |
| | | Sheriff's fees, attachment, arrest, etc. CPLR §8011 | |
| | | Paid printing cases CPLR §8301(a)(6) | |
| | | Clerk's fees Court of Appeals CPLR §8301(a)(12) | |
| | | Paid copies of papers CPLR §8016(a)(4) | |
| | | Motion expenses CPLR §8301(b) | 45.00 ✓ |
| | | Fees for publication CPLR §8301(a)(3) | |
| | | Serving subpoena CPLR §8011(h)1, 8301(d) | ~~57.00~~ |
| | | Paid for Search CPLR §8301(a)(10) | |
| | | Filing Fees for Motions CPLR 8020(a) | |
| | | Appellate Printing CPLR §8301(a)(6) & (12) | |
| | | Notice of Appeal | |
| | | Referee's report | |
| | | Attendance of witnesses CPLR §8001(a)(b)(c), 8301(a)(1) | |

Costs .................... $700.—

Disbursements ........ $432.—

TOTAL ................... $1,132.00

WITHIN COSTS TAXED ~~on~~ without NOTICE
AT $ 1,132.00

NOV 18 2009
Gloria D'Amico
COUNTY CLERK, QUEENS COUNTY

$ 432.00

3

State of New York, County of New York   ss.:

The undersigned, an attorney admitted to practice in the courts of this state, affirms:

I am ERIC E. ROTHSTEIN, a Member of ROTHSTEIN LAW PLLC, attorneys for the plaintiff in the above entitled action; that the foregoing disbursements have been or will necessarily be made or incurred in this action and are reasonable in amount and that each of the persons named as witnesses attended as such witness on the trial, hearing or examination before trial herein the number of days set opposite their names; that each of said persons resided the number of miles set opposite their names from the place of said trial, hearing or examination; and each of said persons, as such witness as aforesaid necessarily traveled the number of miles so set opposite their names in traveling to, and the same distance in return from, the same place of trial, hearing or examination; and that copies of documents are papers as charged herein were actually and necessarily obtained for use.

The undersigned affirms that the foregoing statements are true, under the penalties of perjury.

Dated: New York, New York
       November 12, 2009

_____
ERIC E. ROTHSTEIN

```
 1  SUPREME COURT OF THE STATE OF NEW YORK
    COUNTY OF QUEENS : CIVIL TERM : PART 2
 2  ------------------------------------------X

 3  BENJAMIN PLAZA, JR.,              Index No. 700053/2009

 4                 Plaintiff,    Decision

 5         -against-

 6  MICHAEL HEILBRON,

 7               Defendant.

 8  ------------------------------------------X

 9                          Supreme Courthouse
                            88-11 Sutphin Boulevard
10                          Jamaica, New York 11435
                            November 4, 2009
11
    B E F O R E:
12              HONORABLE ALLAN B. WEISS,

13                          Justice

14  A P P E A R A N C E S:

15      FOR THE PLAINTIFF:
        ROTHSTEIN LAW FIRM, PLLC
16      11 Park Place
        New York, 10007 (212)385-8015
17  BY: ERIC E. ROTHSTEIN, ESQ.

18

19

20

21

22                          SUSAN NAPOLI, CSR, RMR, CRR
                            Senior Court Reporter
23

24

25
```

sn

Decision                                    2

1       (The following constitutes the decision of the
2   Court, as requested:)
3       THE COURT: Okay. The Court is going to award
4   the plaintiff, for past pain and suffering, the sum of
5   $75,000.
6       Lorraine, got that?
7       THE COURT CLERK: No, I didn't hear you. I'm
8   sorry.
9       THE COURT: Past pain and suffering, $75,000.
10      THE COURT CLERK: Okay.
11      THE COURT: For future pain and suffering,
12  $50,000, making a total of $125,000 for pain and
13  suffering, together with $200 for medical expenses, for
14  a total award of $125,200.
15      The above constitutes the decision of the
16  Court. Enter judgment with a copy of the transcript.
17      (Pause in proceedings.)
18      THE COURT: Interest from August 31st, 2009.
19      THE COURT CLERK: To?
20      THE COURT: Forever, till he gets paid.
21  ************************************
    CERTIFIED THAT THE FOREGOING IS A TRUE AND ACCURATE
22  TRANSCRIPT OF THE ORIGINAL STENOGRAPHIC MINUTES IN
    THIS CASE.
23
24                  _____
                    Susan Napoli, CSR, RMR, CRR
25                  Senior Court Reporter

Index No.: 700053/09

SUPRMEME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

BENJAMIN PLAZA, JR,

                            Plaintiff,

        -against-

MICHAEL HEILBRON,

                            Defendant.

## JUDGMENT

ROTHSTEIN LAW PLLC
Attorneys for Plaintiff
11 Park Place, Suite 1801
New York, New York 10007
212-385-8015

**DOCKET**

QUEENS COUNTY CLERK
FILED
RECORDED
2009 NOV 18 AM 10:07

CERTIFICATION BY ATTORNEY:

The undersigned, an attorney duly admitted to practice in the Courts of the State of New York, shows:

I certify that, to the best of my knowledge, information and belief formed after an inquiry reasonable under the circumstance, the presentation of the paper(s) listed above or contention(s) herein are not frivolous as defined in §130-1.1(c).

                                             _____
                                             Eric E. Rothstein