```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x         Chapter 7
In Re:                                                        Case No. 1-18-42486 (ESS)

MICHAEL HEILBRON.

            Debtor,

_____X
BENJAMIN PLAZA, JR.,
                                                              Chapter 7 Creditor
                    Plaintiff.
v.
                                                              Adv. Proc. No. 18-01055-ess
MICHAEL HEILBRON,
                    Defendant.
_____X               ANSWER
```

Defendant Michael Heilbron by his attorney George Bassias Attorney LLC, as for his answer states the following:

1. Denies paragraphs 8 and 9 of plaintiff's complaint in that defendant's actions were not willful and malicious; and defendant did not mean and intend for plaintiff to sustain the injuries that he sustained.

2. Denies 12 in that while he knowingly became engaged in a fight he did not knowingly intend to injure plaintiff in the manner that he was injured.

## FIRST AFFIRMATIVE DEFENSE

3. That plaintiff's injuries were caused in whole or part by his own actions in intimidating, harassing, threatening, defendant and mutually engaging in a fight of passion over a common female love interest.

## SECOND AFFIRMATIVE DEFENSE

4. That defendant's actions were knowingly engaging in a mutual fight with plaintiff, in the heat of passion, however, he never intended, willfully and maliciously to injure plaintiff.

## THIRD AFFIRMATIVE DEFENSE

5. That defendant's conduct and plaintiff's mutual conduct was reckless and substantially certain to cause injury to each other.

Wherefore Defendant prays for a judgment dismissing the complaint and whatever else the court deems proper.

Dated: Queens, NY
     May 10, 2018                    _____

                                         By: George Bassias
                                         George Bassias Attorney LLC
                                         21-83 Steinway Street
                                         Astoria, NY  11105
                                         718-721-4441