GEORGE BASSIAS ATTORNEY LLC
ATTORNEYS FOR DEFENDANT
MICHAEL HEILBRON
21-83 STEINWAY STREET
ASTORIA, NY 11105
718-721-4441

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X ADV. PROC. NO. 18-01055-ess
BENJAMIN PLAZA, JR.,
Chapter 7 Creditor
                      Plaintiff,
v.
MICHAEL HEILBRON,
                      Defendant.
-------------------------------------------------X

**ANSWER TO AMENDED COMPLAINT**

Defendant Michael Heilbron by his attorney GEORGE BASSIAS ATTORNEY LLC, as for the answer to the amended complaint states the following:

    A. Denies 8, 9, 10, 21, 22.

### FIRST AFFIRMATIVE DEFENSE

    B. Defendant did not intend for plaintiff to sustain the injuries complained of.

Dated: Queens, NY
       September 19, 2018

_____
GEORGE BASSIAS ATTORNEY LLC
ATTORNEYS FOR DEFENDANT
MICHAEL HEILBRON
21-83 STEINWAY STREET

ASTORIA, NY 11105
718-721-4441