1

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS : PART AP-6
------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK,

              v.                      Docket No.
                                      2008QNQN035735
MICHAEL HEILBRON,
                  Defendant.
------------------------------------------X

                    February 5, 2009
                    125-01 Queens Boulevard
                    Kew Gardens, New York.


B E F O R E :

                    HONORABLE DOROTHY CHIN BRANDT,
                              Criminal Court Judge.


A P P E A R A N C E S :

                    RICHARD BROWN, ESQ.,
                    District Attorney,
                    Queens County,
                    By: ERNEST BURSTEIN,
                              For the People.

                    SCOTT BOOKSTEIN, ESQ.,
                    125-10 Queens Boulevard,
                    Kew Gardens, New York,
                              For the Defendant.


                    THOMAS E. BRASACCHIO,
                    Official Court Reporter.



                         -oOo-
                       MINUTES OF
                    PLEA & SENTENCE
                         -oOo-
```

```
 1                    PLEA & SENTENCE
 2         COURT OFFICER:  Number 21, Micheal Heilbron.
 3         MR. BURSTEIN:  A misdemeanor, assault in the
 4   third degree, with a 12 week anger management
 5   program and five days community service.
 6         MR. BOOKSTEIN:  That's agreeable.
 7         MR. BURSTEIN:  People reducing 120.05 to
 8   120.00, handing up the order of protection.
 9         THE COURT:  You are pleading guilty to assault
10   in the third degree, a violation of 120.00 of the
11   penal law.  This is an A misdemeanor.  It subjects
12   you to a criminal record.  Are you pleading guilty
13   of your own free will?
14         THE DEFENDANT:  Yes.
15         THE COURT:  On or about 2/29 of last year,
16   about 10:30 in the evening at 78th Street and 21st
17   Avenue in Queens, you knowingly assaulted another
18   person and caused injury to that person, is all this
19   true?
20         THE DEFENDANT:  Yes.
21         THE COURT:  Is that acceptable to the People?
22         MR. BURSTEIN:  Yes.
23         THE COURT:  The sentence is a conditional
24   discharge, you have to stay out of trouble for one
25   year, take the 12 week anger management program, and
```

PLEA & SENTENCE

perform five days community service. You have to pay $200.00 in court fees, $50.00 in DNA fees, total of $250.00. And, you must obey an order of protection.

Queens Compliance Part on April 8th, to show proof and to pay. If you need an extension you will be given an extension.

---

I hereby certify the foregoing to be a true and accurate transcript of the proceeding.

*Thomas E. Brasacchio*

Thomas E. Brasacchio
Official Court Reporter

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

THE PEOPLE OF THE STATE OF NEW YORK
VS

HEILBRON, MICHAEL
Defendant

30-18 88 STREET
Address

QUEENS                           NY
City                         State   Zip

Docket Number: 2008QN035735

120.05  120.05  120.00  240.26
Arraignment Charges

CERTIFICATE OF DISPOSITION
NUMBER:   86659

03/10/1985
Date of Birth

0806050R
NYSID Number

07/01/2008
Date of Arrest/Issue

Summons No:

Case Disposition Information:

| Date | Court Action | Judge | Part |
|---|---|---|---|
| 02/05/2009 | PLED GUILTY & SENTENCE IMPOSED<br>PG 120.00<br>CONDITIONAL DISCHARGE=1Y<br>COMMUNITY SERVICE=5D<br>ORDER OF PROTECTION=1Y | BRANDT, D C | AP6 |

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

ROSLAN, M
COURT OFFICIAL SIGNATURE AND SEAL

02/27/2009
DATE              FEE: 10.00

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)