Plaza Jr
Benjamin
Q794825
QB300479155
*Auth for ED Care/Financ
Sun Jun 29, 2008 23:44
Page 001







## AUTHORIZATION FOR EMERGENCY DEPARTMENT CARE

I, the undersigned, request and authorize The Mount Sinai Hospital of Queens, its Professional Staff, Employee and Medical Dental Staff, to administer Emergency Department care including medical and/or surgical care; such diagnostic test and procedures, including diagnostic x-rays, and to complete such routine therapeutic procedures, including the administration of blood or blood derivatives, drugs or the medications as in the judgment of the practitioner(s), are deemed necessary or advisable in the care of the patient registered for the treatment.

Date: 6/29/08 Time: 11:38PM

Patient/Guardian/Other: ______ Legal Signature ______ Print Full Name ______ Rel.

Witness: ______ Signature ______ Print Full Name

## FINANCIAL AGREEMENT/GUARANTEE OF PAYMENT/AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

I understand that the professional fee for the physician services, is not included as part of the Mount Sinai Hospital of Queens inpatient or outpatient charges. This includes: hospital physicians, Emergency Room physicians, Health Center physicians, and physicians who may be called in for consultation.

In consideration of the services, assigned of the benefits and the hospital and the professional care rendered, I agree that I am responsible for any and all charges billed by the hospital and physicians with respect to such services and care, unless the contract between the hospital, the physicians and my insurance company provides otherwise.

I authorize payment of medical benefits, to which I am entitled, directly to the hospital, physician, or practice group, to cover the costs of services rendered to myself or my dependents at the Mount Sinai Hospital of Queens.

I authorize, The Mount Sinai Hospital of Queens, my treating physician and their respective designees to use & disclose my health information for all necessary treatment, payment and healthcare operation purposes. I authorize the Mount Sinai Hospital of Queens to release all or any part of the indicated patient's medical record to any requesting medical practitioner for further diagnosis, care or treatment, or to any person or corporation, which may be liable under a contract to the hospital or to the patient, or to a family member or employer of the patient, which may be necessary for the completion of my hospitalization claims, and/or payment of my hospital bill to, but not limited to, patient's employer. I hereby authorize and direct the Mount Sinai Hospital of Queens, to release personal identifying information as may be required under Federal, State City, or Local Law; I hereby release the Mount Sinai Hospital of Queens from all legal liability that may arise from the release of the information requested.

Date: 6/29/08 Time: 11:38PM

Patient/Guardian/Other ______ Legal Signature ______ Print Full Name ______ Rel

Witness: B. Yang ______ Signature ______ Print Full Name

Plaza Jr
Benjamin
Q794825
QB300479155
*Face Sheet
Sun Jun 29, 2008 23:44
Page 001

The Mount Sinai Hospital of Queens
A Division of Mount Sinai Hospital
25-10 30th Avenue
Long Island City, NY 11102

# REGISTRATION FACE SHEET E - EMERGENCY ROOM

CLERK: SSD
MEDICAL RECORD #: 000794825
VISIT #: 300479155
ADMIT DATE: 6/29/08

LAST, FIRST, MI: PLAZA JR, BENJAMIN
DATE OF BIRTH: 10/05/1982
AGE: 025
SEX: M
M/S: S
RELIGION: CA
ARRIVAL MODE: 3 - OTHE
RACE: W
ADMIT HOUR: 20:11

STREET ADDRESS: 19 88 78TH ST
APT: APT C2
HOME TELEPHONE: (646)302-7994
SOCIAL SECURITY: 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

CITY: EAST ELMHURST
ST: NY
ZIP CODE: 11370
OCCUPATION:
BIRTH PLACE: USA

EMPLOYER (SCHOOL, IF STUDENT): SWISS PORT USA
ADDRESS:
CITY:
ST:
BUSINESS TELEPHONE:

INSURANCE #1: BLUE CROSS NY PPO
POLICY HOLDER: PLAZA JR, BENJAMIN
REL: 01
GROUP NO: 01501
POLICY NO: SWP813M60481

EMPLOYER: SWISS PORT USA
ADDRESS:
CITY:
ST:
BUSINESS TELEPHONE:

INSURANCE #2:
POLICY HOLDER:
REL:
GROUP NO:
POLICY NO:

EMERGENCY NOTIFICATION: PLAZA
RELATIONSHIP: 18 - PAREN
HOME TELEPHONE: (917)576-4083
BUSINESS TELEPHONE:

NEXT OF KIN: PLAZA, BENJAMIN
RELATIONSHIP: 18 - PAREN
HOME TELEPHONE: (917)576-4083
BUSINESS TELEPHONE:

NEXT OF KIN ADDRESS:
CITY:
ST:
ZIP CODE:

PRIMARY LANGUAGE SPOKEN: ENGLISH
TRANSLATOR NEEDED:
PRIMARY CARE PHYSICIAN: 009999 - NOT AVAILABLE, I
PCP PHONE #:

ATTENDING PHYSICIAN: HAMILTON, PAUL
PAS: 004478
ADMITTING DIAGNOSIS: JAW FX
ACCOM:
F/C: 12
PATIENT ORIGIN:

DISCHARGE DATE:
EXPECTED ADMIT DATE:
BADGE #:
ROOM / BED: ER

| HIPAA INFORMATION | | PROCEDURES | PAS | DATE | ICD-9-CM |
|---|---|---|---|---|---|
| PHI ACCESS PASSWORD | | 1. | | | |
| PHI CONTACT 1: PLAZA,BENJAMIN | PHI TELEPHONE 1: (917)576-4083 | 2. | | | |
| PHI CONTACT 2 | PHI TELEPHONE 2 | 3. | | | |
| PHI CONTACT 3 | PHI TELEPHONE 3 | 4. | | | |
| PHI CONTACT 4 | PHI TELEPHONE 4 | 5. | | | |
| PHI CONTACT 5 | PHI TELEPHONE 5 | 6. | | | |
| DIRECTORY ACCESS ALLOWED? Y | CLERGY ACCESS ALLOWED? Y | 7. | | | |
| INSTRUCTIONS | | 8. | | | |

**COMMENTS**

03/29/2008 EMERGENCY ROOM PRASAD, RAJIV
02/05/2008 EMERGENCY ROOM PRASAD, RAJIV

CONSULTATIONS: 1 2 3 4 5 6 7 INFECTION Y☐ N☐

EXPIRED IN 48 HRS☐ OVER 48 HRS☐ AUTOPSY YES☐ NO ☐ M.E. CASE YES ☐ NO ☐ CASE #

Plaza Jr
Benjamin
Q794825
QB300479155
Transfer Out Documents
Mon Jun 30, 2008 02:39
Page 001

**New York City**
**Health and Hospitals Corporation**

## INTER-HOSPITAL TRANSFER OF EMERGENCY ROOM PATIENTS

From: MSHQ Hospital
To: KSM Hospital
Date: 6/30
Name and Title of Person Contacted at Receiving Hospital*: Dr Patel
Patient's Surname: Plaza Jr. First: Benjamin Middle:
Age: 25
Telephone No.: 646 302 ...
Address: 1988 88 78th Street East Elmhurst 11370
Apartment No.: C2
Nearest Relative Name: Address: Relationship:

Diagnosis
1. MANDIBLE FRACTURE
2. Ⓡ EAR LACERATION

Reason for Transfer: MANDIBLE FRACTURE → ~~OMFS~~ FOR OMFS EVAL

Condition of Patient at Sending Hospital: ☐ Critical ☒ Serious ☐ Fair ☐ Good

Time Arrival Emerg. Rm. A.M. P.M.
Time Transfer Request Made A.M. P.M.
Time Transferred A.M. P.M.

Summary of History-Physical Findings and Treatment (include medications administered, laboratory results, x-ray findings and copies of x-rays, if possible)

SEE HR

Approved: [signature] M.D.
Title: Physician
Approved - Hospital Administrator:

*STATE HOSPITAL CODE requires that arrangements be made with receiving hospital prior to transferring patient.
Transfer should be made in accordance with the State Hospital Code and the Administrative Code of the City of New York.
BOTH CODES ARE REPRODUCED ON BACK OF THIS PAGE

8235 Rev. 9/85

Plaza Jr
Benjamin
Q794825
QB300479155
Transfer Out Documents
Mon Jun 30, 2008 02:39
Page 002

**HOSPITAL CODE OF THE STATE OF NEW YORK - CHAPTER V - SECTION 732.5 ADMITTING DEPT. SECTION (J) AS AMENDED 1/31/69**

**CONSENT FOR TRANSFER TO ANOTHER FACILITY**

I, the undersigned, certify that Plaza Jr, (last name) Benjamin (first name) has consented to be transferred from Mount Sinai Hospital of Queens, Inc. to NSM (receiving facility) for ______ (reason for transfer)

I have been fully informed of the reasons, implications, and necessity of such a transfer. I acknowledge that I have been fully informed of the risks and consequences involved in transfer and I assume all such risks for (myself) (for the patient).

I hereby release Mount Sinai Hospital of Queens, its governing body, officers, trustees, directors, agents, appointees, employees, and medical staff from all responsibility and any liability for injuries, damages or adverse effects of results, including any deterioration in my (patient's) physical condition or other ill effects which the said patient may suffer because of this transfer.

I acknowledge the above has been fully explained to me (patient) by Dr. Chanonm

Date: ______ Time: ______

Patient/Guardian/other ______ (signature)

Witness ______ (signature) ______ (physician's signature)

______ (print full name) Mamta Chanonm (print full name)

**No person presented for medical care shall be removed, transferred or discharged for the purpose of effecting a transfer from a hospital unless such removal or transfer is carried out after written certification by a physician that such will not create a medical hazard to the person or is considered to be in the person's best interest despite the potential hazard of movement. Such a removal or transfer shall be made only after prior notification to an appropriate medical facility.**

**"Administrative Code of the City of New York 587-1.0 TRANSFER AND REMOVAL OF PATIENTS."**

a. It shall be unlawful for any superintendent or other in authority in any hospital in the City to order the removal from such hospital of any patient, while such patient is in a dangerously sick precarious condition, except good cause shown and upon the written certificate to that effect of the attending physician or surgeon, or in their absence, of the senior member of the house staff.

b. Such certificate shall be executed in duplicate and shall briefly set forth the name of the patient, the dates of reception and removal, and the facts making necessary such removal. One of such duplicates shall be filed in the records of such hospital and shall be preserved for a period of not less than three years. The remaining duplicates shall accompany the patient so removed to his place of destination and be there delivered to the person or official into whose care such patient is turned over. It shall be the duty of every such superintendent or other person ordering such removal to require compliance with the provisions of this section as to execution, filing and delivery of such certificate.

c. Every superintendent or other person in authority in a hospital in the City, who shall violate any of the provisions of this section, shall be subject to a penalty of not exceeding one hundred dollars for each and every offense.

81 35 - 052

Plaza Jr
Benjamin
Q794825
QB300479155
Transfer Out Documents
Mon Jun 30, 2008 02:39
Page 003

# NEW YORK STATE DEPARTMENT OF HEALTH
## EMERGENCY MEDICAL SERVICES DEVELOPMENT PROGRAM
## TRANSFER INFORMATION

Public Health Law 2805-b2 (c) requires that (in New York City):

"Whenever a previously stabilized emergency room patient is thereafter transferred for medical care to another location by means of an ambulance from which the patient is transferred shall determine that a receiving hospital is available and willing to receive such patient and that an attending physician thereat is available and willing to receive such patient. Just prior to the transfer, the emergency medical technician or paramedic assigned to accompany the patient in the ambulance shall be provided with a completed form..."

PATIENT'S NAME Plaza Jr, Benjain

ADDRESS 1988 98th Street DATE OF TRANSFER 6/30/08

East Elmhurst NY 11370
CITY STATE ZIP CODE TIME OF TRANSFER 3:30 A

DIAGNOSED CONDITION MANDIBLE FRACTURE - SEE HPI -

TREATMENT ADMINISTERED - SEE HPI -

MEDICATION ADMINISTERED - SEE HPI -

NAME OF PHYSICIAN ORDERING TRANSFER CHAUDHRY

HOSPITAL ORIGINATING TRANSFER: THE MOUNT SINAI HOSPITAL OF QUEENS

ADDRESS 25-10 30 AVENUE LONG ISLAND CITY, NY 11102

SIGNATURE OF PHYSICIAN ORDERING TRANSFER [signature]

AMBULANCE SERVICE TRANSPORTING

A copy of this form must be maintained on file by the transferring and destination hospitals and the ambulance service.

3208 Rev. 9/95

Basic Life Support
VOLUNTARY HOSPITAL

8108189

Plaza Jr
Benjamin
Q794825
QB300479155
*Ambulance Run Sheet
Mon Jun 30, 2008 09:30
Page 001

HOSPITAL PATIENT RECORD COPY



Plaza Jr
Benjamin
Q794825
QB300479155
Rhythm Strip
Mon Jun 30, 2008 09:30
Page 001

THE MOUNT SINAI QUEENS HOSPITAL
Astoria, New York
RADIOLOGY CONSULTATION

Dis 6/29/08

Plaza Jr
Benjamin
Q794825
QB300479155
Radiology Results
Tue Jul 01, 2008 12:57
Page 001

PT NAME: PLAZA JR, BENJAMIN M/25 Years Pt Loc: QER
UNIT NO: D432553 Requested by: Chaudhry, Ahmed ID: 800224
Request Loc: QER

CT No Contrast Head 30-Jun-2008 A: 4304605

CT of the head:

Clinical history: Evaluate for bleed

Technique: Serial axial images of the head were obtained from the skull base to the vertex.
Comparison: None

Findings: The cortical sulcal pattern is appropriate for the patient's age. The ventricles are not dilated out of proportion to the sulci. There is no acute intracranial hemorrhage or abnormal extra axial collection. There is no evidence of focal mass or mass effect. There is no evidence of acute cortically-based infarct.

The visualized orbits are unremarkable. An air fluid level is seen within the left maxillary sinus which may be compatible with acute sinusitis in the proper clinical setting.

Impression: The brain is unremarkable. A left maxillary sinus air-fluid level is noted.

Attending Radiologist: Michael Md Rhee

Dictated on:
Finalized on: 30-Jun-200810:47 AM
Michael Md Rhee

Transcribed by: Commissure Interface
Transcribed on: 30-Jun-200810:47 AM
/by/ MMR

CHART COPY

**Patient Information**

MRN: **D432553** Name: **PLAZA JR BENJAMIN**

DOB: **10/05/1982** Sex: **M**

**Study Information**

| | | | |
|---|---|---|---|
| Accession #: | **4304605** | Study Description: | **Head^01_ROUTINE_HEAD (Adult)** |
| Procedure Start Date: | **06/30/2008** | Modality: | **CT** |
| Procedure Start Time: | **00:09** | Station: | **CT39241** |
| Referring Physician: | **CHAUDHRY AHMED** | | |

**Comments:**

*(Login ID: jditzenbergermd) wrote on 06/30/2008 at 00:29:*

THIS IS A PRELIMINARY REPORT FROM IMAGING ON CALL

Patient: Plaza Jr Benjamin

CT head without contrast, 31 images.

Findings:
no intra or extra-axial hemorrhage.
No mass lesion or midline shift.
Normal gray white matter differentiation.
The ventricles are within normal limits for age.
Small fluid level in the visualized left maxillary sinus

J.E.Ditzenberger, MD 1-866-717-3627

Close

**Mount Sinai of Queens**
**EMERGENCY FLOW SHEET RECORD**
**Name: Plaza Jr, Benjamin Age: 25Y MR: Q794825 Acct: QB300479155**

VITAL SIGNS

| User | Date/Time | BP | PULSE | RESP | TEMP | PAIN | O2 SAT | TIME |
|---|---|---|---|---|---|---|---|---|
| NAR2 | Mon Jun 30, 2008 02:30 | 112/68 | 68 | 18 | | 0 | 98 | |
| NLM | Sun Jun 29, 2008 23:35 | 58/28 | 51 | 20 | | | | |

# MOUNT SINAI OF QUEENS PRIMARY

**Plaza Jr, Benjamin**
DOB: 10/5/1982 M25
Wt/Ht:
MedRec: Q794825
AcctNum: QB300479155

Patient Data

**Complaint:** Jaw Fx – Assault
**Triage Time:** Sun Jun 29, 2008 23:35
**Urgency:** 01–Emergent
**Bed:** ED HOLD
**Initial Vital Signs:**
**BP:**58/28
**P:**51
**R:**20
**T:**

**ED Attending:** Chaudhry,DO, Ahmed
**Primary RN:** Pusey, RN, Lynda

**O2 sat:**
**Pain:**

## IMAGING

**AUTH FOR ED CARE/FINANCE:* Image captured from scanner. (23:44 RBF)
**FACE SHEET:* Image captured from scanner. (23:44 RBF)
*TRANSFER OUT DOCUMENTS:* Image captured from scanner. (Mon Jun 30, 2008 02:39 CJS)
Page 002 addedImage captured from scanner. (Mon Jun 30, 2008 02:40 CJS)
Page 003 addedImage captured from scanner. (Mon Jun 30, 2008 02:40 CJS)
**AMBULANCE RUN SHEET:* Image captured from scanner. (Mon Jun 30, 2008 09:30 FJR2)
*RHYTHM STRIP:* Image captured from scanner. (Mon Jun 30, 2008 09:30 FJR2)
*RADIOLOGY RESULTS:* Image captured from scanner. (Tue Jul 01, 2008 12:57 MJS)
Page 002 addedImage captured from scanner. (Tue Jul 01, 2008 12:58 MJS)

## VITAL SIGNS

*VITAL SIGNS:* BP: 58/28, Pulse: 51, Resp: 20. (Sun Jun 29, 2008 23:35 NLM)
BP: 112/68, Pulse: 68, Resp: 18, Pain: 0, O2 sat: 98. (Mon Jun 30, 2008 02:30 NAR2)

## TRIAGE (Sun Jun 29, 2008 23:35 NLM)

*PATIENT:* NAME: Benjamin Plaza Jr, AGE: 25, GENDER: male, DOB: Tue Oct 05 1982, TIME OF GREET: Sun Jun 29 2008 23:12, Fall Risk: YES – Alert Band Applied, MEDICAL RECORD NUMBER: Q794825, ACCOUNT NUMBER: QB300479155.
*PREVIOUS VISIT ALLERGIES:* Nkda.
*ADMISSION:* URGENCY: 01–Emergent, BED: WAIT.
*VITAL SIGNS:* BP 58/28, Pulse 51, Resp 20.
*COMPLAINT:* COMPLAINT: Jaw Fx – Assault.
*ASSESSMENT:* Triage assessment performed.

## KNOWN ALLERGIES

Nkda.

## DIAGNOSIS (Mon Jun 30, 2008 02:11 AAC)

*FINAL:* PRIMARY: **Mandible fracture**, ADDITIONAL: **ear laceration s/p VOV.**

## DISPOSITION

*PATIENT:* Disposition: Transfer MSM Adult ER, Condition: Guarded. (Mon Jun 30, 2008 02:11 AAC)
Remove from ER. (Mon Jun 30, 2008 03:57 NAR2)

## HISTORY

*MEDICAL HISTORY:* No past medical history, **No past medical history. Past medical history is not significant.** (Sun Jun 29, 2008 23:35 NLM)
*SURGICAL HISTORY:* Patient has had no previous surgical history, **rt shoulder.** (Sun Jun 29, 2008 23:35 NLM)

**MOUNT SINAI OF QUEENS**
**PRIMARY**

**Plaza Jr, Benjamin**
DOB: 10/5/1982 M25
Wt/Ht:
MedRec: Q794825
AcctNum: QB300479155

*PSYCHIATRIC HISTORY:* **No history of anxiety, No history of bipolar, No history of depression, No history of suicidal ideation, No history of suicide attempts, No history of psychosis, No history of hallucinations, No history of homicidal ideation, No history of violence toward others, No history of schizophrenia.** (Sun Jun 29, 2008 23:35 NLM)

*SOCIAL HISTORY:* **Denies alcohol abuse, Denies tobacco abuse, Denies drug abuse.** (Sun Jun 29, 2008 23:35 NLM)

*MEDICAL HISTORY:* No past medical history. (Mon Jun 30, 2008 00:17 AAC)

*SURGICAL HISTORY:* Patient's previous surgical history is not relevant to the case, **R shoulder surgery**. (Mon Jun 30, 2008 00:17 AAC)

*SOCIAL HISTORY:* Denies alcohol abuse, Denies tobacco abuse, Denies drug abuse. (Mon Jun 30, 2008 00:17 AAC)

*FAMILY HISTORY:* Family history is not contributory to this case. (Mon Jun 30, 2008 00:17 AAC)

*NOTES:* Nursing records reviewed. (Mon Jun 30, 2008 00:17 AAC)

## CURRENT MEDICATIONS (23:35 NLM)

*Not Taking Medication*

## HPI HEAD INJURY (Mon Jun 30, 2008 00:17 AAC)

*CHIEF COMPLAINT:* Patient presents for the evaluation of **head injury**.

*HISTORIAN:* History obtained from patient.

*OCCURRED:* Onset was **10:30 PM tonite, Patient currently has symptoms, Complaint is persistent,** attacked.

*MECHANISM:* Complaint occurred by **blunt trauma, direct blow**.

*QUALITY:* **Patient describes pain as aching, Open wound is**, Length: **2.6–4.0cm**, Depth: **Through dermis, R auricular laceration.**

*ASSOCIATED WITH:* Patient denies headache , Patient denies dizziness, Patient denies blurred vision, Patient denies vomiting, Patient denies nausea, Alcohol: Denies, LOC: none, GCS: 15.

*SEVERITY:* Maximum severity is **moderate**, Currently **symptoms are moderate**.

*EXACERBATED BY:* Patient's condition exacerbated by **opeing mouth**.

*RELIEVED BY:* Patient's condition relieved by **nothing**.

*RISK FACTORS:* Intracranial Bleed Risk Factors: None.

*NOTES:* **No head ache or neck pain. No chest pain or sob. No extremity pain.** .

## ROS (Mon Jun 30, 2008 00:18 AAC)

*CONSTITUTIONAL:* No fever, No chills, No fatigue.

*EYES:* No eye pain, No eye discharge.

*ENT:* No dysphagia, No drooling.

*CARDIOVASCULAR:* No diaphoresis, No chest pain.

*RESPIRATORY:* No Cough, No SOB.

*GI:* No abdominal pain, No nausea, No vomiting.

*MUSCULOSKELETAL:* **Historian reports arthralgias**, No back pain.

*SKIN:* **Historian reports skin lesions**, No cellulitis.

*NEUROLOGIC:* No dizziness, No focal weakness.

*ALLERGIC/IMMUNOLOGIC:* No hives, No eczema.

*PSYCHIATRIC:* No IV drug abuse, No marijuana abuse, No alcohol abuse.

## PHYSICAL EXAM (Mon Jun 30, 2008 00:19 AAC)

*CONSTITUTIONAL:* Patient is afebrile, Vital signs reviewed, Patient has normal blood pressure, Patient has

normal respiratory rate, Well appearing, Alert and oriented X 3, **Patient has moderate pain distress.**
*HEAD:* Atraumatic, Normocephalic.
*EYES:* Eyes are normal to inspection, Pupils equal, round and reactive to light, No discharge from eyes, Extraocular muscles intact, Sclera are normal, Conjunctiva are normal.
*ENT:* Ears normal to inspection, Nose examination normal, Posterior pharynx normal, **L depressed jaw fracture (incisors on L depressed), L mandible body and angle ttp**.
*NECK:* Normal ROM, No jugular venous distention, No meningeal signs, Cervical spine nontender.
*RESPIRATORY CHEST:* Chest is nontender, Breath sounds normal, No respiratory distress.
*CARDIOVASCULAR:* RRR, No murmurs, Normal S1 S2.
*ABDOMEN:* Abdomen is nontender, No masses, No distension, No peritoneal signs.
*BACK:* There is no CVA Tenderness, There is no tenderness to palpation, Normal inspection.
*UPPER EXTREMITY:* Inspection normal, No cyanosis, No clubbing, No edema, Normal range of motion.
*LOWER EXTREMITY:* Inspection normal, No cyanosis, No clubbing, No edema, Normal range of motion, No calf tenderness.
*NEURO:* GCS is 15, No focal motor deficits, No focal sensory deficits, Speech normal, Gait normal, Memory normal.
*SKIN:* Patient denies pain to skin, Skin warm and dry.
*PSYCHIATRIC:* Oriented X 3, Normal affect, Normal insight, Normal concentration.

## LAB INTERPRETATION (Mon Jun 30, 2008 02:19 AAC)
*INTERPRETATION:* I reviewed the lab results.

## RADIOLOGY INTERPRETATION
*HEAD:* Radiological interpretation of the mandible shows, **+ symphysis and L ramus fracture**, Interpretation of the Head CT shows. (Mon Jun 30, 2008 02:21 AAC)
*NOTES:* **Patient: Plaza Jr Benjamin**
**CT head without contrast, 31 images.**
**Findings:**
**no intra or extra–axial hemorrhage.**
**No mass lesion or midline shift.**
**Normal gray white matter differentiation.**
**The ventricles are within normal limits for age.**
**Small fluid level in the visualized left maxillary sinus**
**J.E.Ditzenberger, MD 1–866–717–3627.** (Mon Jun 30, 2008 02:20 AAC)

## LACERATION (Mon Jun 30, 2008 03:05 PJA)
*TIME OUT:* Side/site verified, Patient identification confirmed, Maximum sterile procedures observed.
*PRIOR TO PROCEDURE:* Verbal consent obtained, Performed by physician extender, I was present for the entire procedure, I was present for the key portions of the procedure, Patient prepped and draped in usual sterile fashion, Anesthetic used, Anesthetic type is local infiltration, Medication used is 1% LIDOCAINE without epinephrine, 10ml, No foreign body, No contamination, Deep structures intact, No bony deformity, No edema, No ecchymosis, Irrigated with normal saline, Irrigated with 400, ml of normal saline, LACERATION REPAIR:, Simple (single layer only) repair of, **right ear laceration**, total length 6.0cm, Skin layer closed with 6.0, Nylon, Interrupted, Wound well approximated, Abx ointment applied, There are no complications, Patient tolerated procedure

well, **RIGHT EAR WITH 2 CM LACERATION TO ANTERIOR DISTAL AURICLE 7 SUTURES USED TO APPROXIMATE WOUND. POSTERIOR DISTAL AURICLE 2.5CM, 5 SUTURES USED TO APPROX. WOUND. PT ALSO HAS TWO LINEAR LACERATIONS TO BASE OF POSTERIOR AURICLE EACH 0.75CM, 2 SUTURES PLACED IN EACH WOUND TO REAPPROXIMATE. NO COMPLICATIONS. ALL SUTURES THAT WERE PLACED WERE NYLON 6–0.**

**ATTENDING** (Wed Jul 16, 2008 16:25 AAC)
*ADDITIONAL NOTES:* 25 y/o M transferred to MSM for mandible fracture.

**DOCTOR NOTES**
*TEXT:* **Repeat BP 95 systolic, IVF ordered.** (Mon Jun 30, 2008 00:19 AAC)
**Case d.w Dr. Montenpour (OMFS) will see patient (MSM), vcase d/we Dr. Patel (ED), will accept for transfer.** (Mon Jun 30, 2008 02:20 AAC)
**repeat vitals noted.** (Mon Jun 30, 2008 02:37 AAC)

**MEDICATION ADMINISTRATION SUMMARY** (Fri Apr 03, 2009 14:07)

| Drug Name | Dose | Route | Status | Time |
|---|---|---|---|---|
| Morphine Sulfate | 2 milligram(s) | IV Push | Given | 02:15 6/30/2008 |
| Clindamycin Phosphate | 600 milligram(s) | IV infusion | Given | 01:12 6/30/2008 |
| Tetanus–Diphtheria Toxoids, Adult | 0.5 milliliter(s) | IM | Given | 01:12 6/30/2008 |

Detailed record available in Medication Service section.

**NURSING PROCEDURE: TRANSPORT TO TESTS** (Mon Jun 30, 2008 01:23 TFB)
*TIME:* Patient's identity verified by, patient stating name, patient stating birth date, hospital ID bracelet, Procedure was performed at 00;30am, Patient transported to, CT scan, Patient transported via, cart, Patient accompanied by, ER tech, After procedure, patient returned to ED at 01:00am, Patient tolerated procedure well.
*SAFETY:* Side rails up, Cart in lowest position, Family at bedside.

**NURSING PROCEDURE: TRANSPORT TO TESTS** (Mon Jun 30, 2008 01:24 TFB)
*TIME:* Patient's identity verified by, patient stating name, patient stating birth date, hospital ID bracelet, Procedure was performed at 01:20am, Patient transported to, X–ray, Patient transported via, cart, Patient accompanied by, ER tech, After procedure, patient returned to ED at 01:23am, Patient tolerated procedure well.
*SAFETY:* Side rails up, Cart in lowest position, Family at bedside.

**NURSING PROCEDURE: TRANSFER** (Mon Jun 30, 2008 03:56 NAR2)
*PROCEDURE:* Patient transferred at 3:30am, Diagnosis is fx of mandibula, Accepting institution: MSHM, Referring physician: chaudry, Mode of transport: Ambulance, urgent, Report called to ER, Emotional support needed and given.
*BELONGINGS:* Belongings are with the patient.
*EQUIPMENT WITH PATIENT:* Patient left the emergency department at 3:30am.
*SAFETY:* Side rails up, Cart in lowest position.

**NURSING PROCEDURE: IV** (Mon Jun 30, 2008 03:57 NAR2)
*TIME:* Patient's identity verified by, patient stating name, patient stating birth date, hospital ID bracelet, IV established, 20 gauge catheter inserted, into left antecubital, Saline lock established, flushed with normal saline, Labs drawn at time of placement, Specimen labeled in the presence of the patient and sent to

**MOUNT SINAI OF QUEENS**
**PRIMARY**

**Plaza Jr, Benjamin**
DOB: 10/5/1982 M25
Wt/Ht:
MedRec: Q794825
AcctNum: QB300479155

**TFB=Barbosa,ORD, Fauaro**