# The Mount Sinai Hospital – New York, NY
## Inpatient Facesheet

| Medical Record Number |
|---|
| **2891398** |

| Patient's Name | | | | Gender | Race |
|---|---|---|---|---|---|
| **PLAZA, BENJAMIN** | | | | **Male** | **Hispanic/Latino** |

| Social Security Number | Age | Date of Birth: | Marital Status | Religion |
|---|---|---|---|---|
| **XXX–XX–3305** | **25 Years** | **10/05/1982** | **Unknown** | **Christian** |

| Patient Address | Patient Phone: |
|---|---|
| **One Gustave Levy Pla, EDDEPT New York, NY 10029** | **(646) 302–7994 (H)** |

| Employment Status | Employer Name | Patient Work Phone |
|---|---|---|
| **Full–Time** | **SWISSPORT USA** | |

| Employer Address | Employer Phone |
|---|---|
| **JFK AIRPORT New York, NY 10029** | |

| Next of Kin | Relationship to Patient | NOK Phone | NOK Work Phone |
|---|---|---|---|
| **PLAZA, BENJAMIN** | **Father** | **(917) 576–4093 (H)** | |

| Emergency Contact | Relationship to Patient | EMC Phone | EMC Work Phone |
|---|---|---|---|
| **PLAZA, BENJAMIN** | **Father** | **(917) 576–4093 (H)** | |

| Admit Date | Admit Time | Visit Number: | Reason for Admission |
|---|---|---|---|
| **06/30/2008** | **16:40** | **000044719928** | **FRACTURE** |

| Estimated Arrive Date | Admit Source | Point of Origin |
|---|---|---|
| | **Emergency Room Admit** | **Emergency Room** |

| Admitting Diagnosis |
|---|
| **800.69  – OPEN FRACTURE OF VAULT OF SKULL WITH CEREBRAL LACERATION AND CONTUSION, WITH CONCUS** |

| Nursing Unit – Room – Bed | Private Room Accommodation Reason | Admit Type |
|---|---|---|
| **N08C  210  A** | | **Emergency Department** |

| Care Center | Specialty | Medical Service | Team |
|---|---|---|---|
| **Neurosciences & GI CC** | **Oral & Maxillofacial** | **Medicine** | |

| Admitting Physician | Dictation Code | Admitting Physician Department |
|---|---|---|
| **Calat, Paul M** | **03345** | |

| Attending Physician | Dictation Code | Attending Physician Department |
|---|---|---|
| **Calat, Paul M** | **03345** | |

| Insurance 1 Health Plan Name | Policy Number | Group Name | Group Number |
|---|---|---|---|
| **Blue Cross – Empire EPO/PPO** | **SWP813M60481** | | |

| Health Plan Address | HP Phone Number |
|---|---|
| | |

| Insurance 2 Health Plan Name | Policy Number | Group Name | Group Number |
|---|---|---|---|
| | | | |

| Health Plan Address | HP Phone Number |
|---|---|
| | |

| Insurance 3 Health Plan Name | Policy Number | Group Name | Group Number |
|---|---|---|---|
| | | | |

| Health Plan Address | HP Phone Number |
|---|---|
| | |

| Encounter Comment (Ins 1 tab) |
|---|
| |

| Patient Directory | NYS Rights Info | NOPP Signed | Chaplain Visit | Patient is Requesting |
|---|---|---|---|---|
| **2.List name only** | **Yes** | **Yes** | | **Semi–Private** |

MR–1542 (05/2008)

Plaza LABEL Benjan
2891398
~ 30-03



Mount Sinai

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
OMB Approval No. 0938-0692

# AN IMPORTANT MESSAGE FROM MEDICARE
# ABOUT YOUR RIGHTS

## AS A HOSPITAL INPATIENT, YOU HAVE THE RIGHT TO:

Receive Medicare covered services. This includes medically necessary hospital services and services you may need after you are discharged, if ordered by your doctor. You have a right to know about these services, who will pay for them, and where you can get them.

Be involved in any decisions about your hospital stay, and know who will pay for it.

Report any concerns you have about the quality of care you receive to the Quality Improvement Organization (QIO) listed here: **IPRO  1-800-331-7767   TTY Users  1-866-446-3507  or  1-516-326-6182**

## YOUR MEDICARE DISCHARGE RIGHTS

**Planning For Your Discharge:** During your hospital stay, the hospital staff will be working with you to prepare for your safe discharge and arrange for services you may need after you leave the hospital.   When you no longer need inpatient hospital care, your doctor or the hospital staff will inform you of your planned discharge date.

**If you think you are being discharged too soon:**

- You can talk to the hospital staff, your doctor and your managed care plan (if you belong to one) about your concerns.

- You also have the right to an appeal, that is, a review of your case by a Quality Improvement Organization (QIO). The QIO is an outside reviewer hired by Medicare to look at your case to decide whether you are ready to leave the hospital.

    ○ **If you want to appeal, you must contact the QIO no later than your planned discharge date and before you leave the hospital.**

    ○ If you do this, you will not have to pay for the services you receive during the appeal (except for charges like copays and deductibles).

- If you do not appeal, but decide to stay in the hospital past your planned discharge date, you may have to pay for any services you receive after that date.

- **Step by step instructions for calling the QIO and filing an appeal are on page 2.**

To speak with someone at the hospital about this notice, call   **Appeals 212-731-3300
Monday–Friday from 9AM- 5PM.  Off hours please call Nursing Administration 212-241-4567**

**Please sign and date here to show you received this notice and understand your rights.**

_____                    06-30-03
Signature of Patient or Representative                                    Date

_____                    _____
Signature of Patient or Representative                                    Date

88138 Rev. (New 08/07)
CMS-R-193 (approved 05/07)

Pink – Patient, Given upon admission          Yellow – Patient, 2 days prior to discharge          White – Chart Copy / Hospital Medical Records

## AN IMPORTANT MESSAGE FROM MEDICARE ABOUT YOUR RIGHTS page 2

### STEPS TO APPEAL YOUR DISCHARGE

- **STEP 1:** You must contact the QIO no later than your planned discharge date and before you leave the hospital. If you do this, you will not have to pay for the services you receive during the appeal (except for charges like copays and deductibles).

  - Here is the contact information for the QIO:

    ### The Island Peer Review Organization – 1-800-446-2447
    ### TTY #: 866-446-3507 or 516-326-6182

  - You can file a request for an appeal any day of the week. **Once you speak to someone or leave a message, your appeal has begun.**

  - Ask the hospital if you need help contacting the QIO.

  - The name of this hospital is _Mount Sinai Medical Center_   ID # _1932103413._

- **STEP 2:** You will receive a detailed notice from the hospital or your Medicare Advantage or other Medicare managed care plan (if you belong to one) that explains the reasons they think you are ready to be discharged.

- **STEP 3:** The QIO will ask for your opinion. You or your representative need to be available to speak with the QIO, if requested. You or your representative may give the QIO a written statement, but you are not required to do so.

- **STEP 4:** The QIO will review your medical records and other important information about your case.

- **STEP 5:** The QIO will notify you of its decision within <u>1 day after</u> it receives all necessary information.

  - If the QIO finds that you are not ready to be discharged, Medicare will continue to cover your hospital services.

  - If the QIO finds you are ready to be discharged, Medicare will continue to cover your services until noon of the day <u>after</u> the QIO notifies you of its decision.

### IF YOU MISS THE DEADLINE TO APPEAL, YOU HAVE OTHER APPEAL RIGHTS:

- You can still ask the QIO or your plan (if you belong to one) for a review of your case:
  - If you have Original Medicare: Call the QIO listed above.
  - If you belong to a Medicare Advantage Plan or other Medicare managed care plan: Call your plan.
- If you stay in the hospital, the hospital may charge you for any services you receive after your planned discharge date.

For more information, call 1-800-MEDICARE (1-800-633-4227), or TTY: 1-877-486-2048.

### Additional Information:

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938- 0692. The time required to complete this information collection is estimated to average 15 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, 7500 Security Boulevard, Attn: PRA Reports Clearance Officer, Mail Stop C4-26-05, Baltimore, Maryland 21244-1850.

# THE MOUNT SINAI HOSPITAL

**PROXY QUESTIONNAIRE AND
ACKNOWLEDGEMENT STATEMENT**

Plaza, Benjamin
289,398
56-30-08

## Acknowledgement

I acknowledge receipt of the booklet, *Your Rights as a Hospital Patient in New York State*, prepared by the New York State Department of Health. I have had the opportunity to discuss it with a hospital representative.

_____
Patient's Signature

Or

_____
Signature of Patient's Designated Representative

_____
Relationship to Patient

## Acuse de recibo

Acuso recibo del folleto titulado *Sus derechos como paciente de hospital en el Estado de Nueva York*, elaborado por el Departamento Salud del Estado de Nueva York. Un representante del hospital está presente para responder a mis preguntas sobre este folleto.

_____
Firma del paciente

O

_____
Firma del representante nombrado por el paciente

_____
Indique su parentesco o relacion con el paciente

## HEALTH CARE PROXY QUESTIONNAIRE

Has patient previously filled out a Health Care Proxy form OR would they like to complete one at this time?

**IF "YES"** (check one)

A. _____ A copy is in the chart. (The patient keeps the original.)

B. _____ A copy is not with patient (Ask patient to have a copy brought to the hospital and given to his/her nurse. If (s)he wishes to verbalize information outlined in his/her advance directive, refer to primary nurse.)

**IF "NO"** (check one)

A. _____ Health Care Proxy information given to patient.

B. _____ Patient asked to provide any other advance directive (i.e., DNR, living will, other.)

**IF "UNKNOWN"** (check one)

A. _____ Patient can not respond at this time/Patient's clinical condition makes discussion inappropriate.

B. _____ Family/care giver doesn't know but will research.

_____
Admission Planner / Clerk / Business Associate

Print Name: _____

Date _____

C-2-F-25 (Rev. 11/99)

    

## ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES (NOPP)

*By signing below, I acknowledge that I have been provided a copy of this Notice of Privacy Practices and have therefore been advised of how health information about me may be used and disclosed by the hospitals and the facilities listed at the beginning of this notice, and how I may obtain access to and control this information*

Plaza Benjamin
_____
Patient Name

_____
Signature of Patient or Personal Representative

_____
Print Name of Patient or Personal Representative

06-30-08
_____
Date

Self
_____
Description of Personal Representative's Authority

*I was not able to obtain the patient's acknowledgement of receipt of the NOPP upon registration because:*

☐  *The patient refused to sign despite good faith efforts*

☐  *The patient was unaccompanied and not alert and oriented*

☐  *The patient was unaccompanied and needed emergency care*

☐  *Other,( explain):* _____

Employee Signature: _____ Employee Title: B.A.T

Print Name: Ishrat Jahan   Date: 06-30-08

☐  Acknowledgement subsequently obtained, (see above).

MR-205 (Rev 5/04))



**The Mount Sinai Hospital**
One Gustave L. Levy Place
New York, New York 10029

MRN -
V -

PLAZA, BENJAMIN
MRN -2891398    M    10/5/1982
V - 44719928            6/30/2008
CALAT, PAUL              03345

N08C

**PERMISSION SHEET #1**

## PERMISSION FOR OPERATION AND/OR
## PROCEDURE AND ANESTHESIA

1.   I hereby authorize Doctor _____ and/or those associates or assistants he/she may designate
     to perform upon _____ the following treatment(s), operation(s), and/or procedure(s) to include:
     _(NAME OF PATIENT OR MYSELF)_
     Repair of Mandible Fracture, Other Related Procedures

2.   Dr. ___Goulston___ has fully explained to me the nature and purposes of the
     treatment(s)/operation(s)/procedure(s) and has also informed me of the benefits, risks and possible complications, as
     well as the possible alternatives to the proposed treatment(s)/operation(s)/procedure(s). I have been given an
     opportunity to ask questions, and all my questions have been answered, fully and satisfactorily.

3.   I understand that during the course of the operation(s)/procedure(s)/treatment(s) unforeseen conditions may arise which
     necessitates procedure(s) different from those contemplated. I consent to the performance of additional operation(s)/
     procedure(s)/treatment(s) which the above-named physician or his/her associates/assistants may consider necessary.

4.   I also consent to the administration of anesthesia/sedation/analgesia deemed necessary under the direction of an
     authorized physician. I have been made aware of the possible risks, consequences, and alternatives associated with
     the administration of these agents.

5.   I further consent to the transfusion of blood or blood components as deemed necessary in the judgement of the
     physician, or his/her associates/assistants. The benefits and alternate forms of treatment have been explained to me,
     as well as the possible risk(s) and adverse consequences.

6.   I hereby authorize the release of my social security number to the manufacturer of any medical device(s) that may be
     implanted, in accordance with federal laws and regulations.

7.   Any organ(s)/tissue(s)/implant(s) surgically removed may be examined and retained by the Hospital for medical,
     scientific or educational purposes and such tissues or organs may be disposed of in accordance with accustomed
     practice.

8.   For medical, scientific or educational purposes, I consent to the photographing, videotaping and/or closed circuit
     televising, and publication, thereof, of the operation/procedure/treatment to be performed, provided my identity is not
     revealed. I also consent to the admission of observers in the Operating or Treatment Room.

9.   I understand that during the course of the operation(s)/procedure(s)/treatment(s), a manufacturer's representative may
     provide technical support.

10.  I acknowledge that no guarantees or assurances have been made to me concerning the results intended from the
     operation(s)/procedure(s)/treatment(s). I confirm that I have read and fully understand the above and that all blank
     spaces have been completed prior to my signing. I have crossed out any paragraphs to which I do not consent.

| Patient/Relative, | Benjamin Plaza | | 6/30/08 | ( Self ) |
| or Guardian*: | Print Name | Signature | Date/Time | Relationship |

| Witness | Mableloi Winter | midnight | 7/1/08 | |
| | Print Name | Signature | Date/Time | |

     I hereby certify that I have explained the nature, purpose, benefits, risks of, and alternatives to, the proposed
procedure/operation, have offered to answer any questions and have fully answered all such questions. I believe that the
patient/relative/guardian fully understands what I have explained and answered. In the event that I was not present when
the patient signed this form, I understand that the form is only documentation that the informed consent process took
place. I remain responsible for having obtained the consent from the patient.

**Michael Goulston, MD**
Lic # 050510   Print Name      Signature      Date/Time      Dict#

Dictation # 62319
*The signature of the patient must be obtained unless the patient is under the age of 18 or incompetent.
NOTE: THIS DOCUMENT MUST BE MADE PART OF THE PATIENT'S MEDICAL RECORD.

C-2-F-1 (2/07)

Paul Calat, DDS  7/1/08
Dict 03345 7/1/08

**HOSPITAL CODE OF THE STATE OF NEW YORK -
CHAPTER V - SECTION 732.6 ADMITTING DEPT.
SECTION (J) AS AMENDED 1/31/69**

## CONSENT FOR TRANSFER TO ANOTHER FACILITY

I, the undersigned, certify that ____Plaza Jr,_____ Benjamin____
                                    last name            first name

has consented to be transferred from Mount Sinai Hospital of Queens, Inc. to ____MSM____
                                                                                  receiving facility

for _____
                            reason for transfer

I have been fully informed of the reasons, implications, and necessity of such a transfer. I acknowledge that I have been fully informed of the risks and consequences involved in transfer and I assume all such risks for (myself) (for the patient).

I hereby release Mount Sinai Hospital of Queens, its governing body, officers, trustees, directors, agents, appointees, employees, and medical staff from all responsibility and any liability for injuries, damages or adverse effects pf results, including any deterioration in my (patient's) physical condition or other ill effects which the said patient may suffer because of this transfer.

I acknowledge the above has been fully explained to me (patient) by Dr. ____Chandhm____

Date: _____ Time: _____

Patient/Guardian/other _____
                                signature

Witness _____
                  signature                                    ____Ahmed Chandhm____
                                                                    physician's signature
_____
     print full name                                         ____Ahmed Chandhm____
                                                                    print full name

No person presented for medical care shall be removed, transferred or discharged for the purpose of effecting a transfer from a hospital unless such removal or transfer is carried out after written certification by a physician that such will not create a medical hazard to the person or is considered to be in the person's best interest despite the potential hazard of movement. Such a removal or transfer shall be made only after prior notification to an appropriate medical facility.

*Administrative Code of the City of New York
587-1.0 TRANSFER AND REMOVAL OF PATIENTS.*

a. It shall be unlawful for any superintendent or other in authority in any hospital in the City to order the removal from such hospital of any patient, while such patient is in a dangerously sick precarious condition, except good cause shown and upon the written certificate to that effect of the attending physician or surgeon, or in their absence, of the senior member of the house staff.

b. Such certificate shall be executed in duplicate and shall briefly set forth the name of the patient, the dates of reception and removal, and the facts making necessary such removal. One of such duplicates shall be filed in the records of such hospital and shall be preserved for a period of not less than three years. The remaining duplicates shall accompany the patient so removed to his place of destination and be there delivered to the person or official into whose care such patient is turned over. It shall be the duty of every such superintendent or other person ordering such removal to require compliance with the provisions of this section as to execution, filing and delivery of such certificate.

c. Every superintendent or other person in authority in a hospital in the City, who shall violate any of the provisions of this section, shall be subject to a penalty of not exceeding one hundred dollars for each and every offense.

a135  1/02

**New York City**
**Health and Hospitals Corporation**

## INTER-HOSPITAL TRANSFER OF EMERGENCY ROOM PATIENTS

| From MSHQ | Hospital | To KSM | Hospital | Date 6/30 |
|---|---|---|---|---|

Name and Title of Person Contacted at Receiving Hospital: Dr Patel

| Patient's Surname Pena Jr. | First Benjamin | Middle | Age 25 | Telephone No. 646 202 784 | Apartment No. 12 |
|---|---|---|---|---|---|

Address 1908 88 78th Street A East Elmhurst 11370

Nearest Relative / Name / Address / Relationship

Diagnosis
1. MANDIBLE FRACTURE
   (R) EAR LACERA TISU
2.
3.

Reason for Transfer
MANDIBLE FRACTURE → ~~ont~~ no
OMFS EVAL

Condition of Patient at Sending Hospital:
☐ Critical   ☑ Serious   ☐ Fair   ☐ Good

| Time Arrival Emerg. Rm. | Time Transfer Request Made | Time Transferred |
|---|---|---|
| A.M.       P.M. | A.M.       P.M. | A.M.       P.M. |

Summary of History Physical Findings and Treatment (include medications administered, laboratory results, x-ray findings and copies of x-rays, if possible)

SEE MD.

| Approved _____ M.D. | Title Physician | Approved - Hospital Administrator |
|---|---|---|

*STATE HOSPITAL CODE requires that arrangements be made with receiving hospital prior to transferring patient.
Transfer should be made in accordance with the State Hospital Code and the Administrative Code of the City of New York.
BOTH CODES ARE REPRODUCED ON BACK OF THIS PAGE

8205 Rev. 9/95





PLAZA, BENJAMIN
MRN -2891398  M   10/5/1982
V - 44719928        6/30/2008
CALAT, PAUL          03345

N08C

# THE MOUNT SINAI MEDICAL CENTER
One Gustave L. Levy Place, New York, NY. 10029-6574
Mount Sinai School of Medicine • The Mount Sinai Hospital

—————— ADDRESSOGRAPH ——————

**The following form shall be used
for patients covered under the case payment system:**

# DISCHARGE NOTICE
## —READ THIS LETTER CAREFULLY—

DATE: 07/02/08

**IT CONCERNS YOUR PRIVATE INSURANCE BENEFITS OR MEDICAID BENEFITS OR IF YOU ARE UNINSURED.**

| PRIMARY PAYOR AT DISCHARGE: Blue Cross - Empire EPO/PPO |
|---|

| M.R.#: 2891398 | ADMISSION DATE: 06/30/08 |
|---|---|

Dear Patient:

Your doctor and the hospital have determined that you no longer require care in the hospital and will be ready for discharge on:

**DISCHARGE DATE ▶** DAY OF WEEK: Wednesday    DATE: 07/02/08

**IF YOU AGREE** with this decision, you will be discharged. Be sure you have already received your written discharge plan which describes the arrangements for any future health care you may need.

**IF YOU DO NOT AGREE** and think you are not medically ready for discharge or feel that your discharge plan will not meet your health care needs, you or your representative may request a review of the discharge decision by contacting the review agent indicated below.

**IF YOU WOULD LIKE A REVIEW,** you should immediately, but not later than noon of the day after you receive this notice, call the telephone number checked off on the IPRA list indicated below.

**IF YOU CANNOT REQUEST THE REVIEW YOURSELF,** and you do not have a family member or friend to help you, you may call the Resource Center at 47428, and they will assist you.

**IF YOU REQUEST A REVIEW,** the following will happen:
1. The review agent will ask you or your representative why you or your representative think you need to stay in the hospital and also will ask your name, admission date and telephone number where you or your representative can be reached.
2. After speaking with you or your representative and your doctor and after reviewing your medical record, the review agent will make a decision which will be given to you in writing.
3. While this review is being conducted, you will not have to pay for any additional hospital days until you have received the review agent's decision.

**IF THE REVIEW AGENT AGREES WITH THE DISCHARGE DECISION,** you will be financially responsible for your continued stay after noon of the day after you or your representative has been notified of the review agent's decision.

**IF THE REVIEW AGENT AGREES THAT YOU STILL NEED TO BE IN THE HOSPITAL:**
for Medicaid patients, Medicaid benefits will continue to cover your stay;
for private health insurance patients, coverage for your continued stay is limited to the scope of your private health insurance policy.

**NOTE:** If you miss the noon deadline mentioned on this notice, you may still request a review. However, if the review agent disagrees with you, you will be financially responsible for the days of care beginning with the proposed discharge date.

If you would like a review of your hospital stay *after* you have been discharged, you may request a review by the review agent within thirty (30) days of the receipt of this notice or seven days after the receipt of a complete bill from the hospital, whichever is later, by writing to the review agent.

| I have received this notice on behalf of myself as the patient or as the representative of the patient: | | | |
|---|---|---|---|
| Signature | Relationship: Jeff | Date: 7/2/08 | Time: 1:41 AM |

cc: Attending Physician; Hospital Billing Office

## IPRA REVIEW AGENTS

| FOR ASSISTANCE HELP | ☐ BLUE CROSS/CIP/SP | ☐ Medicaid-island Peer Review Org. | ☐ Medicare-island Peer Review |
|---|---|---|---|
| The Independent Professional Review Agent (IPRA) for your area and your insurance coverage is | New York County Health Services Review Organization 50 West 23rd Street New York NY 10010 (212) 897-6000 | 1979 Marcus Avenue Lake Success, NY 11042 (516) 326-6136 (800) 648-4776 Mon.-Fri. 8:30 AM - 4:30 PM | 1979 Marcus Avenue Lake Success, NY 11042 (516) 326-6131 (800) 446-2447 |

FORM FF-952 (REV. 2/04)

**MOUNT SINAI**

**The Mount Sinai Hospital**
One Gustave L. Levy Place
New York, New York 10029

PLAZA, BENJAMIN
MRN -2891398   M   10/5/1982
V - 44719928            6/30/2008
CALAT, PAUL              03345

N08C

## PATIENT DISCHARGE PLAN AND REFERRAL FORM

DISCHARGE DATE: 07/02/08

DISCHARGE TIME: 1345

SERVICE/SPECIALITY/PHYSICIAN: Dr. Calat

ALLERGIES _No known drug allergies_

DISPOSITION: ☒HOME   ☐ OTHER: _____   ☐ TRANSFER TO: _____
Patient's Telephone: (696) 302-7994
MODE: ☐ AMBULATORY   ☐WHEELCHAIR   ☐ STRETCHER   ☐ OTHER _____
PERSON ACCOMPANYING PATIENT: _____   RELATIONSHIP: _____

DIAGNOSES: (AS EXPLAINED TO PATIENT/PATIENT SURROGATE) _Fractured Mandible_

| SURGICAL/OBSTETRETRICAL/OTHER DIAGNOSTIC PROCEDURES | DATE |
|---|---|
| Repair of fractured mandible | 7/01/08 |

Your diet is: ☐ Regular ☒Other _Pureed foods and liquids_
Your activity is: ☒As Tolerated ☐ Other _____
Other special instructions:
Contact your doctor or go to nearest ER IF you experience any shortness of breath, difficulty breathing of swallow, or if you have any signs of infection such as fever, chills, increased swelling, redness, or for any active bleeding.

| TO BE FOLLOWED | NAME | PHONE | LOCATION | DATE | TIME |
|---|---|---|---|---|---|
| CLINIC/MSH FACILITY: | Follow up with Dr. Calat. Call to make an appointment. | | | | |
| PHYSICIAN: | | | | | |
| OTHER: | | | | | |
| OTHER: | | | | | |

If you smoke, refer to your copy of *Smoking Cessation Information* provided to you on the back of this form. This information reinforces advice that was provided to you during your hospitalization about the importance of quitting smoking and gives information about local smoking cessation programs.

I HAVE RECEIVED THE ABOVE INFORMATION: _____   DATE: 7/2/08
PATIENT/DESIGNEE

NURSE'S NOTE: (Brief description of patient's status on discharge)
A/O x 3, ambulatory. Pt c Lt side facial swelling Ø difficulty breathing. SaO2 97% on RA. Pt c jaw wired shut, tolerating PO fluids and yellow substances, c little difficulty c mild pain to jaw. VS BP 134/70 P100, RR 18, T 36.9° Pt c sutures to Lt ear. OTF. dp II Pt speaks clearly voicing freely. Brought today. Ambulated off unit Ø imbalance of understanding of

EVALUATION OF PATIENT'S/PATIENT'S SURROGATE UNDERSTANDING OF DISCHARGE INFORMATION: D/C instructions and
☐ Patient/patient's surrogate verbalizes understanding of discharge plan.   follow up care
☒ Patient/patient's surrogate verbalizes understanding of instructions given regarding:
☒Medications ☒Diet ☒Activity ☐When to contact MD/NP ☐Use of medical devices ☐Follow-Up Care
☐ Other: _____

D-1-A-4D (REV 12/05)

CHART COPY

PAGE 1 OF 2

| MOUNT SINAI | **The Mount Sinai Hospital**<br>One Gustave L. Levy Place<br>New York, New York 10029 | PLAZA, BENJAMIN<br>MRN -2891398  M   10/5/1982<br>V - 44719928        6/30/2008<br>CALAT, PAUL                   03345<br><br>N08C |

### YOUR DISCHARGE MEDICATIONS

| NAME OF MEDICATION | DOSAGE | ROUTE | HOW OFTEN TO TAKE | TIMES | SPECIAL INSTRUCTIONS | PRINTED MATERIAL GIVEN |
|---|---|---|---|---|---|---|
| Clindamycin | 300mg | | Take one tablet 4 (four) times a day for 7 days | | | |
| Percocet | 5/325mg | | Take one (1) to two (2) tablets every 4-6 hours as needed for pain | | | |
| *These medications can be crushed and mixed in applesauce or other soft foods | | | | | | |
| Peridex | | | Use 15 mls to rinse mouth Swish it around and spit it out 2 (two) times a day | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

RN PRINT NAME/SIGNATURE: *m omally. RN*

**CHART COPY**

# MOUNT SINAI ED
# EMERGENCY RECORD

Plaza, Benjamin
DOB: 10/5/1982 M25
Wt/Ht:
MedRec: 000002891398
AcctNum: 000044719928

————————————— Patient Data —————————————

**Complaint:** Broken Jaw
**Triage Time:** Mon Jun 30 2008 03:54
**Urgency:** ESI Level 3
**Room:** ED NORTH 05A
**Initial Vital Signs:**

| | | |
|---|---|---|
| BP:142/73 | R:20 | Sat:100% on ra |
| P:76 | T:36.5t | Pain:5 |

**ED Attending:** .Patel, MD, Vaishali
**Primary RN:** Parayno, RN, Epifania

## TRIAGE (Mon Jun 30 2008 03:54 NAMC)

*PATIENT:* NAME: Benjamin Plaza, AGE: 25, GENDER: male, DOB: Tue Oct 05 1982, TIME OF GREET: Mon Jun 30 2008 03:48, LANGUAGE: English, abuse/assault: Deferred, MEDICAL RECORD NUMBER: 000002891398, ACCOUNT NUMBER: 000044719928.
*ASSESSMENT:* Pain level 4, using numeric pain scoring., pt. transferred from msh–qns due to fracture of both mandibles.
*ADMISSION:* URGENCY: ESI Level 3, ADMISSION SOURCE: Home, TRANSPORT: EMS MSH 12G, BED: AERNORTH.
*VITAL SIGNS:* BP 142/73, Pulse 76, Resp 20, Temp 36.5t, Pain 5, O2 Sat 100%, on ra.
*COMPLAINT:* COMPLAINT: Broken Jaw.
*MENTAL STATUS:* Orientation: Alert, Oriented, Behavior: Cooperative.
*TREATMENT IN TRIAGE*
*PROVIDERS:* TRIAGE NURSE: Angela Campbell, RN.

## KNOWN ALLERGIES

No known drug allergies.

## CURRENT MEDICATIONS (03:55 NAMC)

*Patient not taking any medications*

## DIAGNOSIS (07:58 YMTI)

*FINAL:* PRIMARY: **Fracture – mandible, open** , ADDITIONAL: **Fracture – mandible, open.**

## PAST MEDICAL HISTORY

*MEDICAL HISTORY:* No past medical history. (Mon Jun 30 2008 03:54 NAMC)
*PSYCHIATRIC HISTORY:* No previous psychiatric history. (06:52 AVP)
*SURGICAL HISTORY:* Patient has had no previous surgical history. (06:52 AVP)
*SOCIAL HISTORY:* Lives with others. (06:52 AVP)
*FAMILY HISTORY:* Family history is not contributory to this case. (06:52 AVP)
*NOTES:* Nursing records reviewed, Agree with nursing records. (06:52 AVP)

## HPI JAW PAIN (04:19 EBHE)

*CHIEF COMPLAINT:* Patient presents for the evaluation of **jaw injury, bilaterally, assault, direct blow.**
*HISTORIAN:* History obtained from patient.
*TIME COURSE:* **Onset of symptoms reported as sudden,** Onset was 10:30pm.
*LOCATION:* Pain most severe in **left mandible.**
*QUALITY:* Pain is **dull.**
*ASSOCIATED WITH:* **malocclusion.**
*SEVERITY:* Maximum severity is moderate, Currently symptoms are moderate.
*NOTES:* 25M assaulted appx 6 hours ago, sent in by MSH Queens for mandible fracture. Here pt denies LOC, neck pain. C/o jaw pain only, recieved 2mg morphine, tetanus, clinda, negative head ct prior to transfer. Reports malalignment of jaw. Denies drugs/Etoh. Appears well in NAD.

# MOUNT SINAI ED
# EMERGENCY RECORD

Plaza, Benjamin
DOB: 10/5/1982 M25
Wt/Ht:
MedRec: 000002891398
AcctNum: 000044711928

## PHYSICAL EXAM (04:20 EBHE)

*CONSTITUTIONAL:* Patient is afebrile, Vital signs reviewed. Patient has normal pulse, normal blood pressure, normal respiratory rate, Well appearing. Patient appears comfortable, Alert and oriented X 3.

*HEAD:* Atraumatic, Normocephalic.

*EYES:* Eyes are normal to inspection, Pupils equal, round and reactive to light. No discharge from eyes, Extraocular muscles intact, Sclera are normal, Conjunctiva are normal.

*ENT:* Ears normal to inspection, Nose examination normal, Mucous membranes pink, moist, normal in color, **malocclusison evident on left jaw, no active bleeding. Tender TMJs bilat.**.

*NECK:* Normal ROM. No jugular venous distention, meningeal signs, Trachea normal, No abrasions, contusions, Nontender, No masses, lymphadenopathy, ecchymosis.

*RESPIRATORY CHEST:* Chest is nontender. Breath sounds normal. No respiratory distress.

*CARDIOVASCULAR:* Assessment includes:, RRR. No murmurs. Normal S1 S2, No rub, No gallop, PMI normal to palpation, BP normal in both arms, Femoral pulses normal.

*ABDOMEN:* Assessment includes:. Abdomen is nontender. No masses, pulsatile masses, other masses, Bowel sounds normal, No distension, peritoneal signs, hernias, McBurney's point, non tender, No Murphy's sign, Liver and spleen normal.

*BACK:* No CVA tenderness. Normal inspection, No spine tenderness, No scoliosis.

*UPPER EXTREMITY:* Inspection normal. No cyanosis, clubbing, edema. Normal range of motion.

*LOWER EXTREMITY:* Inspection normal.

*NEURO:* GCS is 15, Speech normal, Gait normal, Memory normal.

*SKIN:* Skin is warm, Skin is dry, Skin is normal color.

*PSYCHIATRIC:* Oriented X 3. Normal affect, insight, concentration.

## ATTENDING (04:45 AVP)

*ADDITIONAL NOTES:* 25M sent from MSHQ for mandible fx. pt was assaulted earlier this evening. rec'd mso4, clinda, tetanus prior to arrival.

pe:nad

heent:nc/at, +malocclusion, +tenderness midline and L ramus

heart:rrr

lungs:cta

abd:sntnd+bs

a/p: jaw fracture

– preop labs

– omfs consult.

## MEDICATION ADMINISTRATION SUMMARY (16:47)

| Drug Name | Dose | Route | Status | Ordered |
|---|---|---|---|---|
| Morphine Sulfate | 4mg | IVPB | Given | 04:10 6/30/2008 |
| Dilaudid | 2mg | IV infusion | Given | 08:36 6/30/2008 |
| Dilaudid | 2mg | IV infusion | Given | 15:59 6/30/2008 |

Detailed record available in Medication Service section.

## RESULTS

(04:41 EBHE)

| Measurement | Result | Units | Range |
|---|---|---|---|
| ER VENOUS PANEL Mon Jun 30 2008 04:34 | | | |
| WB CREATININE – VEN | 1.3 | MG/DL | 0.7–1.4 |
| HEMATOCRIT ~ VEN | 45 | % | |

# MOUNT SINAI ED
# EMERGENCY RECORD

Plaza, Benjamin
DOB: 10/5/1982 M25
Wt/Ht:
MedRec: 000002891398
AcctNum: 000044719928

| | | | | |
|---|---|---|---|---|
| WB CHLORIDE – VEN | 104 | | MEQ/L | 96–108 |
| WB CO2 – VEN | 26 | | MEQ/L | 24–32 |
| WB UREA NITROGEN–VEN | 12 | | MG/DL | 10–30 |
| WB GLUCOSE – VEN | 93 | | MG/DL | 60–120 |
| WB SODIUM – VEN | 142 | | MEQ/L | 135–145 |
| WB POTASSIUM – VEN | 3.7 | | MEQ/L | 3.5–5.0 |

(04:59 AVP)

| Measurement | Result | Units | Range |
|---|---|---|---|
| CBC + PLT + DIFF Mon Jun 30 2008 04:40 | | | |
| NRBC# | 0.00 | x10 3/uL | 0.0–0.0 |
| EOSINOPHIL # | 0.0 | x10 3/uL | 0.0–0.6 |
| BASOPHIL # | 0.1 | x10 3/uL | 0.0–0.2 |
| NUCLEATE RBC% | 0.00 | % | 0.0–0.0 |
| NEUTROPHIL # | 13.2 | x10 3/uL | 1.9–8.0 |
| LYMPHOCYTE # | 1.0 | x10 3/uL | 1.0–4.5 |
| MONOCYTE # | 0.9 | x10 3/uL | 0.2–1.0 |
| MONOCYTE % | 5.6 | % | 2.0–11.0 |
| EOSINOPHIL % | 0.0 | % | 0.0–5.0 |
| BASOPHIL % | 0.6 | % | 0.0–1.0 |
| MEAN PLT VOLUME | 9.3 | FL | 7.4–12.0 |
| NEUTROPHIL % | 87.2 | % | 40.0–78.0 |
| LYMPHOCYTE % | 6.6 | % | 15.0–50.0 |
| MEAN CORP. HGB CONC. | 33.6 | G/DL | 32.0–35.0 |
| RED DISTRIB. WIDTH | 13.8 | % | 11.5–15.0 |
| PLATELET | 175 | x10 3/uL | 150–450 |
| HEMATOCRIT | 43.6 | % | 42.0–52.0 |
| MEAN CORP. VOLUME | 102.2 | FL | 80.0–98.0 |
| MEAN CORP. HGB | 34.3 | PG | 27.0–32.0 |
| WHITE BLOOD CELL | 15.1 | x10 3/uL | 4.5–11.0 |
| RED BLOOD CELL | 4.27 | x10 6/uL | 4.50–6.00 |
| HEMOGLOBIN | 14.6 | G/DL | 13.9–16.3 |

(05:30 EBHE)

| Measurement | Result | Units | Range |
|---|---|---|---|
| PRDTHROMBIN TIME Mon Jun 30 2008 04:34 | | | |
| PROTHROMBIN TIME | HEMOLYZED, PLEASE RESUBMIT | | |

## LAB INTERPRETATION (06:52 AVP)

*INTERPRETATION:* I reviewed the lab results, **Elevated WBC.**

## ASSESSMENT: ENT (04:36 NSD)

*CONSTITUTIONAL:* Complex assessment performed. History obtained from patient. Patient appears comfortable.
Patient is cooperative, alert and oriented x 3, Patient arrives to treatment area **via EMS,** Patient
**assisted to cart. Patient appears in pain distress.**
*ENT:* Pain described as **dull.**
*RESPIRATORY/CHEST:* No complaint of pain. Breath sounds clear bilaterally. No acute respiratory distress,
intercostal retractions, supraclavicular retractions, Equal chest expansion, No nasal flaring, cough.
*NOTES:* PT IS A 25 Y O M AX0X3, TRANSFERRED FROM MSH OF QUEENS C/O PAIN TO JAW R/T FRACTURED JAW
PLACES S/P PHYSICAL ASSAULT BY TWO PEOPLE. DENIES LOC. WAS EVALUATED. LAB DRAW FROM EXISTIN
MED.
*SAFETY:* Side rails up; Cart in lowest position, Family at bedside.

## ASSESSMENT: FOCUSED (07:39 NAOL)

*TIME ASSESSED:* Patient was assessed at 0720.
*NURSING DIAGNOSIS:* **alteration in comfort.**
*CONSTITUTIONAL:* Patient is cooperative, alert and oriented x 3. Patient appears in no acute distress,
Patient's skin is warm and dry, Patient's mucous membranes are moist and pink.

---

## MOUNT SINAI ED
## EMERGENCY RECORD

Plaza, Benjamin
DOB: 10/5/1982 M25
Wt/Ht:
MedRec: 000002891398
AcctNum: 000044719928

*PAIN SCALE:* Jaw, On a scale 0–10 patient rates pain as 9, Quality of pain is sharp.
*EYES:* Eyes are PERRL.
*NEURO:* Orientation: Alert, Oriented, Behavior: Cooperative.
*GCS:* GCS Eye Opening: Spontaneously (4), GCS Verbal Response: Oriented/conversive (5), GCS Motor Response: Obeys comands(6), The GCS total is 15.
*RESPIRATORY:* Breath sounds:. Breath sounds are clear, bilaterally.
*NOTES:* **Pt was seen and examined by maxillofacial surgery pt for possible surgery, pt maintained npo..**
*SAFETY:* Side rails up, Cart in lowest position, Family at bedside, Call light within reach.

## NURSING PROCEDURE: IV (04:27 NSD)
*TIME:* Patient's identity verified by, patient stating name, patient stating birth date, hospital ID bracelet, family member, Indications for procedure: medication administration, IV established, 18 gauge catheter inserted, into right antecubital, #1 site, Procedure done by from ms of queens.

## NURSING PROCEDURE: LAB DRAW (04:28 NSD)
*TIME:* Patient's identity verified by, patient stating name, patient stating birth date, hospital ID bracelet, family member, Indications for procedure: obtain specimens for evaluation, Initial lab draw, Existing IV site, left ac, Lab specimens labeled in the presence of the patient and sent to lab.

## NURSING PROCEDURE: NURSE NOTES (08:50 NAOL)
*TIME:* **Teeth wired by Dr Goulston, pt AOX3 no respiratory distress..**
*PAIN SCALE:* No complaint of pain, History location is: jaw, The quality of the pain is sharp, Pain is constant, **On a scale 0–10 patient rates pain as 10.**
*VITAL SIGNS:* BP: 134, / 78, Pulse: 76, Resp: 18, Pain: 10, O2 sat: 100, RA.

## NURSING PROCEDURE: TRANSPORT TO TESTS (09:08 NAOL)
*TIME:* Patient's identity verified by, patient stating name, patient stating birth date, Indications for test: facilitate diagnosis, Patient transported to, Elsewhere maxillofacial clinic, Patient transported via, wheelchair, **Pt transported by Dr Goulston to have xrays in the clinic.**
*SAFETY:* Side rails up, Cart in lowest position, Family at bedside, Call light within reach.

## NURSING PROCEDURE: TRANSPORT TO TESTS (09:08 NAOL)
*VITAL SIGNS:* Pulse: 78, Pain: 8, O2 sat: 100, RA.

## NURSING PROCEDURE: TRANSPORT TO TESTS (10:26 NAOL)
*TIME:* After procedure, patient returned to ED at 1025.
*VITAL SIGNS:* Pain: 5.

## NURSING PROCEDURE: NURSE NOTES (13:39 NAOL)
*TIME:* Patient resting quietly.

## NURSING PROCEDURE: NURSE NOTES (16:18 NAOL)
*PAIN SCALE:* History location is: jaw, The quality of the pain is sharp, Pain is intermittent, **On a scale 0–10 patient rates pain as 8.**

## NURSING PROCEDURE: ADMISSION (16:38 NAOL)
*TIME:* Patient admitted to room 8c 210A, Patient acuity level was urgent, Patient admitted to, med–surg unit, Report called/faxed to RN Raya, Patient transported via, cart, Accompanied by, transport, Belongings are, with patient.

# MOUNT SINAI ED
# EMERGENCY RECORD

**Plaza, Benjamin**
DOB: 10/5/1982 M25
Wt/Ht:
MedRec: 000002891398
AcctNum: 000044719928

*EQUIPMENT WITH PATIENT:* Pt AOX3 pain is getting relieved, no respiratory distress.

## ORDERS
ER VENOUS PANEL by EBHE for EBHE on Mon Jun 30 2008 04:12 Status: Done Mon Jun 30 2008 04:37.
PT by EBHE for EBHE on Mon Jun 30 2008 04:12 Status: Done Mon Jun 30 2008 05:12.
Type and Hold by EBHE for EBHE on Mon Jun 30 2008 04:12 Status: Done by NSD Mon Jun 30 2008 04:13.
CBC, PLT and DIFF by EBHE for EBHE on Mon Jun 30 2008 04:12 Status: Done Mon Jun 30 2008 04:50.
PTT by EBHE for EBHE on Mon Jun 30 2008 04:12 Status: Active.

## PRESCRIPTION: No Documented Prescriptions

## DISPOSITION (07:58 YMTI)
*PATIENT:* Disposition Transport: Ambulatory, Condition: 'Stable.

## COMMUNICATION
*NOTES:* GREET NOT ENTERED BY AMAC––. (04:08 XLM)
REACH OMFS, PER ED DR HEXOM––. (04:12 XLM)
PAGED OMFS––PGR 917 632 1619––. (04:13 XLM)
PATCHED OMFS TO ED DR HEXOM––. (04:15 XLM)
OMFS CB RE: PATCH TO DR HEXOM––PATCHED OMFS TO ED DR HEXOM UPON REQUEST––. (04:19 XLM)
OMFS CLD RE: PATCH TO DR HEXOM––PATCHED OMFS TO ED DR HEXOM UPON REQUEST–– . (04:43 XLM)
REACH OMFS, PER ED DR TRICAMO––. (07:27 XLM)
PAGED OMFS––PGR 917 632 1619–– . (07:27 XLM)
728A––PATCHED OMFS TO ED DR TRICAMO––. (07:30 XLM)
PATCH TO DR TRICAMO, PER OMFS––PATCHED OMFS TO ED DR TRICAMO UPON REQUEST––. (07:35 XLM)
PER IBEX COMM NOTES AND NON–AMAC GREET PROTOCOL: OMFS IS AWARE RE: PT ADMISSION (BEDBOAR
(08:00 XLM)

## MEDICATION SERVICE
*Dilaudid:* Order: Dilaudid : 2mg : IV infusion
POTENTIAL MODERATE INTERACTION: Morphine Sulfate
Ordered: Mon Jun 30 2008 08:36
Ordered by: Michelle Tricamo, MD
Entered by: Michelle Tricamo, MD Mon Jun 30 2008 08:36
Acknowledged by: Anicia Obispo-Lopez, RN Mon Jun 30 2008 08:39
Documented as given by: Anicia Obispo-Lopez, RN Mon Jun 30 2008 08:49
Patient, Medication, Dose, Route and Time verified prior to administration.
MEDICATION , Given in amount and via route as prescribed, IV site 1, Medication administered into left AC, IVP,
Slowly, Catheter placement confirmed via flush prior to administration, IV site without signs or symptoms of
infiltration during medication administration, No swelling during administration, No drainage during
administration, IV flushed after administration, Correct patient, time, route, dose and medication confirmed
prior to administration, Patient advised of actions and side–effects prior to administration, Allergies
confirmed and medications reviewed prior to administration, Patient in position of comfort, Side rails up,
Cart in lowest position, Family at bedside. (08:36 YMTI)
*Dilaudid:* Order: Dilaudid : 2mg : IV infusion
POTENTIAL MODERATE INTERACTION: Morphine Sulfate
Ordered: Mon Jun 30 2008 15:59
Ordered by: Meika .Neblett, MD
Entered by: Meika .Neblett, MD Mon Jun 30 2008 15:59

# MOUNT SINAI ED
# EMERGENCY RECORD

Plaza, Benjamin
DOB: 10/5/1982 M25
Wt/Ht:
MedRec: 000002891398
AcctNum: 000044719928

Documented as given by: Anicia Obispo–Lopez, RN Mon Jun 30 2008 16:17
Patient, Medication, Dose, Route and Time verified prior to administration.
MEDICATION , Given in amount and via route as prescribed, IV site 1, Medication administered into left AC, IVP,
Slowly, Catheter placement confirmed via flush prior to administration, IV site without signs or symptoms of
infiltration during medication administration, No swelling during administration, No drainage during
administration, IV flushed after administration, Correct patient, time, route, dose and medication confirmed
prior to administration, Patient advised of actions and side–effects prior to administration, Allergies
confirmed and medications reviewed prior to administration, Patient in position of comfort, Side rails up,
Cart in lowest position, Family at bedside. (15:59 AMN)
*Morphine Sulfate:* Order: Morphine Sulfate : 4mg : IVPB
Time: now
Ordered: Mon Jun 30 2008 04:10
Ordered by: Braden Hexom, MD
Entered by: Braden Hexom, MD Mon Jun 30 2008 04:10
Acknowledged by: Sophie Damas, RN Mon Jun 30 2008 04:11
Documented as given by: Sophie Damas, RN Mon Jun 30 2008 04:26
Patient, Medication, Dose, Route and Time verified prior to administration.
MEDICATION , Given in amount and via route as prescribed, IVP, Slowly, Catheter placement confirmed via flush
prior to administration, IV site without signs or symptoms of infiltration during medication administration,
No swelling during administration, No drainage during administration, IV flushed after administration, Correct
patient, time, route, dose and medication confirmed prior to administration, Patient advised of actions and
side–effects prior to administration, Allergies confirmed and medications reviewed prior to administration.
(04:10 EBHE)

## IMAGING
*FACE SHEET:* Image captured from scanner. (05:07 RISJ)
*TRANSFER FORMS (IN AND OUT):* Image captured from scanner. (05:08 RISJ)
  Page 002 addedImage captured from scanner. (05:08 RISJ)
  Page 003 addedImage captured from scanner. )05:08 RISJ)
  Page 004 addedImage captured from scanner. (05:09 RISJ)
  Page 005 addedImage captured from scanner. (05:09 RISJ)
  Page 006 addedImage captured from scanner. (05:09 RISJ)
  Page 007 addedImage captured from scanner. (05:10 RISJ)
  Page 008 addedImage captured from scanner. (05:10 RISJ)
  Page 009 addedImage captured from scanner. (05:10 RISJ)
  Page 010 addedImage captured from scanner. (05:10 RISJ)
*AMBULANCE RUN SHEET:* Image captured from scanner. (05:10 RISJ)
  Page 002 addedImage captured from scanner. (05:11 RISJ)
*MEDICARE DISCHARGE APPEAL:* Image captured from scanner. (05:16 RISJ)
*SIGNED AUTH AND AGREEMENTS FORM:* Image captured from scanner. (05:17 RISJ)
*PROXY QUESTIONAIRE:* Image captured from scanner. (05:18 RISJ)
*NOPP:.* Image captured from scanner. (05:18 RISJ)

## KEY:

AMN=.Neblett, MD, Meika  AVP=.Patel, MD, Vaishali  EBHE=Hexom, MD, Braden  NAMC=Campbell, RN, Angela
NAOL=Obispo–Lopez, RN, Anicia  NSD=Damas, RN, Sophie  RISJ=Jahan, REG, Ishrat  XLM=Medina, AMAC, Lidia
YMT1=Tricamo, MD, Michelle

# MOUNT SINAI ED
# RESULTS RECORD

Plaza, Benjamin
DOB: 10/5/1982 M25
Wt/Ht:
MedRec: 000002891398
AcctNum: 000044719928

——————————— Patient Data ———————————

**Complaint:** Broken Jaw
**Triage Time:** Mon Jun 30 2008 03:54
**Urgency:** ESI Level 3
**Room:** ED NORTH 05A
**Initial Vital Signs:**

| | | |
|---|---|---|
| BP:142/73 | R:20 | Sat:100% on ra |
| P:76 | T:36.5t | Pain:5 |

**ED Attending:** .Patel, MD, Vaishali
**Primary RN:** Parayno, RN, Epifania

## RESULTS

| Measurement | Result | Units | Range |
|---|---|---|---|
| ER VENOUS PANEL Mon Jun 30 2008 04:34 | | | |
| WB CREATININE – VEN | 1.3 | MG/DL | 0.7–1.4 |
| HEMATOCRIT – VEN | 45 | % | |
| WB CHLORIDE – VEN | 104 | MEQ/L | 96–108 |
| WB CO2 – VEN | 26 | MEQ/L | 24–32 |
| WB UREA NITROGEN–VEN | 12 | MG/DL | 10–30 |
| WB GLUCOSE – VEN | 93 | MG/DL | 60–120 |
| WB SODIUM – VEN | 142 | MEQ/L | 135–145 |
| WB POTASSIUM – VEN | 3.7 | MEQ/L | 3.5–5.0 |

| Measurement | Result | Units | Range |
|---|---|---|---|
| CBC + PLT + DIFF Mon Jun 30 2008 04:40 | | | |
| NRBC# | 0.00 | x10 3/uL | 0.0–0.0 |
| EOSINOPHIL # | 0.0 | x10 3/uL | 0.0–0.6 |
| BASOPHIL # | 0.1 | x10 3/uL | 0.0–0.2 |
| NUCLEATE RBC% | 0.00 | | |
| NEUTROPHIL # | 13.2 | % | 0.0–0.0 |
| LYMPHOCYTE # | 1.0 | x10 3/uL | 1.9–8.0 |
| MONOCYTE # | 0.9 | x10 3/uL | 1.0–4.5 |
| MONOCYTE % | 5.6 | x10 3/uL | 0.2–1.0 |
| EOSINOPHIL % | 0.0 | % | 2.0–11.0 |
| BASOPHIL % | 0.6 | % | 0.0–5.0 |
| MEAN PLT VOLUME | 9.3 | % | 0.0–1.0 |
| NEUTROPHIL % | 87.2 | FL | 7.4–12.0 |
| LYMPHOCYTE % | 6.6 | % | 40.0–78.0 |
| MEAN CORP. HGB CONC. | 33.6 | % | 15.0–50.0 |
| RED DISTRIB. WIDTH | 13.8 | G/DL | 32.0–35.0 |
| PLATELET | 175 | % | 11.5–15.0 |
| HEMATOCRIT | 43.6 | x10 3/uL | 150–450 |
| MEAN CORP. VOLUME | 102.2 | % | 42.0–52.0 |
| MEAN CORP. HGB | 34.3 | FL | 80.0–98.0 |
| WHITE BLOOD CELL | 15.1 | PG | 27.0–32.0 |
| RED BLOOD CELL | 4.27 | x10 3/uL | 4.5–11.0 |
| HEMOGLOBIN | 14.6 | x10 6/uL | 4.50–6.00 |
| | | G/DL | 13.9–16.3 |

| Measurement | Result | Units | Range |
|---|---|---|---|
| PROTHROMBIN TIME Mon Jun 30 2008 04:34 | | | |
| PROTHROMBIN TIME | HEMOLYZED, PLEASE RESUBMIT | | |

## ATTENDING

*ADDITIONAL NOTES:* 25M sent from MSHQ for mandible fx. pt was assaulted earlier this evening. rec'd mso4, clinda, tetanus prior to arrival.

pe:nad

heent:nc/at, +malocclusion, +tenderness midline and L ramus

heart:rrr

lungs:cta

abd:sntnd+bs

## MOUNT SINAI ED
## RESULTS RECORD

Plaza, Benjamin
DOB: 10/5/1982 M25
Wt/Ht:
MedRec: 000002891398
AcctNum: 000044719928

a/p: jaw fracture
− preop labs
− omfs consult.

**MOUNT SINAI ED**
**PHYSICIAN SUMMARY RECORD**

Plaza, Benjamin
DOB: 10/5/1982 M25
Wt/Ht:
MedRec: 000002891398
AcctNum: 000044719928

─────────── Patient Data ───────────

Complaint: Broken Jaw
Triage Time: Mon Jun 30 2008 03:54
Urgency: ESI Level 3
Room: ED NORTH 05A
Initial Vital Signs:

ED Attending: .Patel, MD, Vaishali
Primary RN: Parayno, RN, Epifania

| | | |
|---|---|---|
| BP:142/73 | R:20 | Sat:100% on ra |
| P:76 | T:36.5t | Pain:5 |

**DIAGNOSIS** (07:58 YMT1)
*FINAL:* PRIMARY: Fracture – mandible, open , ADDITIONAL: Fracture – mandible, open.

**KNOWN ALLERGIES**
No known drug allergies.

**CURRENT MEDICATIONS** (03:55 NAMC)
*Patient not taking any medications*

**GREET** (02:42 AVP)
*NOTES:* Notes: 25M s/p assault – +jaw fx, +lac to ear – repaired; s/p tetanus and clinda iv. to be seen by omfs – dr pourtemour.
*GREET:* Greet: Mon Jun 30 2008 02:42.

**HPI JAW PAIN** (04:19 EBHE)
*CHIEF COMPLAINT:* Patient presents for the evaluation of jaw injury, bilaterally, assault, direct blow.
*HISTORIAN:* History obtained from patient.
*TIME COURSE:* Onset of symptoms reported as sudden, Onset was 10:30pm.
*LOCATION:* Pain most severe in left mandible.
*QUALITY:* Pain is dull.
*ASSOCIATED WITH:* malocclusion.
*SEVERITY:* Maximum severity is moderate, Currently symptoms are moderate.
*NOTES:* 25M assaulted appx 6 hours ago, sent in by MSH Queens for mandible fracture. Here pt denies LOC, neck pain. C/o jaw pain only, recieved 2mg morphine, tetanus, clinda, negative head ct prior to transfer. Reports malalignment of jaw. Denies drugs/Etoh. Appears well in NAD. .

**PHYSICAL EXAM** (04:20 EBHE)
*CONSTITUTIONAL:* Patient is afebrile, Vital signs reviewed. Patient has normal pulse, normal blood pressure, normal respiratory rate, Well appearing. Patient appears comfortable, Alert and oriented X 3.
*HEAD:* Atraumatic, Normocephalic.
*EYES:* Eyes are normal to inspection, Pupils equal, round and reactive to light. No discharge from eyes, Extraocular muscles intact, Sclera are normal, Conjunctiva are normal.
*ENT:* Ears normal to inspection, Nose examination normal, Mucous membranes pink, moist, normal in color, malocclusion evident on left jaw, no active bleeding. Tender TMJs bilat..
*NECK:* Normal ROM. No jugular venous distention, meningeal signs, Trachea normal, No abrasions, contusions, Nontender, No masses, lymphadenopathy, ecchymosis.
*RESPIRATORY CHEST:* Chest is nontender. Breath sounds normal. No respiratory distress.
*CARDIOVASCULAR:* Assessment includes:, RRR. No murmurs. Normal S1 S2, No rub, No gallop, PMI normal to palpation, BP normal in both arms, Femoral pulses normal.
*ABDOMEN:* Assessment includes:. Abdomen is nontender. No masses, pulsatile masses, other masses, Bowel sounds normal, No distension, peritoneal signs, hernias, McBurney's point, non tender, No Murphy's sign, Liver and

# MOUNT SINAI ED
# PHYSICIAN SUMMARY RECORD

Plaza, Benjamin
DOB: 10/5/1982 M25
Wt/Ht:
MedRec: 000002891398
AcctNum: 000044719928

spleen normal.

*BACK:* No CVA tenderness. Normal inspection, No spine tenderness, No scoliosis.
*UPPER EXTREMITY:* Inspection normal. No cyanosis, clubbing, edema. Normal range of motion.
*LOWER EXTREMITY:* Inspection normal.
*NEURO:* GCS is 15, Speech normal, Gait normal, Memory normal.
*SKIN:* Skin is warm, Skin is dry, Skin is normal color.
*PSYCHIATRIC:* Oriented X 3. Normal affect, insight, concentration.

## ATTENDING (04:45 AVP)

*ADDITIONAL NOTES:* 25M sent from MSHQ for mandible fx. pt was assaulted earlier this evening. rec'd mso4, clinda, tetanus prior to arrival.

pe:nad

heent:nc/at, +malocclusion, +tenderness midline and L ramus

heart:rrr

lungs:cta

abd:sntnd+bs

a/p: jaw fracture

– preop labs

– omfs consult.

## RESULTS

(04:41 EBHE)

| Measurement | Result | | Units | Range |
|---|---|---|---|---|
| ER VENOUS PANEL Mon Jun 30 2008 04:34 | | | | |
| WB CREATININE – VEN | 1.3 | | MG/DL | 0.7–1.4 |
| HEMATOCRIT – VEN | 45 | | % | |
| WB CHLORIDE – VEN | 104 | | MEQ/L | 96–108 |
| WB CO2 – VEN | 26 | | MEQ/L | 24–32 |
| WB UREA NITROGEN–VEN | 12 | | MG/DL | 10–30 |
| WB GLUCOSE – VEN | 93 | | MG/DL | 60–120 |
| WB SODIUM – VEN | 142 | | MEQ/L | 135–145 |
| WB POTASSIUM – VEN | 3.7 | | MEQ/L | 3.5–5.0 |

(04:59 AVP)

| Measurement | Result | | Units | Range |
|---|---|---|---|---|
| CBC + PLT + DIFF Mon Jun 30 2008 04:40 | | | | |
| NRBC# | 0.00 | | | |
| EOSINOPHIL # | 0.0 | | x10 3/uL | 0.0–0.0 |
| BASOPHIL # | 0.1 | | x10 3/uL | 0.0–0.6 |
| NUCLEATE RBC% | 0.00 | | x10 3/uL | 0.0–0.2 |
| NEUTROPHIL # | 13.2 | | % | 0.0–0.0 |
| LYMPHOCYTE # | 1.0 | | x10 3/uL | 1.9–8.0 |
| MONOCYTE # | 0.9 | | x10 3/uL | 1.0–4.5 |
| MONOCYTE % | 5.6 | | % | 0.2–1.0 |
| EOSINOPHIL % | 0.0 | | % | 2.0–11.0 |
| BASOPHIL % | 0.6 | | % | 0.0–5.0 |
| MEAN PLT VOLUME | 9.3 | | % | 0.0–1.0 |
| NEUTROPHIL % | 87.2 | | FL | 7.4–12.0 |
| LYMPHOCYTE % | 6.6 | | % | 40.0–78.0 |
| MEAN CORP. HGB CONC. | 33.6 | | % | 15.0–50.0 |
| RED DISTRIB. WIDTH | 13.8 | | G/DL | 32.0–35.0 |
| PLATELET | 175 | | % | 11.5–15.0 |
| HEMATOCRIT | 43.6 | | x10 3/uL | 150–450 |
| MEAN CORP. VOLUME | 102.2 | | % | 42.0–52.0 |
| MEAN CORP. HGB | 34.3 | | FL | 80.0–98.0 |
| WHITE BLOOD CELL | 15.1 | | PG | 27.0–32.0 |
| RED BLOOD CELL | 4.27 | | x10 3/uL | 4.5–11.0 |
| HEMOGLOBIN | 14.6 | | x10 6/uL | 4.50–6.00 |
| | | | G/DL | 13.9–16.3 |

# MOUNT SINAI ED
# PHYSICIAN SUMMARY RECORD

Plaza, Benjamin
DOB: 10/5/1982 M25
Wt/Ht:
MedRec: 000002891398
AcctNum: 000044719928

(05:30 EBHE)

| Measurement | Result | Units | Range |
|---|---|---|---|
| PROTHROMBIN TIME Mon Jun 30 2008 04:34 | | | |
| PROTHROMBIN TIME | HEMOLYZED, PLEASE RESUBMIT | | |

## MEDICATION ADMINISTRATION SUMMARY (16:47)

| Drug Name | Dose | Route | Status | Ordered |
|---|---|---|---|---|
| Morphine Sulfate | 4mg | IVPB | Given | 04:10 6/30/2008 |
| Dilaudid | 2mg | IV infusion | Given | 08:36 6/30/2008 |
| Dilaudid | 2mg | IV infusion | Given | 15:59 6/30/2008 |

Detailed record available in Medication Service section.

## KEY:

AVP=.Patel, MD, Vaishali  EBHE=Hexom, MD, Braden  NAMC=Campbell, RN, Angela  YMT1=Tricamo, MD, Michelle

Mount Sinai of Queens
EMERGENCY FLOW SHEET RECORD
Name: Plaza Jr, Benjamin  Age: 25Y  MR: Q794825  Acct: QB300479155

VITAL SIGNS

| User | Date/Time | BP | PULSE | RESP | TEMP | PAIN | O2 SAT | TIME |
|------|-----------|-----|-------|------|------|------|--------|------|
| NAR2 | 06/30 02:30 | 112/68 | 68 | 18 | | 0 | 98 | |
| NLM | 06/29 23:35 | 58/28 | 51 | 20 | | | | |

Name: Plaza Jr, Benjamin  Age: 25Y  MR: Q794825  Acct: QB300479155
Prepared: Mon Jun 30 03:01:57 2008 by CJS          Page: 1

# THE MOUNT SINAI MEDICAL CENTER
ONE GUSTAVE L. LEVY PLACE
NEW YORK, NY 10029-6574

## PROGRESS NOTES

Enter date, time and title (MD., R.N., L.P.N., S.W., etc) in left hand column.
SIGN each entry with first initial, last name and title.
Doctors please add your dictation code number after signature.

DATE
NAME
UNIT NO.
SEX/DOB
SERIAL NO.
LOCATION
PHYSICIAN
SERVICE

Plaza, Benjamin
2871398

| Date Time Title | |
|---|---|
| 4/30/06 6:45 | Oral Surgery - Admission Note |

25 yo ♂, ⊖ PMHx, s/p assault, 13:13A MSO,
c/o jaw pain, malocclusion. ⊖ LOC ⊖ neck pain.
⊖ N/V. Punched in jaw, back of head. Denies neurosensory
Δ's. No pain.

⊖ PMH.
H/o Ankle Surgery (R) in past. Distant.
⊖ Med

NKDA
⊖ T/E/D

VS: 158/84, 82, 36.5°, 16, 100% RA

GS: PPP, NS, ⊖ MGT
Pulm: CTA(B), ⊖ WEP
Abd: soft, NT/ND, NABS
Ext: (L) Antecub IV access site c r/s/s palpation.
Neuro: A&Ox3, Conversant c mentation appropriate.
Maxillofacial: (R) Preauricular swelling c (+) tenderness
(+) Submental swelling c alec tender over. MIO = 10mm
voluntarily; (R) Ear laceration (repaired in ED).
Minor abrasions c/o bridge extraorally. I/O → gingival
laceration c 7cm step deformity b/w #28/29. (+) mobility
over segments ⊕ FOM ecchymosis. Occlusion intact on (R) c
left XX contact.

15' 6° MS    142 104 12 93    CT(-) Sinus- dw Symph.
3   26   3    fx, (L) Subcondylar fx
Head CT - ⊖ read

D-1-A-2                                    PROGRESS NOTES

# THE MOUNT SINAI MEDICAL CENTER

ONE GUSTAVE L. LEVY PLACE
NEW YORK, NY 10029-6574

## PROGRESS NOTES

Enter date, time and title (MD., R.N., L.P.N., S.W., etc) in left
hand column.
SIGN each entry with first Initial, last name and title.
Doctors please add your dictation code number after signature.

| DATE |
| NAME |
| UNIT NO. |
| SEX/DOB |
| SERIAL NO. |
| LOCATION |
| PHYSICIAN |
| SERVICE |

| Date Time Title | |
|---|---|
| | *[handwritten clinical assessment and plan, largely illegible]* |
| | Impression – ... Fx, Fx ... |
| | - Admit to OMS (Dr. Culot) |
| | - NPO, IVF ... @ 125cc/hr |
| | - ... |
| | - Morphine ... |
| | - Percocet (5/325) ... |
| | - To OMS clinic ... for X-rays |
| | - Pink slipped for OR |
| | |
| | Michael Goulston, MD |
| | Lic # 050810 |
| | Dictation # 62319 |
| 6/30/08 1933 | OMS Admission Note |
| | 25 y.o. ♂ Assaulted at 2200 6/29/08 – |
| | Sustained bilateral mandible fracture and a |
| | (R) ear lobe laceration (reased by E.D. staff) |
| | Admitted to OMS. |
| | PMH: Dark ... vicodin for recent foot surgery |
| | PSH: Lasik, Plantar foot surgery (R) Shoulder surgery |
| | NKDA |
| | HT: ... (R) ... |
| | Chest Lungs: Bilat equal expansion, Bilat clear |
| | Neuro: AAO x3 |
| | Maxillofacial exam: 2cm sutured (R) ear lobe laceration |
| | (R) ... and (L) mandible body swelling. |

## THE MOUNT SINAI MEDICAL CENTER
ONE GUSTAVE L. LEVY PLACE
NEW YORK, NY 10029-6574
### PROGRESS NOTES

Enter date, time and title (MD., RN., L.P.N., S.W., etc) in left
hand column.
SIGN each entry with first initial, last name and title.
Doctors please add your dictation code number after signature.

PLAZA, BENJAMIN                    MED
MRN -2891398   M          10/5/1982    N08C
V - 44719928                  6/30/2008
CALAT, PAUL                    03345

| Date Time Title | |
|---|---|
| 6/30/08 1980 | OMS Attending Note |
| | (cont) Minor abrasions on face. Max opening < 1 cm |
| | ā pain. gross malocclusion ā large step deformity |
| | ④ ecchymosis and swelling of floor of mouth |
| | ⑤ neuro deficit.            ④ subcondylar |
| | RAD: Bilateral mandible fractures ⓑ angle ④ ④ body and |
| | LABS 15.1⟩ ⎛ IX  142/104/12 ⟩ 93     symphysis |
| | 43.6 ⎝ 3.7/25/1.3 ⟨ |
| | A: ⑤ stable mandible fracture |
| | ⑤ Plan ① IV Abx |
| | ② TO O.R. FOR ORIF |
| | ③ D/C TO home |
| | Added: multiple attempts were made TO Achieve temporary |
| | reduction in the E.D. & Patient was not able to tolerate |
| | [signature] P. Calat 03345 |
| 7/1/08 0020 | Pain svc (Anesthesiology) |
| | After speaking to nurse on floor it has come to my |
| | attention that there is a policy forbidding dilaudid PCA |
| | on this floor. Will give pt. dilaudid 1mg IV q 3 h |
| | PRN pain. |
| | [signature] Mooney C 4370 |

PROGRESS NOTES



# THE MOUNT SINAI MEDICAL CENTER
ONE GUSTAVE L. LEVY PLACE
NEW YORK, NY 10029-6574
## PROGRESS NOTES

Enter date, time and title (MD., RN., L.P.N., S.W., etc) in left
   hand column.
SIGN each entry with first initial, last name and title.
Doctors please add your dictation code number after signature.

PLAZA, BENJAMIN
MRN -2891398    M
V - 44719928
CALAT, PAUL

MED
10/5/1982      N08C
6/30/2008
03345

| Date Time Title | |
|---|---|
| 7/1/08 1530 NSG | Focus: Health Management |
| | Data: Pt received A+O×3, admitting diagnosis @ B/L mandibular Fx. H/O assault. Pt scheduled for surgery today. Plasmalyte infusing at 125ml/hr. ↓ OOB + BR. Pt 10 pain 8/10. VS: 92/52 HR-67. RR-18 T= |
| | Action: Vital signs and comfort level assessed. Assessed bleeding and O₂ Sat assessed. Dilaudid 1mg given IV as ordered. Scheduled antibiotics given as ordered. Fall precautions implemented. Pt instructed to call for assistance when need. Call bell within easy reach. |
| | Response: No acute distress noted. Pt denies pain at this time. Pt awaiting transportation to OR. |
| 7/1/08 1600 NSG | Addendum: Pt ordered PCA Hydromorphone @ 1424. PCA Hydromorphone not to be initiated per MD Goldstein's orders @ PCA 4/768 Verbal ordered. PCA not initiated — (Dilaudid) Pt transported to OR —  |
| 7/1/08 | OMS Attending note 25 yo ♂ with multiple mandible fractures. In OR for ORIF Treatment of fractures. |

PROGRESS NOTES



# THE MOUNT SINAI MEDICAL CENTER

ONE GUSTAVE L. LEVY PLACE
NEW YORK, NY 10029-6574

## PROGRESS NOTES

Enter date, time and title (MD., RN., L.P.N., S.W., etc) in left
hand column.

SIGN each entry with first initial, last name and title.

Doctors please add your dictation code number after signature.

PLAZA, BENJAMIN
MRN -2891398    M
V - 44719928
CALAT, PAUL

MED
10/5/1982    N08C
6/30/2008
03345

| Date Time Title | |
|---|---|
| 7/1/08 0200 RN | Focus: Re Op Status <br> Data: Pt A+O x3. s/p assault 6/29 - 6.7. mand. fx <br> fracture and (R) ear lobe recession. Awaiting repair <br> of mand. fx fracture. Pt NPO. Pt on WB Po c/o <br> pain, no relief c Dilaudid PO Pain to face. 9/10 <br> Actions: Monitored I/F. Alerted MD to pain. Pain <br> service consulted. Adm. Dilaudid 1mg IV Q3H PRN. <br> Monitored vitals, pt comfort. <br> Response: Pt resting comfortably. Tol. NPO. Vitals <br> 119/68, P-62, R-18, T-366   Sharim RN |



PROGRESS NOTES

# THE MOUNT SINAI MEDICAL CENTER

**ONE GUSTAVE L. LEVY PLACE**
**NEW YORK, NY 10029-6574**

## PROGRESS NOTES

Enter date, time and title (MD., RN., L.P.N., S.W., etc) in left
hand column.
SIGN each entry with first initial, last name and title.
Doctors please add your dictation code number after signature.

PLAZA, BENJAMIN          MED
MRN -2891398    M        10/5/1982    N08C
V - 44719928             6/30/2008
CALAT, PAUL              03345

| Date Time Title | |
|---|---|
| 2/18/08 | Oral Surgery |
| 800 | ® eyes, NPO since MN |
| | ® c/o's |
| | 36, 117/686, 65, 16 100 RA |
| | PE: |
| | Cor: RRR, n S₁, S₂, ® m/r/g |
| | Pulm: CTA ® |
| | Abd: Soft, NT/ND, NABS |
| | Ext: ® Anterior IV access ⊃ s/s infiltration |
| | Maxillofacial: ® facial swelling |
| | ↓ V₃ on ® |
| | MO = 18 mm voluntarily |
| | ® step deformity #25/26 |
| | ® ⊕ fovea ecchymosis |
| | Intraoral: on ® |
| | Gingival laceration #25/26 |
| | Impression - Symphysis, ® Subcondylar Fx |
| | ⊕ s/p access ↑/↑, ® reduct (ORIF) in |
| | OR c GA this pm |
| | - Keep NPO |
| | - IVF (Plasmalyte 125 u/hr) |
| | - Cont. Abx |
| | - Consent acquired |
| | - 2° page Dec or 917-314-8579 |

D-1-A- 2


**Michael Goulston, MD**
Lic # 050810
Dictation # 62319

PROGRESS NOTES

# THE MOUNT SINAI MEDICAL CENTER

ONE GUSTAVE L. LEVY PLACE
NEW YORK, NY 10029-6574

## PROGRESS NOTES

PLAZA, BENJAMIN | MED
MRN -2891398 M | 10/5/1982 | N08C
V - 44719928 | 6/30/2008
CALAT, PAUL | 03345

Enter date, time and title (MD., RN., L.P.N., S.W., etc) in left hand column.
SIGN each entry with first initial, last name and title.
Doctors please add your dictation code number after signature.

| Date Time Title | |
|---|---|
| 7/1/08 0825 | Oral Surgery Pre-Op Note |
| | This is a 25 yo ♂ s/p assault, [illegible] to [illegible] jaw pain, swelling, [illegible] malocclusion, [illegible] clinically & radiographically [illegible] symphysis [illegible] (L) [illegible] Fx. Admitted to [illegible] for definitive care. All Tx options [illegible] d/w pt @ length [illegible] risks & benefits were also discussed including but not limited to malunion, nonunion, infection, nerve injury, [illegible] need for future surgeries. Pt plans to ORIF in OR [illegible] [illegible] restoration of occlusion, [illegible] [illegible] pain relief. Pt has no PMHx, NKDA. Pt is NPO since MN on 7/1/08 |

Michael Goulston, MD
Michael Goulston, MD
DLG # 050810
Dictation # 62319

D-1-A-2

PROGRESS NOTES

# THE MOUNT SINAI MEDICAL CENTER

ONE GUSTAVE L. LEVY PLACE
NEW YORK, NY 10029-6574

## PROGRESS NOTES

Enter date, time and title (MD., RN., L.P.N., S.W., etc) in left
hand column.
SIGN each entry with first initial, last name and title.
Doctors please add your dictation code number after signature.

PLAZA, BENJAMIN          MED
MRN -2891398   M         10/5/1982      N08C
V - 44719928             6/30/2008
CALAT, PAUL              03345

| Date Time Title | |
|---|---|
| 7/1/08 | Pain off. |
| 14:20 | Pt seen, evaluated c̄ Dr. Janow - |
| | agree c̄ Note/PLAN. |
| | (restart IVPCA Dilaudid 0/0.2/8 |
| | (No restrictions on PC) |
| | |
| | B. Chazhavsky |
| | (11471) |

D-1-A-2

PROGRESS NOTES



# THE MOUNT SINAI MEDICAL CENTER
### ONE GUSTAVE L. LEVY PLACE
### NEW YORK, NY 10029-6574
### PROGRESS NOTES

Enter date, time and title (MD., RN., L.P.N., S.W., etc) in left
  hand column.
SIGN each entry with first initial, last name and title.
Doctors please add your dictation code number after signature.

PLAZA, BENJAMIN          MED
MRN -2891398   M         10/5/1982      N08C
V - 44719928             6/30/2008
CALAT, PAUL              03345

| Date Time Title | |
|---|---|
| 9/1/08 1850 | *[handwritten clinical note, largely illegible]* |
| | *[signature]* |
| 9/1/08 21:00 | OMS Attending Note
25 yo male with multiple mandible fractures just completed successful closed reduction max/mandible fixation and intraoral ORIF under general anesthesia.
PLAN: ① TO PACU then floor
② Postop Panorex in AM
③ Discharge to home on liquid diet
*[signature]* Paul Calutions DDS 03345 |

D-1-A- 2                                    PROGRESS NOTES

# THE MOUNT SINAI MEDICAL CENTER

ONE GUSTAVE L. LEVY PLACE
NEW YORK, NY 10029-6574

## PROGRESS NOTES

Enter date, time and title (MD., RN., L.P.N., S.W., etc) in left hand column.

SIGN each entry with first initial, last name and title.

Doctors please add your dictation code number after signature.

PLAZA, BENJAMIN          MED
MRN -2891398   M    10/5/1982    N08C
V - 44719928         6/30/2008
CALAT, PAUL          03345

| Date Time Title | |
|---|---|
| 1/1/08 23:10 | Oral Surgery - Brief Op Note |

Pre-Op Dx: Mand. Symphysis (L) Subcondylar Fx
Post-Op Dx: Same
Procedure: ORIF Mandibular Symphysis Fx
Surgeons: Calat (Goulston)
Anesthesia: GETA (Dr. Deine, Dr. Busco)
Findings: Mandibular Fx @ Symphysis
Specimen: ∅
Complication: ∅
EBL: 75cc
IVF: 1200cc Crystalloid
Hardware: 2.0 mm X4 hole Mandibular Plate,
4, 2.0 mm x4 6mm screws
Condition: Stable, extubated in OR
transferred to PACU in stable condition.

Michael Goulston, MD
Lic # 050810
Dictation # 62319



# THE MOUNT SINAI MEDICAL CENTER
### ONE GUSTAVE L. LEVY PLACE
### NEW YORK, NY 10029-6574
## PROGRESS NOTES

PLAZA, BENJAMIN          MED
MRN -2891398   M         10/5/1982    N08C
V - 44719928             6/30/2008
CALAT, PAUL              03345

Enter date, time and title (MD., RN., L.P.N., S.W., etc) in left
hand column.
SIGN each entry with first Initial, last name and title.
Doctors please add your dictation code number after signature.

| Date / Time / Title | |
|---|---|
| 7/12/08<br>12:00<br>Am | BMTS Post-op Note<br>Pt. c/o of some discomfort. Denies<br>N/V/CP SOB<br>VS: 98.3 156/75 99 17 100% NC @ 2L/min<br>I/O DR: 1L/ 75 mls blood loss<br>I/O PACU: & 800 mls / & void yet<br>HEENT: R CN V3 parasthesia, mild lower Bd edema R hemotoss<br>Car: S1 S2 RRR<br>Lungs: CTA B/C<br>Abd: soft NT/ND<br>A/P: S/P ORIF of R symphyseal<br>fx and MMF of L-L and L-L but stable<br>- cont current management<br>- post op films am |

Gitman
62726

D-1-A-2



# THE MOUNT SINAI MEDICAL CENTER

ONE GUSTAVE L. LEVY PLACE
NEW YORK, NY 10029-6574

## PROGRESS NOTES

PLAZA, BENJAMIN
MRN -2891398    M
V - 44719928
CALAT, PAUL

MED
10/5/1982
6/30/2008
03345

N08C

Enter date, time and title (MD., RN., L.P.N., S.W., etc) in left
hand column.
SIGN each entry with first initial, last name and title.
Doctors please add your dictation code number after signature.

| Date / Time / Title | |
|---|---|
| 7/2/08 0330 RN | **Focus:** Post-op management- **Data:** Pt A+0x3 - OOB to bathroom - Received from p ACU - S/P Repair fractured mandible - Pt c wired mandible - Wire cutters @ bedside Bilateral facial swelling. Left side more swollen than rt side. Pt c Dilaudid pca for some infusion @ 75 ml/hr. Pt c/o pain 6/10 - Neg c/o nausea - Voiding in toilet/bathroom - Pt c/o SOB - Respiration 18 - No O₂ Sat 97% RA - No active bleeding observed - **Action:** Assessed respiratory status. Vs and comfort level - Monitored O₂ saturation - HOB maintained elevated @ 30 degrees - Wire cutters maintained @ bedside. Ice to face 30 minutes on, 30 minutes off. Ace - Administered Dilaudid 1 mg IV as ordered for pain and Dexamethasone 5mg IV as ordered - Pt maintained c humidified high flow face mask. Vapotherm pump + sleeve in place - Monitored for active bleeding - Assisted pt as needed - **Response:** Pt in no acute distress present - Pt resting/sleeping in bed - O₂ Sat 97% - T 36.4 P 79 R 18 BP 131/72 - c/o 4/10 - Pt c medication pain control - Will continue to monitor progress - _____ Virginia McCory RN |

D-1-A- 2



# THE MOUNT SINAI MEDICAL CENTER

ONE GUSTAVE L. LEVY PLACE
NEW YORK, NY 10029-6574

**PROGRESS NOTES**

PLAZA, BENJAMIN MED
MRN -2891398 M 10/5/1982 N08C
V - 44719928 6/30/2008
CALAT, PAUL 03345

Enter date, time and title (MD., RN., L.P.N., S.W., etc) in left hand column.
SIGN each entry with first initial, last name and title.
Doctors please add your dictation code number after signature.

Date / Time / Title

7/2/08 [illegible signature]

S c/o's: Reports "tingling" (R) chin when asked. No events, (+) PO [illegible] (+) [illegible] yet

VS: 36.9, 79, 18, 131/72

Gen: [illegible]
Pulm: CTA (B)
Abd: Soft, NT/ND, NABS
Ext: No s/s [illegible]
Maxillofacial: lower facial swelling, [illegible]
c/w POD #1, IV on (R) [illegible]
[illegible] intact. Sutures intact, in max. intercuspation.

Impression: POD #1 s/p ORIF symphysis, (L) subcondylar Fx. Stable for now with good control, in max. intercusp.
- [illegible] for Xrays
- encourage PO clears
- dispo planning

[signature]

Michael Goulston, MD
Lic # 050810
Dictation # 62319

D-1-A- 2

PROGRESS NOTES



# THE MOUNT SINAI MEDICAL CENTER

ONE GUSTAVE L. LEVY PLACE
NEW YORK, NY 10029-6574

## PROGRESS NOTES

PLAZA, BENJAMIN          MED
MRN -2891398    M        10/5/1982    N08C
V - 44719928             6/30/2008
CALAT, PAUL              03345

Enter date, time and title (MD., RN., L.P.N., S.W., etc) in left
    hand column.

SIGN each entry with first initial, last name and title.
Doctors please add your dictation code number after signature.

| Date Time Title | |
|---|---|
| 7/2/06 | *(handwritten progress note)* |
| | Michael Engston, MD |
| | Dictation # 03349 |

PROGRESS NOTES

D-1-A-2



# THE MOUNT SINAI HOSPITAL
### NEW YORK, NEW YORK

# CONSULTATION REPORT

| | |
|---|---|
| REQUESTED BY: | *Anesthesia*  M.D. |
| | SIGNATURE OF PHYSICIAN & SERVICE |
| DICTATION NO: | |
| TO: | M.D. |
| | CONSULTING PHYSICIAN OR SERVICE |

PLAZA, BENJAMIN
MRN -2891398   M   10/5/1982
V - 44719928          6/30/2008
CALAT, PAUL            03345

N08C
210 B          IVO ✓

DATE
NAME
UNIT NO.
SEX/D.O.B.
SERIAL NO /
LOCATION
PHYSICIAN/
SERVICE

**REASON FOR CONSULTATION:**          DATE

25 yr old ♂ for mand fx repair under GA on Tuesday
7/1/08.

PSH: ® shoulder sx, foot sx - no h/o anesthesia problems; no h/o familial
HPI: Assault          anesthesia problems.

**CONSULTANT'S FINDINGS: (HISTORY AND PHYSICAL)**

*Denies angina/SOB/GERD*

PMH: Denies PMH

Allergies: NKDA          SH: ∅ tobacco, social EtOH, ∅ drugs.

Meds: Vicodin (foot pain)

Labs: 6/30/08   15.1 ⟨ 14.6 / 43.6 ⟨ 175    142 | 104 | 12 ⟨ 93
                                              3.7 | 26 | 1.3

CE: Ht: 6'1"   wt: 175 lbs

Airway - unable to assess MP class due to trismus, adequate neck exn prior to assault
Access- ① AC # 20 g          ∅ loose teeth.
Heart: RRR   Lungs: CTAB.

**OPINION AND RECOMMENDATIONS:**

25 yr old · ASA 1 · ♂ for GA. R/B/A of anesthetic plan discussed.
All questions answered. NPO pass MN.

| | | | |
|---|---|---|---|
| DATE 6/30/08 | TIME 1840 | SIGNATURE OF CONSULTANT  DDS | M.D. DA-2 |
| | | | TITLE OF CONSULTANT |

D-I-A-20
Rev. 7/97

**PLEASE DO NOT WRITE IN THIS SPACE-WRITE ON THIS SIDE OF PAPER ONLY**

CHART COPY

REQUESTING PHYSICIAN

CONSULTING PHYSICIAN

# THE MOUNT SINAI HOSPITAL
NEW YORK, NEW YORK

## CONSULTATION REPORT

| | |
|---|---|
| REQUESTED BY: _____ M.D. | DATE |
| SIGNATURE OF PHYSICIAN & SERVICE | NAME |
| DICTATION NO: _____ | |
| TO: Pain management _____ M.D. | |
| CONSULTING PHYSICIAN OR SERVICE | |

PLAZA, BENJAMIN
MRN -2891398   M   10/5/1982
V - 44719928        6/30/2008
CALAT, PAUL              03345

N08C

UNIT NO./ SEX/D.O.B.

SERIAL NO./ LOCATION

PHYSICIAN/ SERVICE

**REASON FOR CONSULTATION:**

25 yo M s/p mandible fx. Pain service consulted to manage pain for pt. Per OMFS resident via telephone, pt received insufficient analgesia from po dilaudid and states that morphine doesn't work for him

**CONSULTANT'S FINDINGS: (HISTORY AND PHYSICAL)**

PMH: ∅                          PSH: ® shoulder, foot

Meds: ∅ @ home              Allergies: NKDA

    Dilaudid 4mg po q 4h prn        SH: Denies, F.H. N/C

Exam: 159/89      ♀2    100% RA    A/A/O x 3    Ros: Jaw pain
                                                      other ⊖

Heart: Reg              Lungs: CTA

MAE, No Rashes

Labs: 15.1 / 43.6 \ 175    142 | 109 | 12 \ 93
                            5.1 | 26 | 1.3

**OPINION AND RECOMMENDATIONS:**

Acute pain 2° to mandible fx. Pain presently undertreated c̄ po hydromorphone. Will start dilaudid PCA ∅ .2/8

DATE 7/1/08    TIME 0015    SIGNATURE OF CONSULTANT _____    M.D. CA-1    TITLE OF CONSULTANT

D-I-A-20
Rev. 7/97

PLEASE DO NOT WRITE IN THIS SPACE-WRITE ON THIS SIDE OF PAPER ONLY

CHART COPY

# THE MOUNT SINAI HOSPITAL — NEW YORK, NY 10029
## ORDER SHEET

**GENERAL GUIDELINES**

1. ENTER ALL ORDERS OR PROCEDURES.

2. URGENT ORDERS MUST BE CALLED TO THE ATTENTION OF THE NURSE.

3. TO CHANGE OR DISCONTINUE AN ORDER A COMPLETE NEW ENTRY MUST BE MADE.

4. DATE, TIME, PRESCRIBER'S SIGNATURE AND DICTATION NUMBER MUST FOLLOW EACH SET OF ORDERS.

PLAZA, BENJAMIN
MRN -2891398    M    10/5/1982
V - 44719928        6/30/2008
CALAT, PAUL            03345

N08C

| DATE | TIME | ORDER | RN/LPN ✓ | NURSE SIG/DATE/TIME/ |
|------|------|-------|----------|---------------------|
| 7/1/08 | 9:35 pm | ① Fentanyl 25 mcs IV q 5min x 10 prn pain | | |
| | | ② Morphine 2mg IV q 15min x 5 prn pain | | |
| | | ③ Plasmalyte 100cc/hr IV | | |
| | | ④ Odansetron 4mg IV x1 prn nausea | | |
| | | ⑤ O₂ 3L via NC | | |
| | | Michel Rutter, DO | | |
| | | Dict # 6436 | | |

YELLOW COPY MUST SHOW THROUGH HOLE

NO. OF SHEETS REMAINING

NUMBER MUST APPEAR BEFORE DOCTOR WRITES ORDERS ➡ 

D-3-A-9A REV.2/81

PLAZA, BENJAMIN                        N08C    8210B

PATIENT INFORMATION:
        06/30        ATTENDING: CALAT, PAUL DMD 03345
        06/30        ALLERGY: MEDS-NKDA
        06/30        ADMIT DX: OPEN FRACTURE OF VAULT OF SKULL WITH CER

  NURSING ORDERS:
07/01    98     .
                ICE TO FACE 20 MINUTES ON, 20 MINUTES OFF, <07/01/08>,
                (BMGN)

07/01    97     .
                ELEVATE HEIGHT OF BED TO 30 DEGREES, <07/01/08>, (BMGN)
07/01    96     ACTIVITY: UP AD LIB, <07/01/08>, (BMGN)
07/01    94     .
                WIRE CUTTERS AT BEDSIDE, <07/01/08>, (BMGN)

  DIET:
07/01    91     DIET: CLEAR LIQUID, <07/01/08>, (BMGN)

  MEDICATIONS:
07/01   105     DEXAMETHASONE INJ 8MG, IV Q8H X3DOSES, (07/01/08
                22:00-07/02/08 14:00), (BMGN)
07/01   103     ACETAMINOPHEN ELIXIR (650MG/20ML) 650MG, PO Q4H PRN
                MILD PAIN, <07/01/08 21:22-..>, (BMGN)
07/01   102     DIPHENHYDRAMINE INJ 25MG, INDICATION:PT IS WIRED SHUT,
                IV Q6H PRN ITCH, <07/01/08 21:21-..>, (BMGN)
07/01   101     DIPHENHYDRAMINE INJ 50MG, INDICATION:PT IS WIRED SHUT,
                IV QHS PRN SLEEP, <07/01/08 21:19-..>, (BMGN)
07/01   100     MORPHINE INJ 4MG, IV Q3H PRN MODERATE PAIN, <07/01/08
                21:17-..>, (BMGN)
07/01    99     FAMOTIDINE INJ 20MG, IV Q12H, (07/01/08 22:00-..),
                (BMGN)

07/01    95     ACETAMINOPHEN ELIXIR (650MG/20ML) 650MG, PO Q4H PRN
                FEVER, <07/01/08 21:14-..>, (BMGN)
07/01    93     CLINDAMYCIN INJ 600MG, IV Q8H, (07/01/08 22:00-
                (BMGN)
07/01    92     METOCLOPRAMIDE TAB 10MG, ROUTE:IVSS Q6H PRN N/V,
                <07/01/08 21:11-..>, (BMGN)
R=TIME TO RENEW

  IVS:
07/01   104     IV D5W 1/2NSS 1000ML, POTASSIUM CHLORIDE 20MEQ,
                75ML/HR, CONTINUE UNTIL D/C, <07/01/08-..>, (BMGN)

  LABORATORY:
#07/01    58    (IN PROCESS) TYPE, 7.
                , <07/01/08>, (PDCB)

                        END OF REPORT

| Mount Sinai | **The Mount Sinai Hospital** One Gustave L. Levy Place New York, NY 10029 | | Date | Name |
|---|---|---|---|---|

PLAZA, BENJAMIN
MRN -2891398   M    10/5/1982
V - 44719928              6/30/2008
CALAT, PAUL                03345

N08C

**UNIVERSAL PROTOCOL FOR PATIENT IDENTIFICATION AND PROCEDURE VERIFICATION**

*Physician Service*

## PRE-PROCEDURE VERIFICATIONS  (Attestation BEFORE entering operating/procedure room or PRIOR to procedure in other areas.)

- *Patient Identification:*

Yes   N/A
- ☑ ☐   **Patient / Surrogate** verified patient name and date-of-birth
- ☑ ☐   **ID Band** checked for name, date-of-birth (DOB), and medical record number (MRN)
- ☑ ☐   **Outpatient clinic card** checked for name, date-of-birth (DOB), and medical record number (MRN)

- *Planned Procedure:*  Repair of Mandible Fracture, Other indicated procedure
  ☐ Left    ☐ Right    ☐ Bilateral    ☐ Spinal Level(s) _____    ☒ N/A

- *Planned Procedure and Site / Side / Level Confirmed by:*

Yes   N/A                                    Yes,  N/A
- ☑ ☐   **Patient / Surrogate**          ☑ ☐   **Medical Record**
- ☑ ☐   **Schedule**                    ☐ ☑   **Surgical site(s) marked** before procedure(s) with surgeon(s) initials
- ☑ ☐   **Consent**                     ☐ ☑   **Special purpose wristband** affixed to patient

- *Attestation of Participating Practitioners:*

| | N/A | Name | Signature | Date | Time | Dict # |
|---|---|---|---|---|---|---|
| Registered Nurse | ☐ | *V. Illanes* | *V. Illanes* | 7/1/08 | 1755 | |
| Surgeon / Proceduralist Team #1 | ☐ | *Bina Gipen* | *B. Gipen* | 7/1/08 | 6:00 | 62728 |
| Surgeon / Proceduralist Team #2 | ☐ | | | | | |
| Anesthesia Care Team Member | ☐ | *Claudia Mejía* | *Claudia Mejía* | 7/1/08 | | 93465 |

## IMAGING VERIFICATIONS  (Confirmation of pre-procedure imaging.)
Yes  N/A
- ☐ ☑   Availability of necessary imaging studies confirmed by surgeon / proceduralist prior to sedation / anesthesia
- ☐ ☑   Name, date, left/right orientation of displayed imaging studies verified by 2 surgical team members prior to procedure start

| | Name #1 | Name #2 |
|---|---|---|
| Confirming Practitioners | *P. Calot* | *M. Goulston* |

## TIME-OUTS  (Attestations of verbal confirmation of correct patient, procedure, site/side/level, implants/equipment.)

| | N/A | Name | Signature | Date | Time | Dict # |
|---|---|---|---|---|---|---|
| Before regional nerve block | ☑ | | | | | |
| Before start of procedure #1 | ☐ | *M. Lewa* | *M. Lewa* | 7/1/08 | 1843 | |
| After new imaging done in O.R. to confirm level prior to procedure start | ☑ | | | | | |
| Before start of procedure #2 | ☑ | | | | | |

## ORGAN TRANSPLANTATION (Blood type match & UNOS number verification prior to implantation.):
*Donor* Blood Type (circle): UNOS Number _____ Date _____ Time _____   *Recipient* Blood Type (circle):
   A   B   AB   O                                                              A   B   AB   O
Nurse Name _____    Signature _____

Surgeon Name _____    Signature _____    Dictation # _____

D3B13 (Revised 1/07)

**WHITE: Medical Record      YELLOW: Care Center / Specialty Service**



THE MOUNT SINAI HOSPITAL
One Gustave L. Levy Place
NEW YORK, NY 10029-6574

PLAZA, BENJAMIN        MED
MRN -2891398    M    10/5/1982
V - O82601786
CALAT, PAUL              03345



## PERIOPERATIVE NURSING ASSESSMENT AND CARE PLAN

## II. PREOPERATIVE/INTRA-OPERATIVE NURSING CARE PLAN (Cont.)

| NURSING DIAGNOSIS | NURSING PLAN / INTERVENTION | GOAL / EVALUATION |
|---|---|---|
| | **B. INTRAOPERATIVE ASSESSMENT** | |
| Infection (Actual and Potential) due to invasive procedure | Wound Classification: * Clean *(Clean/Contaminated) * Contaminated Dirty * Infected | Adherence to aseptic practices Reaction to prep: ____ Yes ___ No Technique break: ____ Yes ___ No Comments: *Sterility integrators were verified.* |
| | Method of surgical site hair removal *(check as applicable):* ____ Clippers ____ Depilatory ____ Other ✓ No hair removal performed | |
| | Hair removal was performed *(check as applicable):* _____ by hospital personnel prior to incision _____ by patient prior to hospital admission | |
| | Skin Prep: *(Yes) * No Prep Solutions Used: * Alcohol *(Betadine) * Paint/gel * Betadine scrub * Hexachlorophene * Benzalconium Saline * CHG Scrub * Other _____ | |
| Hypothermia, potential due to altered body temperature | Name of warming/cooling device used : _____ Used: * Continuously * Intermittently (Not Used) Unit # _____ Temp. Setting_____ * Heat lamp * IV fluid warmer * Thermal drape * (Warm blanket) * Other:_____ * Temperature Sensing Foley inserted: * Yes * No | Patient body temp maintained: Yes ___ No Measures taken to prevent heat loss: ✓ Yes ___ No Comments:_____ |
| Injury, Potential (Electrical Equipment) due to electrical hazards | ESU generator type # Valley Lab Control # 225716 Ground pad applied by: meang Removed by: _____ Pad site: Right thigh Bipolar #:_____ Laser type: _____ Control #:_____ | Patient free of injury related to use of electrical equipment: ✓ Yes ___ No Skin integrity Maintained: ✓ Yes ___ No Comments:_____ |
| Injury, Potential (Skin/Perfusion) due to tourniquet use | Tested By: _____ AppliedBy:_____ Tourniquet # used _____ Location: _____ Pressure:_____ mm of Hg A)Up: ___ A)Down: ___ B )Up: ___ B )Down: ___ ✓ N/A Other:_____ | Circulation intact: ___ Yes ___ No Site Clear: ___ Yes ___ No Comments:_____ |



| NURSING DIAGNOSIS | NURSING PLAN / INTERVENTION | GOAL / EVALUATION |
|---|---|---|
| Injury, Potential (Positioning) due to impaired tissues or skin integrity; possible neuro/ muscular trauma related to positioning | * Supine * Prone * Lithotomy * Jacknife * Right Lateral * Left Lateral<br><br>Sitting * Frog Legged * Other _____<br>* Bean Bag * Blankets * Chest roll (Donut)<br>* Eggcrate Foam * Gel Pad * Pillows<br>* Safety strap * Sand Bag * Sheets * Footboard<br>* Fracture table * Head Clamps<br>* Kidney arm rest * Kidney rest * Leg holder<br>* Mayfield basic * Mayfield crossbar<br>* Spinal Table * Pelvic positioned * Shoulder holder<br>* Headrest<br>* Lateral Support * Spinal frame * Stirrups (Allen, Cysto, GYN, Lloyd Davis) * Traction tower<br>* Wristlets * Other _____<br>* Arm at Side R  L * Arm on armboard R  L<br>* Arm extended<90°  R  L * Arm across chest  R  L<br><br>* Pneumatic Unit #: _Flowtron #844447_<br>* Ortho foot pump-  Bilateral  Left  Right<br>(Leg wrap -  Bilateral)  Left  Right | Patient will remain injury free, related to surgical position ____ Yes ____ No<br><br>Comments; _____<br>_____<br>_____<br>_____<br>_____<br>_____ |
| Injury, Potential (Foreign Body) due to retained foreign body | COUNTS: Sponges/Instruments<br>Instruments Count Correct: * Yes * No (N/A)<br>Sponge/Needle Count Correct: (Yes) No * N/A<br>X-ray Results: * Positive * Negative (N/A)<br>* Other: _____<br>* Lap pads used as packing: Yes  #: ____ (No) | Patients free from foreign body related injury ____Yes ____ No<br><br>Results / Comments: _____<br>_____<br>_____<br>_____ |
| Fluid & Electrolyte Imbalance, Potential due to blood/fluid loss | * Albumin * 250mL * 500mL<br>* RBC * FFP * Platelets * WB<br>* Cryoprecipitate # of units _____<br>* Autotransfusion System: * Cell Saver<br>* Other _____ * Autologous * WB * RBC<br>* EBL * Fluid Intake _____ * Urinary Output _____<br>Unused blood products sent to: * PACU * ICU UNIT<br>* BLOOD BANK * OTHER _____ | Physiological parameters monitored<br>____ Yes ____ No<br>Comments: _____<br>_See Anesthesia Record_<br>_____<br>_____ |

Shift Change/ Break Relief Report given to:

_____ ,R.N.
(print)

_____ ,R.N.  time: _____
(sign

Additional Notations:

Signature: _M Steewar_  R.N. Date: _7/1/08_

Print Name: _M Stewar_  ,R.N

Patient airway status: Intubated (Extubated) * Airway (oral/nasal) * None

O2 Administered * No (Yes) Via _nasal_

Intact Skin Integrity (Yes) * No * Explain _____

Transportation from O.R( * PACU Bed ) Unit Bed * Bariatric Bed
* Life support stretcher * Wheelchair * Other _____

Accompanied by: _Russo, D. Deiner & D. Boulston,_

Additional Notations:

Signature: _M Stewa_  R.N. Date: _7/1/08_

Print Name: _M Stewa_  ,R.N.

D-I-A-14 (Rev. 12/06)

Page 4



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
New York, NY 10029-6574

PLAZA, BENJAMIN        MED
MRN -2891398    M    10/5/1982
V - O82601786
CALAT, PAUL            03345

# PERIOPERATIVE NURSING ASSESSMENT
## AND CARE PLAN

**I. PREOPERATIVE/PRE-PROCEDURE FOCUS NOTE**

* To be completed by licensed nursing personnel in the Inpatient Unit,
  Short Stay Unit or in Ambulatory Surgery. Circle appropriate choices
  where applicable.
* Sections A, B, C, D and E must be initialed by the nurse in the appropriate
  column. (Yes, No, NA) Initials denote responsibility for the item. Print
  name and sign initials in the grid.
* Nurse sending patient to O.R. completes any blank items. alerts Holding
  Area of any unresolved asterisked (*) Items, documents
  patient's response and signs off the Focus Note.

| | YES | NO | N/A | EXPLANATION |
|---|---|---|---|---|
| **A. FOCUS:** PREPARATION FOR _Repair of Mandible fracture_ | | | | |
| Consents obtained | SA | · | /// | |
| Allergies _NKDA_ | | SA | | |
| Level of consciousness: * Awake * Arouses on calling name * No Response * Other | /// | /// | /// | Specify Other: |
| Oriented to: * person * place * time (circle all that apply) | SA | | /// | Specify Other |
| Isolation/Precautions | | SA | /// | (list on chart cover) |
| **B. ACTION: PATIENT PREPARATION** | | | | |
| Pre-operative teaching given & documented | | | SA | |
| Pre-op shower or bath given | | | SA | |
| Assessment of skin integrity | | | /// | |
| Personal property (If yes, state disposition) | | | | Disposition: |
| * Valuables/jewelry secured· (If yes, state disposition) | | | | Disposition: |
| * Circle assistive devices: * None * Dentures (full/partial) * Hearing Aid * Contact lenses * Eye glasses * Other | | | | Disposition: |
| Cosmetics and hair accessories removed | | SA | | |
| Capped/loose teeth | | SA | | |
| Circle Implants: * Pacemaker * AICD * Cochlear * Prosthetics | | SA | | |
| Pregnancy Test within 24 hours | | | SA | Results:  Neg   Pos |
| **C. SPECIAL PATIENT CONSIDERATIONS** | | | | |
| Language:  English speaking  Other | /// | /// | ///. | Specify Other: |
| Physical challenge: * Blind * Deaf * Aphasic * Paralyzed * Other (None) | /// | /// | /// | Specify Other: |
| **D. IMMEDIATE PRE-OP STATUS** | | | | |
| T 98  P 85  R 18  BP 116/L  PAIN LEVEL 8  TIME: 1620 | | | | |
| * NPO for solid foods from 7/1/08 | SA | | | |
| * NPO for clear fluidsr from 7/1/08 0000 | SA | | | |
| Chart checklist complete | | | | |
| Voided (on call) | PA | | | |
| Preoperative meds. given, documented or sent | | PA | | |
| Patient's ID plate attached (see back page) | | | | |
| Patient identified by name and date of birth: * Verbally * ID band * Chart * Patient Plate | PA | | | |

D-J-A-14 (Rev.12/06)



Page 1

## PREOPERATIVE/PRE-PROCEDURE CHART CHECK

### E. CHART ORGANIZATION

| | YES | NO | N/A | REMARKS |
|---|---|---|---|---|
| Lab Results. Abnormal findings, including lab values, or unusual symptoms reported:<br>CBC | | | | |
| Protime | | | | |
| Chemistry        SMA6 / SMA12 | | | | |
| Urinanalysis | | | | |
| EKG | | | | |
| Chest X-ray | | | | |
| Type and Cross    Indicate # Units  * WB _____   * PC _____<br>* Autologous    * Designated    * Other _____ | | | | Expiration Date: |
| Admission (Face) Sheet | | | /// | |
| History and Physical | | | /// | |
| Surgeon's Preoperative Note | | | /// | |
| Anesthesia Preoperative Note | | | | |
| Graphic Sheet | | | | |

| DATE | SIGNATURE | PRINT NAME | TITLE | INITIAL |
|---|---|---|---|---|
| 7/1/08 | Sherlin RN | Sherlin RN | RN | SA |
| 7/1/08 | Rebecca Brown | DAD RN | RN | P.A. |

## II. PREOPERATIVE / INTRA-OPERATIVE NURSING CARE PLAN

| NURSING DIAGNOSIS | NURSING PLAN / INTERVENTION | GOAL / EVALUATION |
|---|---|---|
| | **A. PREOPERATIVE ASSESSMENT** | |
| Anxiety Potential | __ Give clear concise explanations<br>__ Communicate patient's concern to other healthcare members<br>__ Support family as indicated<br>__ Other: _____ | Patient demonstrates decreased anxiety<br>__ Yes  __ No<br><br>Comments: _____ |
| Knowledge Deficit Potential | __ Consent for surgery confirmed (check as applicable) : __ verbally __ in writing<br>__ Verify procedure site<br>__ Allow patient to ventilate feelings and concerns about planned surgery<br>__ Other: _____<br>Signature: _____ ,R.N.<br>(OperatingRoom)<br>Signature: _____ ,R.N.<br>(Unit / DAS / Ambulatory Intake) | Patient will demonstrate knowledge of planned surgical intervention __ Yes  __ No<br>Comments: _____ |

**The Mount Sinai Hospital**
One Gustave L. Levy Place, New York, NY 10029-6574

## PROGRESS NOTES

Sign each entry with first initial, last name, and title.
Providers please add dictation code number after signature.

PLAZA, BENJAMIN
MRN -2891398    M    10/5/1982
V - 44719928        6/30/2008
CALAT, PAUL            03345

N08C

## PRE-PROCEDURE HISTORY AND PHYSICAL REVALIDATION

**IMMEDIATE PREOPERATIVE REASSESSMENT**

I have reviewed the previous evaluation by ___Dr. Goulston___ and dated ___/___/___ 06/08 I have re-evaluated the patient immediately prior to the procedure, and I have found:

☐ no significant interval change in his/her condition  ☐ significant change which I have documented below in the Medical Record.

Name: _Gutman_ Dictation #_5272_ Signature: _Bennett_ Date: 7/1/08 Time: 6 PM

MR 1340    Approved 5/06

## Anesthesia Record
The Mount Sinai Hospital, New York, New York

| | | |
|---|---|---|
| **PATIENT NAME** | | |
| PLAZA, BENJAMIN | | |
| **BIRTH DATE** | **PATIENT AGE** | **GENDER** |
| 10/05/1982 | 25 yrs | Male |
| **MEDICAL RECORD #** | | **PATIENT SERIAL #** |
| 2891398 | | 44719928 |
| **HEIGHT** | **WEIGHT** | **BODY SURFACE AREA** |
| 72 in (182.9 cm) | 175 lb (79.55 kg) | 2.015 sq meters |
| **SERVICE DATE** | **ANESTHETIZING LOCATION** | **CASE NUMBER** |
| 07/01/2008 | OR08 Annen-6 | 30711711.186 |

| | | |
|---|---|---|
| sO2 | % | 90.7 86.3 76.7 76  78.9 74  74.1 74  73.1 72.6 72.7 72.3 72  72.1 64.7 31.8 30.6 69.8 63.7 |
| Air | 88.37 L | 0.9 |
| eSevoflurane | % | 0  1.55 1.71 1.59 1.74 1.85 1.98 2.07 2.38 2.5 2.58 2.72 2.79 2.82 2.63 1.72 0.96 0.7 0.38 |
| Fentanyl | 250 mcg | 150  50  25  25 |
| Midazolam | 2 mg | 2 |
| Propofol | 200 mg | 200 |
| Vecuronium | 7 mg | 7 |
| Glycopyrrolate | 0.4 mg | 0.4 |
| Neostigmine | 2 mg | 2 |
| Clindamycin | 600 mg | 600 |
| 07/01/2008 | | 18:00  18:30  19:00  19:30  20:00  20:30  21:00  21:30 |



| | | |
|---|---|---|
| Sinus Rhythm | | SR  SR  SR  SR  SR  SR |
| Tidal Volume | mL | 219 535 676 726 722 707 678 656 656 670 669 673 676 670 693 434 426 229 212 |

| | | |
|---|---|---|
| ST1 | mm | +1.65 +1.64 +1.30 +1.48 +1.82 +1.86 +1.93 +1.97 +1.90 +1.95 +1.95 +2.03 +2.06 +2.03 +2.03 +1.8 +1.7 +1.55 +1.42 |
| ST2 | mm | +2.35 +3.27 +2.75 +2.82 +3.31 +3.38 +3.56 +3.66 +3.8 +3.76 +3.77 +3.63 +3.66 +3.74 +3.88 +3.62 +3.25 +2.82 +2.75 |
| Generic Events | | <PIR>  AI  <PST>  <Rev>  <POR> |

| | | |
|---|---|---|
| Plasmalyte-A | 1000 mL | 500  500 |
| E.B.L. | 50 mL | 50 |

| | |
|---|---|
| 18:14 | Anesthesia Start (AS) |
| 18:14 | Patient in OR (PIR) |
| 18:15 | Patient ID/Machine Check |
| 18:15 | Equipment and machine checklist completed |
| 18:15 | Patient identified |
| 18:15 | Chart reviewed. No significant interval changes since anesthesia consultation |
| 18:15 | Patient prepared to undergo anesthesia |
| 18:20 | Preop and Pastop Care Comments: - ***PREOPERATIVE CARE COMMENTS*** |

- Patient monitored by anesthesiologist during transport to OR
- Prehydration administered in Holding Area
- Afrin spray administered to bilateral nostrils in pre-operative area.

| | |
|---|---|
| 18:30 | Sinus Tachycardia (ST) |
| 18:30 | Anesthesia Induction (AI) |
| 18:38 | Endo-Intubation (Int) |
| 18:39 | Anesthesia Ready (AR) |
| 18:39 | Antibiotic reminder acknowledged |

| | |
|---|---|
| 18:39 | Position/Prep Start (PS) |
| 18:39 | Intubation Remarks: (NP) |

- ***** INTUBATION REMARKS *****
- Pre-oxygenated
- Intubation atraumatic
- Eyes protected
- Macintosh 3
- Vocal cords were easily visualized
- CO2 detected by capnometry
- Breath sounds bilateral R=L
- Neck maintained in neutral position
- Airway secured with tape

- Airway secured to head-drape

| | |
|---|---|
| 18:39 | Nasal Intubation performed atraumatically, Comerck & Lehane Grade II view. |
| 18:40 | Sinus Tachycardia (ST) |
| 18:41 | 10 mg IV-Bolus Dexamethasone |
| 18:41 | 4 mg IV-Bolus Ondansetron |
| 18:41 | 10 mg IV-Bolus Metoclopramide |
| 18:41 | Pulse oximeter not sitting adequately on finger. |

| TIME | NURSES NOTES |
|------|--------------|
| 0135 | Pt awake and alert No resp distress noted. O₂ Sat 100% ON 3L O₂ via Nasal cannula No resp distress seen. Pt turned Shunt urine cloth at bedside. C/O pain in Oral cavity. Place on Cardiac monitor show BP 172/85 HR 90 Resp 12 T 98.5. IV therapy in progress in L tubing well site intact. Recived fentanyl 25mcg IV for pain. L cheek swollen with no descoloration noted. Ice packs on face 20min on 20min off. Warm blankets plan will observe ———————— N Hutchinson |
| 2400 | D/C hary Semi Responding appro to verbal Stimulation No resp distress noted. IV therapy in progress L tubing well site intact. Ice 20min ON 20min off. L cheek still swollen No unusual findings or descoloration noted. T 98. BP 140-188/70 HR 88 Resp 24. To SC Stepdown N Hutchinson |

PLAZA BENJAMIN
MRN-2891398
V- 44719928 M
CALAT, PAUL

10/5/1982
6/30/2008
03345

N08C

**SKIN ASSESSMENT**
Skin intact  Yes ☐  No ☐
If no, document and mark below on figure

Front    Back    Right

| TIME | MEDICATION | DATE | ROUTE | INITIALS | EFFECT |
|------|-----------|------|-------|----------|--------|
| 0135 | fentanyl 25mcg | 7/1/08 | IV | NH | min |
| 22:20 | fentanyl 25mcg | 7/1/08 | IV | NH | good |
| 2345 | fentanyl 2.5mcg | 7/1/08 | IV | NH | sn.y/ |
| 2310 | fentanyl 25mcg | 7/1/08 | IV | NH | good |

## PACU DISCHARGE CRITERIA (CIRCLE OR ✓ SCORE)

| | |
|---|---|
| Able to move 4 extremities voluntarily or on command = (2) | ACTIVITY |
| Able to move 2 extremities voluntarily or on command = 1 | |
| Able to move 0 extremities voluntarily or on command = 0 | |
| Respirations adequate in rate, depth & quality = (2) | RESPIRATION |
| Dyspnea or Limited Breathing = 1 | |
| Apneic = 0 | |
| BP = 80% or greater of Preanesthetic Level = (2) | CIRCULATION |
| BP = 80% or Preanesthetic Level = 1 | |
| BP = 50% or less of Preanesthetic Level = 0 | |
| Fully Awake = (2) | CONSCIOUSNESS |
| Arousable on calling = 1 | |
| Not responding = 0 | |
| O₂ saturation > 92% on room air = (2) | OXYGEN SATURATION |
| Requires supplemental O₂ to maintain O₂ sat > 90% = 1 | |
| O₂ saturation < 90% with supplemental O₂ = 0 | |
| Temperature ≥ 35.6° and ≤ 38° C. | TEMPERATURE |
| Dressing dry and intact, minimal bleeding/drainage from surgical site as per surgical operation. | SURGICAL SITE/ WOUND DRAINAGE |
| Postoperative nausea and/or vomiting, none ↔ mild. | PONV |
| Pain assessment score (0 – 10) | PAIN |

If not met, document in Nurse's Notes

**VENTILATOR SET**

| TIME | | | | | |
|------|---|---|---|---|---|
| TV | | | | | |
| FIO2 | | | | | |
| RATE | | | | | |
| MODE | | | | | |
| PS | | | | | |
| PEEP | | | | | |

EXTUBATED AT: _____

Transfer:  Date: 7-1-08  Time: 2400

Discharged From: ✓ ____ GP3 ____ A6 ____ A7: ____

Discharged To: SC    Discharge Criteria Met: ✓ ☑

Via: ✓  Stretcher ✓  Wheelchair ____  Ambulatory ____

PACU Nurse  Norva Hutchinson
(Print Name)

Norva Hutchinson
(Signature)

# THE MOUNT SINAI MEDICAL CENTER

## Implant Log for a Patient

| | |
|---|---|
| Case Date: | 7/1/2008 |
| Patient Name: | PLAZA, BENJAMIN |
| Primary Procedure: | MANDIBULAR FX/OP RED, BILATERAL |
| Primary Surgeon: | CALAT, PAUL |

| | |
|---|---|
| MRN: | 2891398 |
| O.R.: | A08 |
| DOB: | 10/5/1982 |
| ACCT. #: | 44719928 |

| Item # | Qty Case RU Description | Catalog No. | Model # | Serial # | Lot # | Size | Implant Site | Device Type | Exp. Date | MFR | UNOS# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 133955 | 1 PLATE 2.0MM MINI LOCK BROAD 4H | 447055 | | | | 4 hole | MANDIBLE | PLATE | | SYNTHES MAXILLOFACIAL | |
| 146678 | 4 SCREW 2.0MM,CORTEX 4MM Ti | 401041 | | | | 2.8 X 8 | MANDIBLE | SCREW | | SYNTHES MAXILLOFACIAL | |

Printed on:    7/1/2008  at  9:01:21PM

Page 1 of 1

THE MOUNT SINAI HOSPITAL
NEW YORK
**OPERATING ROOM RECORD**
SPONGE, SHARP AND MISCELLANEOUS ITEMS COUNT

*Repair fractured mandible*

PLAZA, BENJAMIN
MRN -2891398   M   10/5/1982
V - 44719928         6/30/2008
CALAT, PAUL           03345

N08C

DATE: _7/4/08_
SURGEON: _Calat_          OPERATION/PROCEDURE:

| SPONGES | INITIAL COUNT | ADDITIONS | CLOSURE OF CAVITY IN CAVITY | ADDITIONS | 2ND COUNT | ADDITIONS | FINAL COUNT |
|---|---|---|---|---|---|---|---|
| HAND SPONGES | 10 | 10 | | | | | 20 |
| | | | | | | | |
| LAP PADS | 5 | | | | | | 5 |
| | | | | | | | |
| PACKING Throat | 1 | 7:30 pm Removed. | | | | 0 | 0 |
| COTTON BALLS | | | | | | | |
| TONSIL SPONGES | | | | | | | |
| PEANUTS | 5 | | | | | | 5 |
| DENTAL ROLLS | | | | | | | |
| COTTONOIDS | | | | | | | |
| **SHARPS** | | | | | | | |
| KNIFE BLADES | 2 | | | | | | 2 |
| ATR NEEDLES | 4 | | | | | | 4 |
| | | | | | | | |
| LOOSE NEEDLES | | | | | | | |
| MISCELLANEOUS | | | | | | | |
| APPLICATORS | | | | | | | |
| BULLDOGS | | | | | | | |
| DISPOSABLE BULLDOGS | | | | | | | |
| CLIP CARTRIDGES | | | | | | | |
| CAUTERY TIPS | 2 | | | | | | 2 |
| DERMA HOOKS | | | | | | | |
| EEA SPIKES | | | | | | | |
| HYPO NEEDLES | | | | | | | |
| MARKING PEN | 1 | | | | | | 1 |
| PAPER RULER | 1 | | | | | | 1 |
| PENROSE DRAIN | | | | | | | |
| RUBBER SHODS/BOOTIES | | | | | | | |
| SCRATCH PADS | 1 | | | | | | 1 |
| SPEARS | | | | | | | |
| SPINAL NEEDLE | | | | | | | |
| UMBILICAL TAPE | | | | | | | |
| VASCULAR INSERTS | | | | | | | |
| VESSEL LOOPS | | | | | | | |
| STAPLE DEVICES GUARD CARTRIDGE | | | | | | | |
| LONESTAR STAYS (GU) | | | | | | | |
| asporata | 1 | | | | | | 1 |
| | | | | | | | |

Circ. Nurse: _____    Circ. Nurse: _____    Circ Nurse: _____    Circ Nurse: _____
(print/sign)             (print/sign)             (print/sign)             (print/sign)

Scrub: _____          Scrub: _____          Scrub: _____          Scrub: _____
(print/sign)             (print/sign)             (print/sign)             (print/sign)

Count all items on the sterile field that could potentially be retained. Documents correct counts on Perioperative Record

7-18 D6

# THE MOUNT SINAI HOSPITAL
## New York, New York
# PERIOPERATIVE RECORD

PLAZA, BENJAMIN
MRN -2891398   M   10/5/1982
V - 44719928        6/30/2008
CALAT, PAUL            03345

N08C

DATE
NAME
UNIT NO.
SEX/DOB
SERIAL NO.
LOCATION
PHYSICIAN
SERVICE

**6. DATE (MM, DD, YY)** 07 01 08
**7. DELAY CODE** 13
**8. PATIENT CATEGORY** 7 ( Inpatient / Outpatient )

**9. CASE TYPE** 8 (Sched, Added, Emergency)
**10. COST CENTER** 76740 8
**11. ROOM NO.** 
**12. CASE POSITION** 05

**PLEASE USE 24-HOUR TIME FOR ALL TIME ENTRIES**

| | | | | |
|---|---|---|---|---|
| 13. PAT. IN 1815 | 16. OP. START 2130 | 19. PAT. DISCH. | 22. PHASE 2 IN 3 | 26. DISCH TO: 1 = ASRR 2 = A7RR 3 = GPRR 4 = GPHA 5 = GP2RR 6 = ICU 7 = RAD 8 = MORGUE |
| 14. ANESTH ST. 1815 | 17. OP. END 2105 | 20. PHASE I IN | 23. PHASE 2 OUT | |
| 15. PAT. READY 1835 | 18. ANESTH. END 2130 | 21. PHASE I OUT | 24. ON HOLD IN | 27. WOUND CLASSIFICATION 1 = CLEAN 2 = CLEAN-CONTAMINATED 3 = CONTAMINATED 4 = DIRTY OR INFECTED |
| | | | 25. ON HOLD OUT 3 | |

**PLEASE LIST NAMES USING LAST NAME, FI, MI**

**28. ATTENDING SURGEON PROC 1** Calat P
**29. SERVICE**
**31. ATT'G SURG. PROC 2 (IF DIFFERENT)**
**32. SERVICE**
**34. ATT'G SURG. PROC 3 (IF DIFFERENT)**
**35. SERVICE**

**30. PROC 1** Repair Fracture Mandeble
**33. PROC 2**
**36. PROC 3**

**37. SURGICAL RESIDENT / FELLOW** Youlstar M  1815 →
**38. SURGICAL RESIDENT** Gulaad B
**39. SURGICAL RES./ASS'T/STUDENT**
**40. ATT'G ANESTH.** Deiner
**41. ANESTH. RESIDENT** K. Mejia

**42. ANESTHESIA TYPE** 27 General
**43. PREOPERATIVE DIAGNOSIS** Fractured Mandible
**44. POSTOPERATIVE DIAGNOSIS** Same

**SCRUB NURSE(S) PRINT NAME** Milios J R10
**SCRUB NURSE(S) PRINT NAME** L. Nnm.
**CIRCUL. NURSE(S) PRINT NAME** Dolo 100 V RN 1830
**CIRCUL. NURSE(S) PRINT NAME** M. Stewart
**PATIENT POSITION** Supine
**DRAINS/WOUND SUCTION/PACKING/CATHETERS**

**CULTURES / SPECIMENS (Y/N)** SENT TO: (PLEASE CIRCLE LABS) EYE PATH, NEURO PATH, FS PATH, SURG. PATH, CYTO, MICRO, CHEMISTRY

**MEDICATIONS/IRRIGATIONS** 1% Xilocaine c̄ Epinephrine 1:100,000  55 ml used
**CARDIOPULMONARY BYPASS (Y, N)** N   SIGN.

**IMPLANT(S)?** (Y, N)
**ALLOGRAFT(S)?** (Y, N)
**INSTRUMENT COUNT CORRECT? (Y/N)** N   SIGN   N/P
**SPONGE/NEEDLE COUNT CORRECT? (Y/N)** Y

**COMMENTS**
N KA            A6 @ 4 35 m̄ — M Wah RN
1-Plate 2.0 mm mini lock Broad 4 hole Mandible plate # 447055.
4 Screws 2.0 mm Cortex 4 mm mandible screw # 401041.

**NURSE'S SIGNATURE**

PATIENT'S CHART COPY
S-2-C-10 (REV. 10/07)



**The Mount Sinai Hospital**
One Gustave L. Levy Place
New York, New York 10029

PLAZA, BENJAMIN          MED
MRN -2891398    M        10/5/1982    N08C
V - 44719928             6/30/2008
CALAT, PAUL              03345

7/12/08                    202A

### ADULT INTRAVENOUS INFUSION AND
### INTAKE / OUTPUT RECORD
### (For 24 Hours)

| DATE | | | INTAKE | | | | | | OUTPUT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | PARENTERAL FLUIDS | | | Oral/TubeFeed | | BRP | | | | | OTHER | |
| TIME | By | Amt in Bottle | Type and Additives | Set | Amt./Time Absorbed | Type | Amt. | TIME | Urine | Emesis | Stool | | | |
| 0045 | u | 1000 | D5W1/2NS+20meqKC@100 | | 345 @ | | | | X1 | | | | | |
| 0150 | u | 50 | Dilaudid | | 50 @ | | | | X1 | | | | | |
| 0200 | u | 50 | Dexamethasone | | 50 @ | | | | X1 | | | | | |
| 0620 | u | 50 | Dilaudid | | 50 @ 95 | | | | X1 | | | | | |
| | | | | | | | | | X1 | | | | | |
| 0625 | u | 655 | D5W1/2NS+20meqKCl | | 183 @ | | | | ·S | | | | | |
| 0800 | mo | 50 | Clindamycin | | 50 @ | | | | x1 | | x1 | | | |
| 1100 | mo | 50 | Dexamethasone | | 50 @ | | | | | | | | | |
| 1145 | mo | 50 | Famotidine | | 50 @ | | | | | | | | | |
| 1240 | mo | 50 | dilaudid 1mg | | 50 @ | | | | | | | | | |
| | | | | | 553 @ | | | | | | | | | |
| | | | | | @ | | | | | | | | | |
| | | | | | @ | | | | | | | | | |
| | | | | | @ | | | | | | | | | |
| | | | | | @ | | | | | | | | | |
| | | | | | @ | | | | | | | | | |
| Column Totals | | | | | | | | | | | | | | |

24 HOUR TOTAL INTAKE_____ ml

24 HOUR TOTAL INTAKE_____ ml

| SIGNATURE | TITLE | INITIAL |
|---|---|---|
| Virginie Lucas | RN | u |
| | | |

| SIGNATURE | TITLE | INITIAL |
|---|---|---|
| M Omulla | RN | mo |
| | | |
| | | |

B-2-B-25 (REV. 6/81)

**PATIENT'S CHART COPY**

# IV RECORD AND I&O FORM
## ADULT GUIDELINES

PLAZA, BENJAMIN
MRN -2891398

1. Starting with the night shift at 11 PM, complete Intake and Output form as follows:

   a. Stamp sheet with patient's addressograph.

   b. Place date in appropriate space and enter time as indicated throughout shift.

   c. Identify each container of IV solution hung as to:

      O Type solution e.g., D 1/4 NS

      O The amount in bottle should be noted when started, when absorbed and when residual solutions are credited at start of new day / shift.

      O Enter type of IV tubing used under "SET" when initiated new or changed. e.g. "P" = Primary Set; "PB" = Piggy Back or Secondary Set "SS" = Soluset, "BB" = Blood Set

      O Enter name of additives added to primary solutions only, i.e., KCL, MVI.

   d. Identify patient's intake under appropriate parenteral, oral or enteral (Tube Feeding) column.

   e. Intake should be totaled every shift one hour prior to the end of the shift.

   f. Space is provided to chart the output of urine (ureterostomy, urethral cath); stool (colostomy, conduit, lieostomy) and emesis.

   g. The column labeled OTHER should be used for other forms of output (hemovacs, Jackson-Pratts, chest and sump tubes, etc.)

   h. Output should be totaled each shift the hour before he end of the shift.

   i. The total from all three shifts should be entered in the 24-hour total Intake and Outptut columns. Totals for each column should be entered in space provided directly above.

   j. If necessary more than one form may be used In a 24-hour plod.

   k. I&O documentation on this form will fulfill all requirements for patients receiving enteral feedings. Maintenance of the "Enteral Feeding Form" is no longer required.

2. File original "Patient Chart Copy" in patient chart for permanent record.

3. Send "Patient Accounts" copy to Patient Accounts Dept, daily and upon discharge of patient.

## EQUIVALENTS

| | |
|---|---|
| Water Glass | 8oz =240mL |
| Fruit Juice | 4oz =118mL |
| Tea/Coffee | 5oz=150mL |
| Milk | 8oz=240mL |
| Soup Bowl | 12oz=360mL |
| Jello | 6oz=180mL |
| Ice Cream | 5oz=150mL |

## KEY

| | | | | |
|---|---|---|---|---|
| LS | Liquid Stool | V | | Vomitus |
| S | Sump Drainage | H | | Hemovac |
| GT | Gastrostomy | F | | Foley |
| NGT | Nasogastric Tube | C | | Cath |
| CT | Chest Tube | I | | Incontinent |
| WP | Wet Pamper | | | |



**The Mount Sinai Hospital**
One Gustave L. Levy Place
New York, New York 10029

PLAZA, BENJAMIN                MED
MRN -2891398    M              10/5/1982    N08C
V - 44719928                   6/30/2008
CALAT, PAUL                    03345

## SUPPLEMENTARY VITAL SIGNS RECORD

| DATE | TIME | BP | TEMP/C° | PULSE | RR | SaO2* | SUPPLEMENTAL OXYGEN | PAIN SCORE | OTHER | PRINT NAME/ SIGNATURE/TITLE |
|------|------|-----|---------|-------|-----|-------|---------------------|------------|-------|------------------------------|
| 7/02/08 | 00:23 | 130/89 | 37.4 | 100 | 18 | 97% RA | | | | |
| 7/02 | 04:10 | 131/72 | 36.9 | 79 | 18 | | | | | |
| 7/2 | 0735 | 132/86 | 36.7 | 87 | 18 | 96% RA | | | | |
| 7/2 | 1100 | 115/83 | 36.8 | 107 | 18 | 97% RA (manual Apical HR 93) | | | | |
| 7/2 | 1345 | 134/70 | 36.9 | 100 | 18 | 97% RA | | | | |

* Measured by pulse oximetry

E-1-A-9 (Rev. 3/06)



Page 1 of 2

**SUPPLEMENTARY VITAL SIGNS RECORD**

PLAZA, BENJAMIN
MRN -2891398

Sedation Scale

0 - none

1 - mild (occasionally drowsy; easy to arouse)

* 2 - moderate (frequently drowsy; easy to arouse)

* 3 - severe (somnolent; difficult to arouse)

S - normal sleep (easy to arouse)

*CALL ANESTHESIA

Analgesia Scale

0 - no pain

10 - worst pain imaginable

E-1-A-9 (Rev. 3/08)

**THE MOUNT SINAI HOSPITAL**
**THIS IS A CONFIDENTIAL AND PRIVILEGED COMMUNICATION**
**PLEASE DISPOSE OF PAPER COPIES APPROPRIATELY**
Printed By: LUWALE, MARTIN
Name: **PLAZA, BENJAMIN** **(2891398)** Age: **25y (10/05/1982)** **Male** IP Loc: **DISCHARGED**
Status: **Preliminary**

THIS IS A CONFIDENTIAL AND PRIVILEGED COMMUNICATION
PLEASE DISPOSE OF PAPER COPIES APPROPRIATELY
THE MOUNT SINAI MEDICAL CENTER, NEW YORK, NY
OPERATIVE REPORT
PT NAME: PLAZA, BENJAMIN
MEDICAL RECORD NUMBER: 2891-398
ACCOUNT #: 44719928
DICTATOR MD#: 062319
DICTATOR NAME: MICHAEL GOULSTON, DDS
SURGEON MD#: 003345
SURGEON NAME: PAUL CALAT
PROCEDURE DATE:
ADMIT DATE: 06/30/2008
DISCH DATE: 07/02/2008
PREOPERATIVE DIAGNOSIS: Mandibular symphysis fracture, left subcondylar
fracture.
POSTOPERATIVE DIAGNOSIS: Same.
OPERATION: Open reduction, internal fixation of mandibular symphysis
fracture.
OTHER SURGEON: Dr. Gitman
ANESTHESIA: General endotracheal anesthesia
ANESTHESIOLOGIST: Dr. Deiner, Dr. Russo
FINDINGS: Mandibular fracture at the symphysis
SPECIMENS: None
COMPLICATIONS: None
ESTIMATED BLOOD LOSS: 75 cc
IVF: 1200 cc of Crystalloid
HARDWARE: 2.0 mm X 4 hole mandibular plate, and then four 2.0 mm X 6 mm
screws arch bars and wire.
DISPOSITION: The patient was stable, extubated in the Operating
Room, transferred to PACU in stable condition.
PROCEDURE: The patient was taken to the Operating Room, and placed on
the OR table in supine position. After induction of anesthesia and
successful nasal endotracheal intubation, the patient was prepped and

**THE MOUNT SINAI HOSPITAL**
**THIS IS A CONFIDENTIAL AND PRIVILEGED COMMUNICATION**
**PLEASE DISPOSE OF PAPER COPIES APPROPRIATELY**
Printed By: LUWALE, MARTIN
Name: **PLAZA, BENJAMIN  (2891398)**   Age: **25y  (10/05/1982)**   Male   IP Loc: **DISCHARGED**

draped in the usual sterile fashion, using Betadine solution.
At this point, using Yankauer suction, the oral cavity was suctioned
of all debris, heme and saliva. At this point, a moistened throat pack
was then placed in the posterior oropharynx. At this point, using 1%
Lidocaine with 1:100,000 Epinephrine, the patient was injected a total
of 5 cc, both locally and via inferior alveolar nerve blocks bilaterally.
After waiting sufficient time for the hemostatic effect of the Epinephrine
to take place, the surgical team applied an upper as well as lower Eric
arch bar with 24 gauge wire to the upper and lower dentition. After this
arch bar was secured, the 24 gauge stainless steel wire. This restored
the patient's pretraumatic occlusion, so far as the surgical team
could tell. The patient was in maximum intercuspation at this point.
At this point, attention was then drawn to the mental area. Using
electrocautery, an incision was created through mucosa, submucosa,
paramental musculature and periosteum, down to bone in the area of tooth
No. 26 and 27. Then using a periosteal elevator, a full thickness
mucoperiosteal flap was elevated, taking care to stay underneath the
periosteum.
At this point, the flap was carefully elevated, until the surgical
team was able to identify the mental nerve and foramen. This nerve
and foramen were then safely protected for the duration of the procedure.
Taking the electrocautery back again, we continued our incision
posteriorly, to allow for access and visualization. The mental nerve was
then carefully skeletonized to allow for inferior traction.
At this point, the surgical team directed its attention toward the
symphysis fracture which was grossly displaced with the proximal segment
being displayed lingual using a bone hook as well as 24 gauge wire
drilled in the cortical plate of the chin. The surgical team was able
to elevate the proximal segment up out and reduce the fracture anteriorly
to acquire adequate anatomic reduction.
At this point, our attention was directed toward the occlusion,
which we checked. It was still in maximum intercuspation. The
intermaxillary fixation was still impaired. Therefore, the surgical
team then decided to fix in the neutral zone, a 4 hole 2 mm mandibular
plate, closely adapted to this region of the mandible. This was secured
with four 2.0 mm X 6 mm screws. These screws were drilled into the bone

**THE MOUNT SINAI HOSPITAL**
**THIS IS A CONFIDENTIAL AND PRIVILEGED COMMUNICATION**
**PLEASE DISPOSE OF PAPER COPIES APPROPRIATELY**
Printed By: LUWALE, MARTIN

Name: **PLAZA, BENJAMIN  (2891398)**   Age: 25y **(10/05/1982)**   **Male**   IP Loc: **DISCHARGED**

using standard rotary instrumentation with copious irrigation. All the screws were found to be tight, well adapted to the plate, and the plate well adapted to the bone. There was no mobility in either the segments, or the plates or the screws.

Satisfied with our reduction, both anatomically and functionally, the flap was copiously irrigated. The mentalis was closed and resuspended with 3-0 Vicryl sutures. The mucosa and submucosa was closed with a running 3-0 Vicryl suture.

At this point the surgical team irrigated again and suctioned and carefully removed the moistened throat pack from the posterior oropharynx.

Nasogastric tube was then placed into the stomach to aspirate out any contents. This concluded the surgical portion of the procedure, as per the nursing staff.

Needle, sponge and instrument count were all correct at the end of the procedure.

Dr. Caleb, the attending was scrubbed and present for the entire procedure.

PAUL CALAT

hyp

D:07/01/2008 T:07/05/2008/HTSJA I:07/07/2008 9:09 A

JOB#:016748 DOC#:327177

cc: PAUL CALAT

---

Status: **Preliminary**

THIS IS A CONFIDENTIAL AND PRIVILEGED COMMUNICATION
PLEASE DISPOSE OF PAPER COPIES APPROPRIATELY

THE MOUNT SINAI MEDICAL CENTER, NEW YORK, NY

DISCHARGE SUMMARY REPORT

PT NAME: PLAZA, BENJAMIN

MEDICAL RECORD NUMBER: 2891-398

ACCOUNT #: 44719928

DICTATOR MD#: 062319

DICTATOR NAME: MICHAEL GOULSTON, DDS

ATTENDING MD#: 003345

**THE MOUNT SINAI HOSPITAL**
**THIS IS A CONFIDENTIAL AND PRIVILEGED COMMUNICATION**
**PLEASE DISPOSE OF PAPER COPIES APPROPRIATELY**
Printed By: LUWALE, MARTIN

Name: **PLAZA, BENJAMIN** **(2891398)** Age: **25y** **(10/05/1982)** **Male** IP Loc: **DISCHARGED**

ATTENDING NAME: PAUL CALAT

07/02/2008

ADMIT DATE: 06/30/2008

DISCH DATE: 07/02/2008

HISTORY OF PRESENT ILLNESS: The patient is a 25 year old male status-post assault who was transferred from Mount Sinai Queens diagnosed both, clinically and radiographically with a left subcondylar fracture of the mandible as well as a symphysis fracture that extended to the right body.

HOSPITAL COURSE: The patient was admitted to the Oral Surgery Service on Monday, June 30, 2008 early in the a.m. and was given IV antibiotics and pain management. He was kept NPO and given replacement fluids in anticipation of open reduction, internal fixation of his mandible fractures which the M.D. had discussed at length with the patient. However, unfortunately, due to the lack of availability we were unable to do this procedure in the OR with general anesthesia on hospital day #1. The patient therefore was given p.o. that evening and scheduled for his procedure the next day and made NPO after midnight. The patient was kept on his IV antibiotics and Crystalloid replacement during this time. The patient eventually did undergo his open reduction, internal fixation of his mandible fractures in the OR which he tolerated well. He was extubated in the Operating Room and transferred to PACU in stable condition in intermaxillary fixation. From PACU the patient went to Step-Down and had no events overnight. He had no complaints and he had good pain control. He had no nausea or vomiting. He had wire cutters at bedside.

By the next morning, the patient was tolerating clear p.o. He was out of bed ad lib postoperatively. Panorex acquired in the Dental Clinic showed good, both anatomical and function reduction of his symphysis fracture. His teeth were noted to be in maximum intercuspation. The patient did not receive any immunizations during his stay here.

The patient was eventually discharged to home on hospital day #2 with p.o. antibiotics, Clindamycin 300 mg every 6 hours for seven days. He was given pain management medication, Percocet 5/325 30 tabs 1-2 tabs every 6 hours p.r.n. pain as well as Peridex solution 0.12% Swish and Spit for 20 seconds twice a day. He was also given Dr. Calat's phone number and

**THE MOUNT SINAI HOSPITAL**
**THIS IS A CONFIDENTIAL AND PRIVILEGED COMMUNICATION**
**PLEASE DISPOSE OF PAPER COPIES APPROPRIATELY**
Printed By: LUWALE, MARTIN
Name: **PLAZA, BENJAMIN  (2891398)**   Age: **25y  (10/05/1982)**   **Male**   IP Loc:  **DISCHARGED**

instructed to call Dr. Calat for a follow-up appointment at his leisure.
The patient understood these instructions and was discharged to home
uneventfully.
PAUL CALAT
hyp
D:07/02/2008 T:07/06/2008/HTSSD I:07/07/2008 9:09 A
JOB#:017477 DOC#:327176
cc: PAUL CALAT

SPOOL-0001     MOUNT SINAI HOSPITAL MEDICAL CENTER HOSP1
08/13/08  15:35          (QAXPRG)                    PAGE 001
                         =====================================
                         PLAZA, BENJAMIN            M   25
                         U-000002891398-6    DOB:10/05/1982
                         S-000044719928      ADM:06/30/08
                         SERV:MED      N08C   8202A
                         MD:CALAT, PAUL DMD 03345        FC:BL
          ORDERS REPORT  =====================================
     -PERMANENT CHART COPY-
SUMMARY: 06/30 16:40 TO 23:59 07/17


ORDERS:


 06/30/08  19:11
      18 (D/C TO OR), ER VENOUS PANEL, IB001784495.
         , <06/30/08>, (BMHC)
      19 (D/C TO OR), PT, IB001784493.
         , <06/30/08>, (BMHC)
      20 (D/C TO OR), CBC, PLT, IB001784494.
         , <06/30/08>, (BMHC)
      21 (D/C TO OR) CLINDAMYCIN INJ 600MG, IV Q8H, (06/30/08 14:00-..),
         (MDGC)
      22 (D/C TO OR) MORPHINE INJ 4MG, IV Q3H PRN MODERATE PAIN,
         <06/30/08 08:52-..>, (MDGC)
      23 (D/C TO OR) OXYCODONE/ACETAMINOPHEN 5/325 2TABS, PO Q4H PRN
         MODERATE PAIN, <06/30/08 08:52-..>, (MDGC)
      24 (D/C TO OR) ESOMEPRAZOLE CAP 20MG, PO DAILY, (06/30/08 10:00-..)
         , (MDGC)
      25 (D/C TO OR) IV PLASMALYTE 1000ML, 125ML/HR, CONTINUE UNTIL D/C,
         <06/30/08-..>, (MDGC)
      26 (D/C TO OR) DIET: NPO, <06/30/08>, (MDGC)
      27 (D/C TO OR).
         HOB AT 30 DEGREES, <06/30/08>, (MDGC)
      28 (D/C TO OR).
         ICE TO FACE, <06/30/08>, (MDGC)
      29 (D/C TO OR).
         VENODYNES WHILE IN BED, <06/30/08>, (MDGC)
      30 (D/C TO OR) T-P-R-BP, Q4HRS, <06/30/08>, (MDGC)
      31 (D/C TO OR) DIET: CLEAR LIQUID, <06/30/08>, (MDGC)
      32 (D/C TO OR) DIET: NPO-POST 00:01 ON 07/01/08, <06/30/08>, (MDGC)
      33 (D/C TO OR) DIET: NPO, <06/30/08>, (MDGC)
ENTERED BY: LIBSTER, VIKTORIYA   RN         VRLB
--COMPUTER-CODE SIGNATURE--


------------------------------------------------------------------

 06/30/08  19:38
      34 HYDROMORPHONE TAB 4MG, PO Q4H PRN SEVERE PAIN, <06/30/08
         19:38-..>, (MDGC)
      35 CLINDAMYCIN INJ 300MG, IV Q6H, (07/01/08 00:00-..), (MDGC)
      36 ACETAMINOPHEN TABS 650MG, PO Q4H PRN TEMP>38.5, <06/30/08
         19:38-..>, (MDGC)
      37 ESOMEPRAZOLE CAP 20MG, PO DAILY, (07/01/08 10:00-..), (MDGC)
ENTERED BY: GOULSTON, MICHAEL   DDS 62319 MDGC
--COMPUTER-CODE SIGNATURE--

                         CONTINUED


=================================================================
PLAZA, BENJAMIN          000002891398        ORDERS SUMMARY REPORT

08/13/08  15:35                (QAXPRG)                    PAGE 002
                ==================================
                PLAZA, BENJAMIN              M   25
                U-000002891398-6        DOB:10/05/1982
                S-000044719928          ADM:06/30/08
                SERV:MED        N08C   8202A
                MD:CALAT, PAUL DMD 03345        FC:BL
        ORDERS REPORT          ==================================
    -PERMANENT CHART COPY-
SUMMARY: 06/30 16:40 TO 23:59 07/17


-----------------------------------------------------------------------

 06/30/08  19:40
      38 IV PLASMALYTE 1000ML, 125ML/HR, CONTINUE UNTIL D/C,
         <06/30/08-..>, (MDGC)
 ENTERED BY: GOULSTON, MICHAEL    DDS 62319  MDGC
--COMPUTER-CODE SIGNATURE--


-----------------------------------------------------------------------

 06/30/08  19:41
      39 DIET: PUREE, <06/30/08>, (MDGC)
 ENTERED BY: GOULSTON, MICHAEL    DDS 62319  MDGC
--COMPUTER-CODE SIGNATURE--


-----------------------------------------------------------------------

 06/30/08  19:42
      40 DIET: NPO-POST 00:01 ON 07/01/08, <06/30/08>, (MDGC)
 ENTERED BY: GOULSTON, MICHAEL    DDS 62319  MDGC
--COMPUTER-CODE SIGNATURE--


-----------------------------------------------------------------------

 06/30/08  19:43
      41 ACTIVITY: UP AD LIB AMBULATE PROG AMB UP AS TOL STAND,
         <06/30/08>, (MDGC)
      42 .
         HOB AT 30, <06/30/08>, (MDGC)
      43 .
         VENODYNES WHILE IN BED, <06/30/08>, (MDGC)
      44 .
         ICE TO FACE, <06/30/08>, (MDGC)
 ENTERED BY: GOULSTON, MICHAEL    DDS 62319  MDGC
--COMPUTER-CODE SIGNATURE--


-----------------------------------------------------------------------

 06/30/08  19:44
      45 T-P-R-BP, Q4HRS, <06/30/08>, (MDGC)
 ENTERED BY: GOULSTON, MICHAEL    DDS 62319  MDGC
--COMPUTER-CODE SIGNATURE--


-----------------------------------------------------------------------

                            CONTINUED


=======================================================================
PLAZA, BENJAMIN              000002891398            ORDERS SUMMARY REPORT

08/13/08  15:35                    (QAXPRG)                    PAGE 003

```
=======================================
PLAZA, BENJAMIN                    M  25
U-000002891398-6          DOB:10/05/1982
S-000044719928            ADM:06/30/08
SERV:MED      N08C   8202A
MD:CALAT, PAUL DMD 03345          FC:BL
=======================================
```

         ORDERS REPORT
      -PERMANENT CHART COPY-
SUMMARY: 06/30 16:40 TO 23:59 07/17


  07/01/08  00:18
       46 IV HYDROMORPHONE (1MG/ML) 50ML BAG, PCA, BOLUS DOSE 0.2MG,
          BOLUS INTERVAL 8 MINUTES, MAXIMUM 8 BOLUS DOSES/HOUR, MAXIMUM
          HOURLY DOSE 1.6MG, <07/01/08-..>, (TMMK)
       47 DIPHENHYDRAMINE 25MG /D5W 50ML, IV Q4H PRN ITCHING, <07/01/08
          00:18-..>, (TMMK)
       48 METOCLOPRAMIDE INJ 10MG, IV Q6H PRN N/V, <07/01/08 00:18-..>,
          (TMMK)
       49 NALOXONE INJ 0.2MG IN NSS 5ML, IV BOLUS OVER 1-2 MINUTES PRN
          FOR RESP. RATE LESS THAN 8, MAY REPEAT, <07/01/08 00:18-..>,
          (TMMK)
       50 PCA:FOR RESP. RATE LESS THAN 8:STOP PCA STIMULATE PATIENT AND
          CALL PAIN SERVICE, <07/01/08>, (TMMK)
       51 PCA:MONITOR PATIENT AS PER PACU ROUTINE THEN Q4H ON FLOOR,
          <07/01/08>, (TMMK)
       52 PCA:NO NARCOTIC OR SEDATIVE TO BE GIVEN UNLESS ORDERED BY PAIN
          SERVICE, <07/01/08>, (TMMK)
       53 PCA: CALL PAIN SERVICE IF PATIENT IS UNCOMFORTABLE, PATIENT IS
          OVERSEDATED, FOR PCA-RELATED PROBLEMS, FOR ITCHING OR
          NAUSEA/VOMITING - PAIN BEEPER #2738 OR 917-218-6815, BACKUP
          EXT. 47475, OR PACU RESIDENT BEEPER #2875., <07/01/08>, (TMMK)
  ENTERED BY: MOONEY, TIMOTHY        MD 64370  TMMK
  --COMPUTER-CODE SIGNATURE--


----------------------------------------------------------------------

  07/01/08  00:22
       54 46 (DC) IV HYDROMORPHONE (1MG/ML) 50ML BAG, PCA, BOLUS DOSE
          0.2MG, BOLUS INTERVAL 8 MINUTES, MAXIMUM 8 BOLUS DOSES/HOUR,
          MAXIMUM HOURLY DOSE 1.6MG, <07/01/08-..>, (TMMK)
  ENTERED BY: MOONEY, TIMOTHY        MD 64370  TMMK
  --COMPUTER-CODE SIGNATURE--


----------------------------------------------------------------------

  07/01/08  00:23
       55 HYDROMORPHONE INJ (2MG/ML) 1MG, IV Q3H PRN MODERATE PAIN,
          <07/01/08 00:23-..>, (TMMK)
  ENTERED BY: MOONEY, TIMOTHY        MD 64370  TMMK
  --COMPUTER-CODE SIGNATURE--


----------------------------------------------------------------------


                              CONTINUED


=======================================================================
PLAZA, BENJAMIN                000002891398          ORDERS SUMMARY REPORT
```

08/13/08   15:35                (QAXPRG)                        PAGE 004
                          =====================================
                          PLAZA, BENJAMIN              M   25
                          U-000002891398-6        DOB:10/05/1982
                          S-000044719928          ADM:06/30/08
                          SERV:MED          N08C    8202A
          ORDERS REPORT   MD:CALAT, PAUL DMD 03345      FC:BL
       -PERMANENT CHART COPY-    =====================================
SUMMARY: 06/30 16:40 TO 23:59 07/17


  07/01/08   07:59
      56 (DC) NALOXONE INJ 0.2MG IN NSS 5ML, IV BOLUS OVER 1-2 MINUTES
         PRN FOR RESP. RATE LESS THAN 8, MAY REPEAT, <07/01/08 00:18-..>,
         (MDGC)
      57 (DC) HYDROMORPHONE TAB 4MG, PO Q4H PRN SEVERE PAIN, <06/30/08
         19:38-..>, (MDGC)
 ENTERED BY: GOULSTON, MICHAEL    DDS 62319  MDGC
 --COMPUTER-CODE SIGNATURE--

-----------------------------------------------------------------------

  07/01/08   08:05
      58 TYPE, 7.
         , <07/01/08>, (PDCB)
 ENTERED BY: LABORATORY INTERFACE            --INTERFACE MESSAGE--

-----------------------------------------------------------------------

  07/01/08   14:24
      59 IV HYDROMORPHONE (1MG/ML) 50ML BAG, BOLUS DOSE 0.2MG,, PCA
         BOLUS INTERVAL 8MINUTES, MAXIMUM 8 BOLUS DOSES/HOUR, MAXIMUM
         HOURLY DOSE 1.6MG, <07/01/08-..>, (JMYQ)
      60 METOCLOPRAMIDE INJ 10MG, IV Q6H PRN N/V, <07/01/08 14:24-..>,
         (JMYQ)
      61 NALOXONE INJ 0.2MG IN NSS 5ML, IV BOLUS OVER 1-2 MINUTES PRN
         FOR RESP. RATE LESS THAN 8, MAY REPEAT, <07/01/08 14:24-..>,
         (JMYQ)
      62 PCA:FOR RESP. RATE LESS THAN 8:STOP PCA STIMULATE PATIENT AND
         CALL PAIN SERVICE, <07/01/08>, (JMYQ)
      63 PCA:MONITOR PATIENT AS PER PACU ROUTINE THEN Q4H ON FLOOR,
         <07/01/08>, (JMYQ)
      64 PCA:NO NARCOTIC OR SEDATIVE TO BE GIVEN UNLESS ORDERED BY PAIN
         SERVICE, <07/01/08>, (JMYQ)
      65 PCA: CALL PAIN SERVICE IF PATIENT IS UNCOMFORTABLE, PATIENT IS
         OVERSEDATED, FOR PCA-RELATED PROBLEMS, FOR ITCHING OR
         NAUSEA/VOMITING - PAIN BEEPER #2738 OR 917-218-6815, BACKUP
         EXT. 47475, OR PACU RESIDENT BEEPER #2875., <07/01/08>, (JMYQ)
 ENTERED BY: YANOW, JENNIFER    MD 65016  JMYQ
 --COMPUTER-CODE SIGNATURE--

-----------------------------------------------------------------------

                            CONTINUED


=======================================================================

```
08/13/08   15:35                (QAXPRG)                    PAGE 005
                                ===================================
                                PLAZA, BENJAMIN          M    25
                                U-000002891398-6        DOB:10/05/1982
                                S-000044719928          ADM:06/30/08
                                SERV:MED        N08C    8202A
            ORDERS REPORT       MD:CALAT, PAUL DMD 03345      FC:BL
       -PERMANENT CHART COPY-   ===================================
SUMMARY: 06/30 16:40 TO 23:59 07/17
```

```
  07/01/08  14:26
        66 (DC) HYDROMORPHONE INJ (2MG/ML) 1MG, IV Q3H PRN MODERATE PAIN,
           <07/01/08 00:23-..>, (JMYQ)
   ENTERED BY: YANOW, JENNIFER      MD 65016  JMYQ
   --COMPUTER-CODE SIGNATURE--
```

---

```
  07/01/08  15:50
        67 59(DC) IV HYDROMORPHONE (1MG/ML) 50ML BAG, BOLUS DOSE 0.2MG,,
           PCA BOLUS INTERVAL 8MINUTES, MAXIMUM 8 BOLUS DOSES/HOUR,
           MAXIMUM HOURLY DOSE 1.6MG, <07/01/08-..>, (BMGN)
   ENTERED BY: GITMAN, BONNIE       MD 62726  BMGN
   --COMPUTER-CODE SIGNATURE--
```

---

```
  07/01/08  16:01
        68 (DC) NALOXONE INJ 0.2MG IN NSS 5ML, IV BOLUS OVER 1-2 MINUTES
           PRN FOR RESP. RATE LESS THAN 8, MAY REPEAT, <07/01/08 14:24-..>,
           (MDGC)
        69 (DC) METOCLOPRAMIDE INJ 10MG, IV Q6H PRN N/V, <07/01/08
           14:24-..>, (MDGC)
        70 (DC) METOCLOPRAMIDE INJ 10MG, IV Q6H PRN N/V, <07/01/08
           00:18-..>, (MDGC)
   ENTERED BY: GOULSTON, MICHAEL    DDS 62319  MDGC
   --COMPUTER-CODE SIGNATURE--
```

---

```
  07/01/08  19:12
        71 (D/C TO OR) CLINDAMYCIN INJ 300MG, IV Q6H, (07/01/08 00:00-..),
           (MDGC)
        72 (D/C TO OR) ACETAMINOPHEN TABS 650MG, PO Q4H PRN TEMP>38.5,
           <06/30/08 19:38-..>, (MDGC)
        73 (D/C TO OR) ESOMEPRAZOLE CAP 20MG, PO DAILY, (07/01/08 10:00-..)
           , (MDGC)
        74 (D/C TO OR) IV PLASMALYTE 1000ML, 125ML/HR, CONTINUE UNTIL D/C,
           <06/30/08-..>, (MDGC)
        75 (D/C TO OR) DIET: PUREE, <06/30/08>, (MDGC)
        76 (D/C TO OR) DIET: NPO-POST 00:01 ON 07/01/08, <06/30/08>, (MDGC)
        77 (D/C TO OR) ACTIVITY: UP AD LIB AMBULATE PROG AMB UP AS TOL
           STAND, <06/30/08>, (MDGC)
```

<div align="center">CONTINUED</div>

```
===============================================================
PLAZA, BENJAMIN            000002891398          ORDERS SUMMARY REPORT
```

```
                        ========================================
                        PLAZA, BENJAMIN              M   25
                        U-000002891398-6        DOB:10/05/1982
                        S-000044719928          ADM:06/30/08
                        SERV:MED      N08C   8202A
                        MD:CALAT, PAUL DMD 03345        FC:BL
                        ========================================
```
               ORDERS REPORT
           -PERMANENT CHART COPY-
     SUMMARY: 06/30 16:40 TO 23:59 07/17

         78 (D/C TO OR).
            HOB AT 30, <06/30/08>, (MDGC)
         79 (D/C TO OR).
            VENODYNES WHILE IN BED, <06/30/08>, (MDGC)
         80 (D/C TO OR).
            ICE TO FACE, <06/30/08>, (MDGC)
         81 (D/C TO OR) T-P-R-BP, Q4HRS, <06/30/08>, (MDGC)
         82 (D/C TO OR) DIPHENHYDRAMINE 25MG /D5W 50ML, IV Q4H PRN ITCHING,
            <07/01/08 00:18-..>, (TMMK)
         83 (D/C TO OR) PCA:FOR RESP. RATE LESS THAN 8:STOP PCA STIMULATE
            PATIENT AND CALL PAIN SERVICE, <07/01/08>, (TMMK)
         84 (D/C TO OR) PCA:MONITOR PATIENT AS PER PACU ROUTINE THEN Q4H ON
            FLOOR, <07/01/08>, (TMMK)
         85 (D/C TO OR) PCA:NO NARCOTIC OR SEDATIVE TO BE GIVEN UNLESS
            ORDERED BY PAIN SERVICE, <07/01/08>, (TMMK)
         86 (D/C TO OR) PCA: CALL PAIN SERVICE IF PATIENT IS UNCOMFORTABLE,
            PATIENT IS OVERSEDATED, FOR PCA-RELATED PROBLEMS, FOR ITCHING
            OR NAUSEA/VOMITING - PAIN BEEPER #2738 OR 917-218-6815, BACKUP
            EXT. 47475, OR PACU RESIDENT BEEPER #2875., <07/01/08>, (TMMK)
         87 (D/C TO OR) PCA:FOR RESP. RATE LESS THAN 8:STOP PCA STIMULATE
            PATIENT AND CALL PAIN SERVICE, <07/01/08>, (JMYQ)
         88 (D/C TO OR) PCA:MONITOR PATIENT AS PER PACU ROUTINE THEN Q4H ON
            FLOOR, <07/01/08>, (JMYQ)
         89 (D/C TO OR) PCA:NO NARCOTIC OR SEDATIVE TO BE GIVEN UNLESS
            ORDERED BY PAIN SERVICE, <07/01/08>, (JMYQ)
         90 (D/C TO OR) PCA: CALL PAIN SERVICE IF PATIENT IS UNCOMFORTABLE,
            PATIENT IS OVERSEDATED, FOR PCA-RELATED PROBLEMS, FOR ITCHING
            OR NAUSEA/VOMITING - PAIN BEEPER #2738 OR 917-218-6815, BACKUP
            EXT. 47475, OR PACU RESIDENT BEEPER #2875., <07/01/08>, (JMYQ)
     ENTERED BY: AMOAKO, PRISCILLA    RN          PRAQ
     --COMPUTER-CODE SIGNATURE--

     --------------------------------------------------------------------

     07/01/08  21:10
         91 DIET: CLEAR LIQUID, <07/01/08>, (BMGN)
     ENTERED BY: GITMAN, BONNIE       MD  62726  BMGN
     --COMPUTER-CODE SIGNATURE--

     --------------------------------------------------------------------

                              CONTINUED

```
08/13/08  15:35            (QAXPRG)              PAGE 007
                           ===================================
                           PLAZA, BENJAMIN              M   25
                           U-000002891398-6      DOB:10/05/1982
                           S-000044719928        ADM:06/30/08
                           SERV:MED        N08C   8202A
          ORDERS REPORT    MD:CALAT, PAUL DMD 03345      FC:BL
      -PERMANENT CHART COPY-     ===================================
SUMMARY: 06/30 16:40 TO 23:59 07/17


  07/01/08  21:11
        92 METOCLOPRAMIDE TAB 10MG, ROUTE:IVSS Q6H PRN N/V, <07/01/08
          21:11-..>, (BMGN)
 ENTERED BY: GITMAN, BONNIE      MD  62726   BMGN
 --COMPUTER-CODE SIGNATURE--


 ----------------------------------------------------------------------


  07/01/08  21:12
        93 CLINDAMYCIN INJ 600MG, IV Q8H, (07/01/08 22:00-..), (BMGN)
 ENTERED BY: GITMAN, BONNIE      MD  62726   BMGN
 --COMPUTER-CODE SIGNATURE--


 ----------------------------------------------------------------------


  07/01/08  21:13
        94 .
          WIRE CUTTERS AT BEDSIDE, <07/01/08>, (BMGN)
 ENTERED BY: GITMAN, BONNIE      MD  62726   BMGN
 --COMPUTER-CODE SIGNATURE--


 ----------------------------------------------------------------------


  07/01/08  21:14
        95 ACETAMINOPHEN ELIXIR (650MG/20ML) 650MG, PO Q4H PRN FEVER,
          <07/01/08 21:14-..>, (BMGN)
 ENTERED BY: GITMAN, BONNIE      MD  62726   BMGN
 --COMPUTER-CODE SIGNATURE--


 ----------------------------------------------------------------------


  07/01/08  21:14
        96 ACTIVITY: UP AD LIB, <07/01/08>, (BMGN)
 ENTERED BY: GITMAN, BONNIE      MD  62726   BMGN
 --COMPUTER-CODE SIGNATURE--


 ----------------------------------------------------------------------


                           CONTINUED
```

08/13/08  15:35              (QAXPRG)                    PAGE 008
                     ========================================
                     PLAZA, BENJAMIN                M    25
                     U-000002891398-6        DOB:10/05/1982
                     S-000044719928          ADM:06/30/08
                     SERV:MED      N08C   8202A
                     MD:CALAT, PAUL DMD 03345         FC:BL
        ORDERS REPORT        ========================================
     -PERMANENT CHART COPY-
SUMMARY: 06/30 16:40 TO 23:59 07/17


  07/01/08  21:14
      97 .
          ELEVATE HEIGHT OF BED TO 30 DEGREES, <07/01/08>, (BMGN)
 ENTERED BY: GITMAN, BONNIE      MD  62726  BMGN
--COMPUTER-CODE SIGNATURE--


-----------------------------------------------------------------------


  07/01/08  21:15
      98 .
          ICE TO FACE 20 MINUTES ON, 20 MINUTES OFF, <07/01/08>, (BMGN)
 ENTERED BY: GITMAN, BONNIE      MD  62726  BMGN
--COMPUTER-CODE SIGNATURE--


-----------------------------------------------------------------------


  07/01/08  21:15
      99 FAMOTIDINE INJ 20MG,  IV Q12H, (07/01/08 22:00-..), (BMGN)
 ENTERED BY: GITMAN, BONNIE      MD  62726  BMGN
--COMPUTER-CODE SIGNATURE--


-----------------------------------------------------------------------


  07/01/08  21:17
     100 MORPHINE INJ 4MG, IV Q3H PRN MODERATE PAIN, <07/01/08 21:17-..>,
         (BMGN)
 ENTERED BY: GITMAN, BONNIE      MD  62726  BMGN
--COMPUTER-CODE SIGNATURE--


-----------------------------------------------------------------------


  07/01/08  21:19
     101 DIPHENHYDRAMINE INJ 50MG, INDICATION:PT IS WIRED SHUT, IV QHS
         PRN SLEEP, <07/01/08 21:19-..>, (BMGN)
 ENTERED BY: GITMAN, BONNIE      MD  62726  BMGN
--COMPUTER-CODE SIGNATURE--


-----------------------------------------------------------------------


                              CONTINUED

08/13/08  15:35                  (QAXPRG)                    PAGE 009
                         ========================================
                         PLAZA, BENJAMIN                 M    25
                         U-000002891398-6       DOB:10/05/1982
                         S-000044719928         ADM:06/30/08
                         SERV:MED        N08C   8202A
                         MD:CALAT, PAUL DMD 03345        FC:BL
        ORDERS REPORT        ========================================
      -PERMANENT CHART COPY-
SUMMARY: 06/30 16:40 TO 23:59 07/17


   07/01/08  21:21
      102 DIPHENHYDRAMINE INJ 25MG, INDICATION:PT IS WIRED SHUT, IV Q6H
          PRN ITCH, <07/01/08 21:21-..>, (BMGN)
   ENTERED BY: GITMAN, BONNIE       MD  62726  BMGN
  --COMPUTER-CODE SIGNATURE--


  -------------------------------------------------------------------

   07/01/08  21:22
      103 ACETAMINOPHEN ELIXIR (650MG/20ML) 650MG, PO Q4H PRN MILD PAIN,
          <07/01/08 21:22-..>, (BMGN)
   ENTERED BY: GITMAN, BONNIE       MD  62726  BMGN
  --COMPUTER-CODE SIGNATURE--


  -------------------------------------------------------------------

   07/01/08  21:23
      104 IV D5W 1/2NSS 1000ML, POTASSIUM CHLORIDE 20MEQ, 75ML/HR,
           CONTINUE UNTIL D/C, <07/01/08-..>, (BMGN)
   ENTERED BY: GITMAN, BONNIE       MD  62726  BMGN
  --COMPUTER-CODE SIGNATURE--


  -------------------------------------------------------------------

   07/01/08  21:27
      105 DEXAMETHASONE INJ 8MG, IV Q8H X3DOSES, (07/01/08 22:00-07/02/08
           14:00), (BMGN)
   ENTERED BY: GITMAN, BONNIE       MD  62726  BMGN
  --COMPUTER-CODE SIGNATURE--


  -------------------------------------------------------------------

   07/01/08  22:33
      106 DC CLINDAMYCIN INJ 600MG, IV Q8H,  (ADJUST SCHED), (BMGN)
      107 CLINDAMYCIN INJ 600MG, IV, Q8H, STARTING ON 07/02/08 AT 00:00,
          X3DOSES, (07/02/08 00:00-07/02/08 16:00), (BMGN)
   ENTERED BY: HUTCHINSON, NORVA    RN      NHZ   ADJUST ORDERS


  -------------------------------------------------------------------

                              CONTINUED



  ===================================================================

```
08/13/08  15:35                  (QAXPRG)                      PAGE 010
                                 ========================================
                                 PLAZA, BENJAMIN               M    25
                                 U-000002891398-6       DOB:10/05/1982
                                 S-000044719928         ADM:06/30/08
                                 SERV:MED        N08C   8202A
                                 MD:CALAT, PAUL DMD 03345        FC:BL
        ORDERS REPORT            ========================================
    -PERMANENT CHART COPY-
SUMMARY: 06/30 16:40 TO 23:59 07/17


  07/01/08  22:36
     108 DC DEXAMETHASONE INJ 8MG, IV Q8H X3DOSES,  (ADJUST SCHED),
         (BMGN)
     109 DEXAMETHASONE INJ 8MG, IV, Q8H, STARTING ON 07/02/08 AT 02:00,
         X3DOSES, (07/02/08 02:00-07/02/08 18:00), (BMGN)
 ENTERED BY: HUTCHINSON, NORVA     RN          NHZ   ADJUST ORDERS



 ----------------------------------------------------------------------


  07/02/08  01:36
     110 HYDROMORPHONE TAB 1MG, PO Q3H PRN MODERATE PAIN, <07/02/08
         01:36-..>, (DMJJ)
 ENTERED BY: JANG, DAVID           MD  64352  DMJJ
 --COMPUTER-CODE SIGNATURE--


 ----------------------------------------------------------------------


  07/02/08  01:44
     111 (DC) HYDROMORPHONE TAB 1MG, PO Q3H PRN MODERATE PAIN, <07/02/08
         01:36-..>, (DMJJ)
     112 HYDROMORPHONE INJ (2MG/ML) 1MG, IV Q3H PRN MODERATE PAIN,
         <07/02/08 01:44-..>, (DMJJ)
 ENTERED BY: JANG, DAVID           MD  64352  DMJJ
 --COMPUTER-CODE SIGNATURE--


 ----------------------------------------------------------------------


  07/02/08  07:04
     113 .
         PLEASE SEND PT TO ORAL SURGERY CLINIC THIS AM AT 8:30 (7/2/08).
         THANK YOU, <07/02/08>, (MDGC)
 ENTERED BY: GOULSTON, MICHAEL    DDS 62319 MDGC
 --COMPUTER-CODE SIGNATURE--


 ----------------------------------------------------------------------


  07/02/08  12:05
     114 DISCHARGE PATIENT: TODAY, <07/02/08>, (MDGC)
 ENTERED BY: GOULSTON, MICHAEL    DDS 62319 MDGC
 --COMPUTER-CODE SIGNATURE--


 ----------------------------------------------------------------------


                              CONTINUED


 ======================================================================
 PLAZA, BENJAMIN              000002891398         ORDERS SUMMARY REPORT
```

08/13/08  15:35              (QAXPRG)                        PAGE 011
                        =========================================
                        PLAZA, BENJAMIN                   M   25
                        U-000002891398-6        DOB:10/05/1982
                        S-000044719928          ADM:06/30/08
                        SERV:MED        N08C    8202A
                        MD:CALAT, PAUL DMD 03345        FC:BL
       ORDERS REPORT    =========================================
    -PERMANENT CHART COPY-
SUMMARY: 06/30 16:40 TO 23:59 07/17


07/02/08  12:46
    115 DISCHARGE INSTRUCTIONS- INSTRUCT PT/FAMILY RE
        MEDICATIONS--PERCOCET, CLINDAMYCIN, PERIDEX  - INSTRUCT
        PT/FAMILY RE ACTIVITY--AD LIB  - INSTRUCT PT/FAMILY RE
        DIET--PUREED  - INSTRUCT PT/FAMILY RE APPOINTMENT--CALL DR.
        CALAT TO MAKE APPT  , <07/02/08>, (MDGC)
  ENTERED BY: GOULSTON, MICHAEL    DDS 62319  MDGC
--COMPUTER-CODE SIGNATURE--


-------------------------------------------------------------------

07/02/08  14:31
    116 (D/C AT DISCHARGE) DIET: CLEAR LIQUID, <07/01/08>, (BMGN)
    117 (D/C AT DISCHARGE) METOCLOPRAMIDE TAB 10MG, ROUTE:IVSS Q6H PRN
        N/V, <07/01/08 21:11-..>, (BMGN)
    118 (D/C AT DISCHARGE) .
        WIRE CUTTERS AT BEDSIDE, <07/01/08>, (BMGN)
    119 (D/C AT DISCHARGE) ACETAMINOPHEN ELIXIR (650MG/20ML) 650MG, PO
        Q4H PRN FEVER, <07/01/08 21:14-..>, (BMGN)
    120 (D/C AT DISCHARGE) ACTIVITY: UP AD LIB, <07/01/08>, (BMGN)
    121 (D/C AT DISCHARGE) .
        ELEVATE HEIGHT OF BED TO 30 DEGREES, <07/01/08>, (BMGN)
    122 (D/C AT DISCHARGE) .
        ICE TO FACE 20 MINUTES ON, 20 MINUTES OFF, <07/01/08>, (BMGN)
    123 (D/C AT DISCHARGE) FAMOTIDINE INJ 20MG,  IV Q12H, (07/01/08
        22:00-..), (BMGN)
    124 (D/C AT DISCHARGE) MORPHINE INJ 4MG, IV Q3H PRN MODERATE PAIN,
        <07/01/08 21:17-..>, (BMGN)
    125 (D/C AT DISCHARGE) DIPHENHYDRAMINE INJ 50MG, INDICATION:PT IS
        WIRED SHUT, IV QHS PRN SLEEP, <07/01/08 21:19-..>, (BMGN)
    126 (D/C AT DISCHARGE) DIPHENHYDRAMINE INJ 25MG, INDICATION:PT IS
        WIRED SHUT, IV Q6H PRN ITCH, <07/01/08 21:21-..>, (BMGN)
    127 (D/C AT DISCHARGE) ACETAMINOPHEN ELIXIR (650MG/20ML) 650MG, PO
        Q4H PRN MILD PAIN, <07/01/08 21:22-..>, (BMGN)
    128 (D/C AT DISCHARGE) IV D5W 1/2NSS 1000ML, POTASSIUM CHLORIDE
        20MEQ, 75ML/HR, CONTINUE UNTIL D/C, <07/01/08-..>, (BMGN)
    129 (D/C AT DISCHARGE) CLINDAMYCIN INJ 600MG, IV, Q8H, STARTING ON
        07/02/08 AT 00:00, X3DOSES, (07/02/08 00:00-07/02/08 16:00),
        (BMGN)
    130 (D/C AT DISCHARGE) DEXAMETHASONE INJ 8MG, IV, Q8H, STARTING ON
        07/02/08 AT 02:00, X3DOSES, (07/02/08 02:00-07/02/08 18:00),
        (BMGN)
    131 (D/C AT DISCHARGE) HYDROMORPHONE INJ (2MG/ML) 1MG, IV Q3H PRN


                            CONTINUED


==============================================================================
PLAZA, BENJAMIN              000002891398          ORDERS SUMMARY REPORT

08/13/08   15:35          (QAXPRG)                    PAGE 012
                   =====================================
                   PLAZA, BENJAMIN              M   25
                   U-000002891398-6      DOB:10/05/1982
                   S-000044719928        ADM:06/30/08
                   SERV:MED         N08C   8202A
                   MD:CALAT, PAUL DMD 03345     FC:BL
       ORDERS REPORT   =====================================
      -PERMANENT CHART COPY-
SUMMARY: 06/30 16:40 TO 23:59 07/17


        MODERATE PAIN, <07/02/08 01:44-..>, (DMJJ)
    132 (D/C AT DISCHARGE).
        PLEASE SEND PT TO ORAL SURGERY CLINIC THIS AM AT 8:30 (7/2/08).
        THANK YOU, <07/02/08>, (MDGC)
    133 (D/C AT DISCHARGE) DISCHARGE PATIENT: TODAY, <07/02/08>, (MDGC)
    134 (D/C AT DISCHARGE) DISCHARGE INSTRUCTIONS- INSTRUCT PT/FAMILY RE
        MEDICATIONS--PERCOCET, CLINDAMYCIN, PERIDEX  - INSTRUCT
        PT/FAMILY RE ACTIVITY--AD LIB  - INSTRUCT PT/FAMILY RE
        DIET--PUREED  - INSTRUCT PT/FAMILY RE APPOINTMENT--CALL DR.
        CALAT TO MAKE APPT  , <07/02/08>, (MDGC)
ENTERED BY: IBAX INTERFACE                  --INTERFACE MESSAGE--

------------------------------------------------------------------------

                         CONTINUED

08/13/08   15:35                     (QAXPRG)                    PAGE 013
                                     =====================================
                                     PLAZA, BENJAMIN              M   25
                                     U-000002891398-6        DOB:10/05/1982
                                     S-000044719928          ADM:06/30/08
                                     SERV:MED         N08C   8202A
                                     MD:CALAT, PAUL DMD 03345      FC:BL
           PATIENT INFORMATION       =====================================
         -PERMANENT CHART COPY-
SUMMARY: 06/30 16:40 TO 23:59 07/17


                              CONTINUED

```
08/13/08  15:35              (QAXPRG)                    PAGE 015
                             =====================================
                             PLAZA, BENJAMIN              M   25
                             U-000002891398-6      DOB:10/05/1982
                             S-000044719928        ADM:06/30/08
                             SERV:MED       N08C   8202A
                             MD:CALAT, PAUL DMD 03345      FC:BL
        PATIENT RECORD       =====================================
     -PERMANENT CHART COPY-
SUMMARY: 06/30 16:40 TO 23:59 07/17
```

```
VITAL SIGNS:   T-A   T-O   T-R   T-C   T-T   P-R  P-A  R    BP

  07/01 00:00                         36.6   62       18 119/68    MPWE

  07/01 08:00                         35.4        63  18 114/67    JRGV
  07/01 17:00                         36.8   85       18 119/64    SGAL
  07/02 05:00                         36.9   79       18 131/72    VPW
  07/02 08:00                         36.7        87  18 122/86    VPT
  07/02 08:25                         36.7   87       18 122/86    MZO
```

MEDICATIONS:
CLINDAMYCIN INJ
  07/01 00:00   300MG, IV,,IVPB
               ENTERED BY: KARLIN, STEPHANIE    RN        SRK
  07/01 06:00   300MG, IV,,IVPB
               ENTERED BY: KARLIN, STEPHANIE    RN        SRK
CLINDAMYCIN INJ
  07/02 00:00   600MG, IV,,IVPB
               ENTERED BY: HUTCHINSON, NORVA    RN        NHZ
  07/02 08:00   600MG, IV,,IVPB
               ENTERED BY: O'MALLEY, MEGAN     RN        MZO
DEXAMETHASONE INJ
  07/02 02:00   8MG, IV,,IV PUMP
               ENTERED BY: LUCAS, VIRGINIE     RN        VRLE
  07/02 11:00   8MG, IV,,IVPB,ACTUAL TIME GIVEN,PT
               WAS OFF THE UNIT
               ENTERED BY: O'MALLEY, MEGAN     RN        MZO
DIPHENHYDRAMINE 25MG /D5W 50ML,
  07/01 06:00   IV,IV,IVPB
               ENTERED BY: KARLIN, STEPHANIE    RN        SRK
FAMOTIDINE INJ
  07/01 22:00   20MG,  IV,IVPB
               ENTERED BY: HUTCHINSON, NORVA    RN        NHZ
  07/02 11:45   20MG,   IV,IVPB,ACTUAL TIME GIVEN,PT
               WAS OFF UNIT
               ENTERED BY: O'MALLEY, MEGAN     RN        MZO
HYDROMORPHONE INJ (2MG/ML)
  07/01 00:00   1MG, IV,INJECTION SITE: IVPB,..PAIN
               ENTERED BY: KARLIN, STEPHANIE
  07/01 04:00   1MG, IV,INJECTION SITE: IV,..PAIN
               ENTERED BY: BOATEMAA, JACQUELINE
  07/01 10:00   1MG, IV,INJECTION SITE: IV DRIP,
            ..PAIN

```
                              CONTINUED


=================================================================
PLAZA, BENJAMIN            000002891398         PATIENT RECORD
```

```
08/13/08   15:35              (QAXPRG)                    PAGE 018
                         ==========================================
                         PLAZA, BENJAMIN              M   25
                         U-000002891398-6        DOB:10/05/1982
                         S-000044719928          ADM:06/30/08
                         SERV:MED        N08C   8202A
                         MD:CALAT, PAUL DMD 03345        FC:BL
        PATIENT RECORD   ==========================================
     -PERMANENT CHART COPY-
SUMMARY: 06/30 16:40 TO 23:59 07/17
```

```
07/02 04:45  1 PAIN NOW LEVEL OF CONSCIOUSNESS: WIDE AWAKE        VRLE
07/02 04:45  6 WORST EXPERIENCED                                  VRLE
07/02 04:45  2 MODERATE RELIEF WITH MEDICATION                    VRLE
07/02 04:45  0 YES, PAIN LEVEL IS ACCEPTABLE TO PATIENT
             LOCATION--MANDIBLE; QUALITY OF PAIN: SHARP           VRLE
ACTIVITY-EXERCISE
07/02 04:45  APICAL/RADIAL PULSE 60-100. REGULAR RHYTHM. NO EDEMA.
             EXTREMITIES WARM                                     VRLE
COGNITIVE-PERCEPTUAL
07/02 04:45  BEHAVIOR APPROPRIATE TO SITUATION                    VRLE
07/02 04:45  0 PAIN NOW LEVEL OF CONSCIOUSNESS: WIDE AWAKE        VRLE
07/02 04:45  6 WORST EXPERIENCED                                  VRLE
07/02 04:45  2 MODERATE RELIEF WITH MEDICATION                    VRLE
07/02 04:45  0 YES, PAIN LEVEL IS ACCEPTABLE TO PATIENT           VRLE
ACTIVITY-EXERCISE
07/02 04:45  APICAL/RADIAL PULSE 60-100. REGULAR RHYTHM. NO EDEMA.
             EXTREMITIES WARM                                     VRLE
07/02 04:45  RESP RATE 12-20. AT REST, REGULAR AND NON-LABORED. NO
             SOB. NO COUGH                                        VRLE
07/02 04:45  NO COUGH                                             VRLE
07/02 04:45  STEADY GAIT WITHOUT ASSISTANCE.                      VRLE
07/02 04:55  --AMBULATORY WITHOUT ASSISTANCE                      VRLE
NUTRITION-METABOLIC
07/02 04:55  ABDOMEN SOFT. HAVING BMS WITHIN OWN NORM. CONTINENT.
             TOLERATES DIET. NO NAUSEA AND VOMITING               VRLE
07/02 04:55  ABDOMEN SOFT                                         VRLE
07/02 04:55  CONTINENT                                            VRLE
07/02 04:55  NO NAUSEA AND VOMITING                               VRLE
07/02 04:55  NGT POSITION CHECKED Q4H                             VRLE
NUTRITION-METABOLIC
07/02 04:55  IV SITE WITHOUT REDNESS, SWELLING OR PAIN            VRLE
07/02 04:55  IV SITE--RT ARM                                      VRLE
ELIMINATION
07/02 04:55  URINE CLEAR, YELLOW TO AMBER IN COLOR                VRLE
07/02 04:55  EMPTIES BLADDER INDEPENDENTLY WITHOUT URGENCY,
             FREQUENCY, INCONTINENCE, DYSURIA OR SELF CATH        VRLE
07/02 04:55  EMPTIES BLADDER INDEPENDENTLY WITHOUT URGENCY,
             FREQUENCY, INCONTINENCE, DYSURIA OR SELF CATH        VRLE
07/02 04:55  URINE CLEAR, YELLOW TO AMBER IN COLOR                VRLE
NUTRITION-METABOLIC
07/02 04:55  TURN POSITION--SELF                                  VRLE
ACTIVITY-EXERCISE
07/02 04:55  SAFETY MEASURES--PER MSH                             VRLE
07/02 04:55  SAFETY MEASURES--AS PER MSH STANDARD                 VRLE
```

CONTINUED

```
08/13/08   15:35              (QAXPRG)                      PAGE 019
                              ========================================
                              PLAZA, BENJAMIN              M   25
                              U-000002891398-6      DOB:10/05/1982
                              S-000044719928        ADM:06/30/08
                              SERV:MED        N08C   8202A
                              MD:CALAT, PAUL DMD 03345        FC:BL
       PATIENT RECORD         ========================================
     -PERMANENT CHART COPY-
SUMMARY: 06/30 16:40 TO 23:59 07/17
```

07/02 04:55   ISOLATION--NONE, SEE ADDITIONAL NOTE IN PROGRESS NOTES
                                                               VRLE
07/02 04:55   ISOLATION--NONE                                  VRLE
07/02 04:55   BATH: SELF                                       VRLE

NURSING CARE NOTES:
06/30 19:10    TO THE OR ANBRG ORS                             VRLB
06/30 20:05    PHYSICIAN ORDER CHECK COMPLETED, ORDER 28 TO ORDER
               45 WERE CHECKED                                 SRK
06/30 20:00    RETURN TO UNIT                                  SRK
07/01 00:25    PHYSICIAN ORDER CHECK COMPLETED, ORDER 46 TO ORDER
               54 WERE CHECKED                                 SRK
07/01 08:55    PHYSICIAN ORDER CHECK COMPLETED, ORDER 55 TO ORDER
               58 WERE CHECKED                                 PRAQ
07/01 14:20    PHYSICIAN ORDER CHECK COMPLETED, NO NEW ORDERS ENTERED
               SINCE ORDER 58                                  PRAQ
07/01 14:30    PHYSICIAN ORDER CHECK COMPLETED, ORDER 59 TO ORDER
               66 WERE CHECKED                                 PRAQ
07/01 16:05    PHYSICIAN ORDER CHECK COMPLETED, ORDER 66 TO ORDER
               70 WERE CHECKED                                 PRAQ
07/01 16:00    TO THE OR ANBRG ORS                             PRAQ
07/01 21:35    TO PACU, GP 3                                   MYZ
07/01 21:35    PHYSICIAN ORDER CHECK COMPLETED, ORDER 91 TO ORDER
               105 WERE CHECKED                                MYZ
07/02 00:50    RETURN TO UNIT: BY WAY OF:--PACU               VRLE
07/02 00:50    PHYSICIAN ORDER CHECK COMPLETED, ORDER 109 TO ORDER
               106 WERE CHECKED                                VRLE
07/02 01:45    PHYSICIAN ORDER CHECK COMPLETED, ORDER 112 TO ORDER
               110 WERE CHECKED                                VRLE
07/02 07:30    PHYSICIAN ORDER CHECK COMPLETED, ORDER 65 TO ORDER
               113 WERE CHECKED                                MZO
07/02 08:25    TRANSPORT TO: OFF UNIT--ORAL SURGERY CLINIC.
               ID BAND CHECKED:YES.
               FACE SHEET ON CHART:YES.
               MEDICAL ORDER PRESENT:YES.
               CONSENT:NO.
               PRE-MEDICATION:NO                               MZO
07/02 08:25    .
               INTRAVENOUS FLUIDS PRESENT:NO.
               MEDLOCK PRESENT:YES                             MZO
07/02 11:00    RETURNED FROM OFF UNIT, PATIENT CONDITION: UNCHANGED
                                                               MZO
07/02 12:35    PHYSICIAN ORDER CHECK COMPLETED, ORDER 114  WAS CHECKED
                                                               MZO

                              CONTINUED

========================================================================
PLAZA, BENJAMIN              000002891398          PATIENT RECORD
```

```
08/13/08  15:35              (QAXPRG)                    PAGE 020
                             ======================================
                             PLAZA, BENJAMIN              M   25
                             U-000002891398-6        DOB:10/05/1982
                             S-000044719928          ADM:06/30/08
                             SERV:MED        N08C   8202A
                             MD:CALAT, PAUL DMD 03345      FC:BL
         PATIENT RECORD      ======================================
      -PERMANENT CHART COPY-
SUMMARY: 06/30 16:40 TO 23:59 07/17
```

 07/02 13:20   PHYSICIAN ORDER CHECK COMPLETED, ORDER 115  WAS CHECKED
                                                            MZO

TRANSFERRED: TO N08C 8210B FROM N08C 8210A AT

TRANSFERRED: TO N08C 8202A FROM N08C 8210B AT

                        CONTINUED

08/13/08   15:35             (QAXPRG)                    PAGE 021
                            =====================================
                            PLAZA, BENJAMIN                M   25
                            U-000002891398-6        DOB:10/05/1982
                            S-000044719928          ADM:06/30/08
                            SERV:MED        N08C   8202A
                            MD:CALAT, PAUL DMD 03345      FC:BL
          PATIENT RECORD    =====================================
     -PERMANENT CHART COPY-
SUMMARY: 06/30 16:40 TO 23:59 07/17


                            CONTINUED

```
08/13/08  15:35            (QAXPRG)                    PAGE 022
                           =====================================
                           PLAZA, BENJAMIN               M   25
                           U-000002891398-6      DOB:10/05/1982
                           S-000044719928        ADM:06/30/08
                           SERV:MED        N08C  8202A
                           MD:CALAT, PAUL DMD 03345     FC:BL
        TEST RESULTS SUMMARY    =====================================
      -PERMANENT CHART COPY-
SUMMARY: 03/23 16:40 TO 23:59 07/17


        * = NEW RESULT.  H = HIGH RESULT.  L = LOW RESULT.
          I = INCORRECT RESULT.  C = CORRECT RESULT.
=====================================================================
                                           BLOOD BANK TESTS


06/30 05:38   TYPE+SCREEN
              ABO GROUP        O


ALL OUTSTANDING TESTS/PROCEDURES:

07/01/08
     58 TYPE, 7.
        , <07/01/08>, (PDCB)


                         CONTINUED
```

.

08/13/08   15:35            (QAXPRG)                    PAGE 023
                           ========================================
                           PLAZA, BENJAMIN                    M   25
                           U-000002891398-6        DOB:10/05/1982
                           S-000044719928          ADM:06/30/08
                           SERV:MED          N08C  8202A
                           MD:CALAT, PAUL DMD 03345      FC:BL
        TEST RESULTS SUMMARY    ========================================
      -PERMANENT CHART COPY-
SUMMARY: 03/23 16:40 TO 23:59 07/17

=====================================================================
   ANCILLARY RESULTS:

       NO ANCILLARY RESULTS WERE ENTERED
       FOR THIS PATIENT DURING THE REPORT PERIOD.

                        CONTINUED

=====================================================================
PLAZA, BENJAMIN              000002891398              ANC RESULTS

08/13/08   15:35              (QAXPRG)                        PAGE 024
                        ========================================
                        PLAZA, BENJAMIN                      M   25
                        U-000002891398-6          DOB:10/05/1982
                        S-000044719928            ADM:06/30/08
                        SERV:MED          N08C    8202A
          DICTATED PHYSICIAN NOTES   MD:CALAT, PAUL DMD 03345        FC:BL
       -PERMANENT CHART COPY-    ========================================
SUMMARY: 03/23 16:40 TO 23:59 07/17

     =============================
      DICTATED PHYSICIAN NOTES
     =============================

THERE ARE NO NOTES FOR THIS PATIENT

                              CONTINUED

08/13/08  15:35

```
                          (QAXPRG)                      PAGE 025
                          ====================================
                          PLAZA, BENJAMIN                    M   25
                          U-000002891398-6        DOB:10/05/1982
                          S-000044719928          ADM:06/30/08
                          SERV:MED          N08C   8202A
                          MD:CALAT, PAUL DMD 03345      FC:BL
        DICTATED PHYSICIAN NOTES  ====================================
      -PERMANENT CHART COPY-
SUMMARY: 03/23 16:40 TO 23:59 07/17
```

```
                    USER NAMES AND INITIALS
GOULSTON, MICHAEL     DDS 62319  MDGC  GITMAN, BONNIE      MD  62726  BMGN
JANG, DAVID           MD  64352  DMJJ  MOONEY, TIMOTHY     MD  64370  TMMK
YANOW, JENNIFER       MD  65016  JMYQ  AMOAKO, PRISCILLA   RN          PRAQ
KARLIN, STEPHANIE     RN          SRK  LIBSTER, VIKTORIYA  RN          VRLB
LUCAS, VIRGINIE       RN          VRLE O'MALLEY, MEGAN     RN          MZO
REEVES-SIMS, LILLIAN  RN          LRRB GEORGE, STEPHEN     PCA         SGAL
GOMEZ, JAIME RONAL    PCA          JRGV TRIM, VALERIE      PCA         VPT
WESTON, MALISSA       PCA         MPWE WOODBURN, VICTORIA  PCA         VPW
HUTCHINSON, NORVA     RN           NHZ YBERA, MARIA        RN          MYZ
```

                         LAST PAGE