Eric E. Rothstein
Attorney for Benjamin Plaza, Jr., Creditor
Rothstein Law PLLC
The Woolworth Building
233 Broadway, Suite 900
New York, New York 10279
(212) 577-9797

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL HEILBRON, | Case No.   1-18-42486 (ESS) |
| Debtor. | **DECLARATION** |
| BENJAMIN PLAZA, JR., Chapter 7 Creditor | |
| Plaintiff. | |
| v. | Adv. Proc. No.   1-18-01055 (ESS) |
| MICHAEL HEILBRON, | |
| Defendant. | |

ERIC E. ROTHSTEIN, an attorney duly admitted to practice law before the Courts of the State of New York and the United States District Court for Eastern District of New York, hereby declares pursuant to 28 U.S.C. § 1746:

1. This Declaration is submitted in support on plaintiff's motion for summary judgment and will serve as the vehicle for the presentation of the exhibits that support the accompanying Statement of Material Facts and Memorandum of Law.

2. The following documents are submitted herewith as exhibits:

   Exhibit A:    Felony complaint.

   Exhibit B:    Transcript of guilty plea. And Certificate of Disposition from Queens Criminal Court.

Exhibit C: Plaintiff's medical records.

Exhibit D: Summons and Complaint filed in Supreme Court, Queens County.

Exhibit E: Decision awarding default judgment and setting case down for inquest on damages.

Exhibit F: Decision following inquest of damages.

Exhibit G: Debtor's motion to vacate default judgment.

Exhibit H: Decision denying debtor's motion to vacate default judgment.

Dated: New York, New York
December 20, 2018

s/ Eric E. Rothstein
Eric E. Rothstein
Rothstein Law PLLC
Attorneys for Benjamin Plaza, Jr., Creditor
The Woolworth Building
233 Broadway, Suite 900
New York, New York 10279
(212) 577-9797

**CERTIFICATE OF SERVICE**

        I hereby certify that on December 20, 2018, a copy of the foregoing Declaration was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York  
       December 20, 2018

                              s/ *Eric E. Rothstein*  
                                  Eric E. Rothstein  
                                  Attorney for Benjamin Plaza, Jr., Creditor  
                                  The Woolworth Building  
                                  233 Broadway, Suite 900  
                                  New York, New York 10279  
                                  (212) 577-9797

**Case No.:**         1-18-42486 (ESS)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re: MICHAEL HEILBRON,

                                                  Debtor,

_____

BENJAMIN PLAZA, JR.,
Chapter 7 Creditor,

                                                  Plaintiff,

    -   against –

MICHAEL HEILBRON,

                                                  Defendant.

## DECLARATION

**ROTHSTEIN LAW PLLC**
Attorney for **Plaintiff**
The Woolworth Building
233 Broadway, Suite 900
New York, New York 10279
(212) 577-9797