GEORGE BASSIAS ATTORNEY LLC
ATTORNEYS FOR DEFENDANT
MICHAEL HEILBRON
21-83 STEINWAY STREET
ASTORIA, NY 11105
718-721-4441

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X ADV. PROC. NO. 18-01055-ess
BENJAMIN PLAZA, JR.,
Chapter 7 Creditor
                       Plaintiff,
v.
MICHAEL HEILBRON,
                       Defendant.
-------------------------------------------------------x

                               AFFIDAVIT OF HOLGER ADRIAN CARRERA

STATE OF NEW YORK)
COUNTY OF QUEENS)

Holger Adrian Carrera, deposes and states the following to be true under perjury:

1. On or about June 29, 2008, Michael Heilbron called me and asked to accompany him to pick up his girlfriend Melissa. We picked her up and then dropped her off at her house.

2. After we dropped off Melissa, his girlfriend, he drove his vehicle with me accompanying him to Benjamin Plaza's house.

3. When we got there, Benjamin Plaza was outside waiting for Michael to talk to him. Michael had called him telling him they needed to talk. I waited in the car as they spoke. I could not hear the conversation.

4. I heard yelling and looked up. I saw that they both were grabbing each other. They were both getting into an altercation.

5. I got out of the car and separated them. Michael and I then got back into the car and left.

6. I did not see either of them punch the other guy.

7. Although I did not know Benjamin Plaza before that day; I knew of him that he went to the same high school as Michael and I and knew that he and Michael used to ride motor cycles together along with mutual friends.

Dated: Queens, NY
September 19, 2018

_____
HOLGER ADRIAN CARRERA

Sworn to 9/19/18

_____

GEORGE BASSIAS
Notary Public, State of New York
No 02BA5015445
Qualified in Nassau County
Commission Expires July 19, 19 2021