CERTIFICATION

George Bassias an attorney duly admitted to practice law in the Eastern District hereby certifies that the Affirmation in opposition, affidavit of Michael Heilbron, Affidavit of Holger Adrian Carrera, Exhibit a-Pictures; Exhibit B Deposition were served on plaintiff's counsel via filing by ECf on 12/27/18.

12/27/18

George Bassias